# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/3/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 01-00182HG-LEK |
| CASE NAME: | Carol J. Nelson vs. Alan Jones, et al. |
| ATTYS FOR PLA: | Enver W. Painter, Jr. |
| ATTYS FOR DEFT: | Robert E. Chapman |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 1/3/2006 | TIME: | 9:05-9:10 |

COURT ACTION:  EP: Status Conference Re: Trial Date and Deadlines not held.

Consent to Trial by United States Magistrate Judge Kevin S.C. Chang still pending.

Parties referred to Magistrate Judge Kevin S.C. Chang for new trial date.

Submitted by: Warren N. Nakamura, Courtroom Manager