IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON, | CIVIL NO. 01-0182 HG/LEK |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | |
| ROBERT ALAN JONES, | |
| Defendants, | |
| ROBERT ALAN JONES, | |
| Counterclaimant, | |
| vs. | |
| CAROL J. NELSON, MICHAEL CETRARO, | |
| Counterclaim Defendants. | |

CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing document was duly served, by hand delivery, to the following parties at their last known address:

TO:   ENVER W. PAINTER, Jr., Esq.
      1188 Bishop St., Suite 2505
      Honolulu, HI 96813
      Attorney for Plaintiff, and for Counterclaim
      Defendant Michael Cetraro

DATED:  Honolulu, Hawaii,  JAN 2 4 2006  .

*/s/ Robert E. Chapman*
ROBERT E. CHAPMAN
MARY MARTIN
Attorneys for Defendant Robert
A. Jones

14