# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/31/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV01-00182HG-LEK

CASE NAME:       Carol J. Nelson v. Alan Jones, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Kevin S. C. Chang          REPORTER:

DATE:     1/31/2006                  TIME:

COURT ACTION:  EO: Defendant's Motion for Clarification as to the Remaining Parties and Claims filed on 1/24/06, has been designated by Judge Gillmor to Magistrate Judge Chang. The court requests position papers from all parties with respect to said motion. Position papers are due on 2/8/06.

cc: all counsel

Submitted by: Shari Afuso, Courtroom Manager