IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CAROL J. NELSON, | ) | Civil No. 01-00182 HG-LEK |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| ALAN JONES; DOES 1-30, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| ROBERT ALAN JONES, a Nevada resident, | ) | |
| | ) | |
| Counterclaimant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROL NELSON, a Hawaii resident, MICHAEL CETRARO, a Montana resident, CHARLES HEAUKULANI, Esq., a Hawaii resident, ROBERT SHELBY, Esq., a Utah resident, MICHAEL BILANZICH, a Utah resident and JEFFREY GROSS, Esq., a Utah resident, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Counterclaim Defendants. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on the below date a true and correct copy of the

foregoing document was served upon the following individuals by depositing same in the United States mail, postage prepaid:

>Robert E. Chapman
>Mary Martin
>Topa Tower, Suite 2100
>700 Bishop Street
>Honolulu, Hawaii  96813

DATED:   Honolulu, Hawaii, February 8, 2006

>_____
>ENVER W. PAINTER, JR.
>Attorney for Plaintiff/Counterclaim
>Defendant Carol J. Nelson and Counterclaim
>Defendant Michael Cetraro