cc: HG.
PHD.

Robert Alan Jones, *pro se*
1061 E. Flamingo Rd., Ste. 7
Las Vegas, NV, 89119
Telephone:  (702) 791-3403



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 03 2006

at 11 o'clock and 10 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CAROL J. NELSON | ) | Civil No. CV01-00182 HG-LEK |
| Plaintiff, | ) | **NOTICE OF APPEAL** |
| ALAN JONES; DOES 1-30, | ) | |
| Defendant | ) | |
| ROBERT ALAN JONES a Nevada resident, | ) | |
| Counterclaimant | ) | |
| vs. | ) | |
| CAROL NELSON, a Hawaii resident, MICHAEL CETRARO, a Montana resident, CHARLES HEAUKULANI, Esq. a Hawaii resident, ROBERT SHELBY, Esq. a Utah resident, MICHAEL BILANZICH, a Utah resident and JEFFREY GROSS, Esq., a Utah resident | ) | |
| Counterclaim Defendants | ) | |

1

## NOTICE OF APPEAL

NOTICE is hereby given that ROBERT ALAN JONES, *pro se*, Defendant and Counterclaim Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's "Order Clarifying Remaining Parties and Claims" filed on April 27, 2006, by the United States District Judge, HELEN GILLMOR. (A copy of the Order dated April 27, 2006 is attached hereto).

DATED this 2 day of May, 2006.

_____
ROBERT ALAN JONES, *pro se*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the document listed below was delivered by U.S. First Class Mail, postage prepaid.

### NOTICE OF APPEAL

To:   Mr. Enver W. Painter
      Counsel for Plaintiff
      and Counterclaim Defendants Carol Nelson,
      Counsel for Plaintiff
      1188 Bishop Street, Suite 2505
      Honolulu, HI 96813


Dated this 2nd day of May, 2006

                                        BY: _____
                                        Of the Office of Robert Alan Jones