Of Counsel:
CLAY CHAPMAN CRUMPTON IWAMURA & PULICE

ROBERT E. CHAPMAN        #2679
MARY MARTIN              #5475
Topa Tower, Suite 2100
700 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 535-8400
Facsimile: (808) 535-8444
rchapman@paclawteam.com
mmartin@paclawteam.com

Attorneys for Defendant/Counterclaimant
ROBERT ALAN JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON, | ) CIVIL NO. 01-0182 HG/LEK |
| Plaintiff, | ) MOTION TO WITHDRAW AS ) COUNSEL FOR |
| vs. | ) DEFENDANT/COUNTERCLAIMANT ) ROBERT ALAN JONES; |
| ROBERT ALAN JONES, | ) DECLARATION OF MARY ) MARTIN; CERTIFICATE OF |
| Defendants, | ) SERVICE |
| _____ | ) |
| ROBERT ALAN JONES, | ) DATE:_____ ) TIME:_____ |
| Counterclaimant, | ) Judge: Leslie E. Kobayashi |
| vs. | ) |
| CAROL J. NELSON, MICHAEL CETRARO, | ) ) NOMINATED TRIAL JUDGE: ) Magistrate Judge Kevin |
| Counterclaim Defendants. | ) S.C. Chang |
| _____ | ) |