IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON, | ) CIVIL NO. 01-0182 HG/LEK |
| | ) |
|       Plaintiff, | ) DECLARATION OF MARY MARTIN |
| | ) |
|   vs. | ) |
| | ) |
| ROBERT ALAN JONES, | ) |
| | ) |
|       Defendants, | ) |
| _____ | ) |
| | ) |
| ROBERT ALAN JONES, | ) |
| | ) |
|      Counterclaimant, | ) |
| | ) |
|   vs. | ) |
| | ) |
| CAROL J. NELSON, MICHAEL | ) |
| CETRARO, | ) |
| | ) |
|      Counterclaim | ) |
|      Defendants. | ) |
| | ) |
| | ) |
| _____) | |

**DECLARATION OF MARY MARTIN**

     I, MARY MARTIN, make the following declaration to the best of my knowledge, information and belief with penalty of perjury under the laws of the State of Hawaii and the United States of America.

     1.  I am an attorney with the firm of Clay Chapman Crumpton Iwamura & Pulice, am licensed to

practice law in the State of Hawaii, and am one of the attorneys for Defendant/Counterclaimant ROBERT ALAN JONES ("Defendant/Counterclaimant").

     2.   I make this Declaration of my own personal knowledge, information and belief, the regularly kept business records of Clay Chapman Crumpton Iwamura & Pulice and the documents and records in this case, and submit this Declaration in support of the Motion to Withdraw as Counsel for Defendant/Counterclaimant.

     3.   Defendant/Counterclaimant is delinquent in financial obligations to this firm and has been notified, in writing, of this firm's intent to withdraw if the matter is not remedied.

     4.   Defendant/Counterclaimant has filed, pro se, his appeal of the Court's April 27, 2006 ruling as to claims and parties.

     5.   Withdrawal of Declarant and this firm as counsel for Defendant at this time is consistent with Rule 83.3 of the Local Rules for the District of

Hawaii, and is done without undue prejudice to

Defendant/Counterclaimant.

    DATED:   Honolulu, Hawaii, May 10, 2006.


                        /s/ Mary Martin
                        ROBERT E. CHAPMAN
                        MARY MARTIN
                        Attorneys for
                        Defendant/Counterclaimant
                        ROBERT ALAN JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON, | ) CIVIL NO. 01-0182 HG/LEK |
| | ) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| ROBERT ALAN JONES, | ) |
| | ) |
| Defendants, | ) |
| _____ | ) |
| | ) |
| ROBERT ALAN JONES, | ) |
| | ) |
| Counterclaimant, | ) |
| | ) |
| vs. | ) |
| | ) |
| CAROL J. NELSON, MICHAEL | ) |
| CETRARO, | ) |
| | ) |
| Counterclaim | ) |
| Defendants. | ) |
| | ) |
| | ) |
| _____ | ) |

**CERTIFICATE OF SERVICE**

It is hereby certified that on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was duly served on the following parties at their last known addresses:

Served electronically through CM/ECF: May 10, 2006

    Enver.painter@hawaiiantel.net
    ENVER W. PAINTER, Jr., Esq.


Served by First Class Mail: May 10, 2006

    ROBERT ALAN JONES
    1061 East Flamingo Road, Suite #7
    Las Vegas, Nevada 89119
        Defendant/Counterclaimant

    DATED:  Honolulu, Hawaii, May 10, 2006.


                    __/s/ Mary Martin_____
                    ROBERT E. CHAPMAN
                    MARY MARTIN
                    Attorneys for
                    Defendant/Counterclaimant
                    ROBERT ALAN JONES

274658.2