Of Counsel:
CLAY CHAPMAN CRUMPTON IWAMURA & PULICE

ROBERT E. CHAPMAN     #2679
MARY MARTIN           #5475
Topa Tower, Suite 2100
700 Bishop Street
Honolulu, Hawaii 96813
Telephone:  (808) 535-8400
Facsimile:  (808) 535-8444
rchapman@paclawteam.com
mmartin@paclawteam.com

Attorneys for Defendant/Counterclaimant
ROBERT ALAN JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON, | CIVIL NO. 01-0182 HG/LEK |
| Plaintiff, | MOTION TO WITHDRAW AS COUNSEL FOR |
| vs. | DEFENDANT/COUNTERCLAIMANT ROBERT ALAN JONES; |
| ROBERT ALAN JONES, | DECLARATION OF MARY MARTIN; CERTIFICATE OF |
| Defendants, | SERVICE |
| ROBERT ALAN JONES, | DATE:_____ |
| | TIME:_____ |
| Counterclaimant, | Judge: Leslie E. Kobayashi |
| vs. | |
| CAROL J. NELSON, MICHAEL CETRARO, | NOMINATED TRIAL JUDGE: Magistrate Judge Kevin |
| Counterclaim Defendants. | S.C. Chang |

**MOTION TO WITHDRAW AS COUNSEL FOR**
**DEFENDANT/COUNTERCLAIMANT ROBERT ALAN JONES**

The law firm of Clay Chapman Crumpton Iwamura & Pulice, Robert E. Chapman and Mary Martin, counsel for Defendant/Counterclaimant ROBERT ALAN JONES ("Defendant/Counterclaimant"), hereby move to withdraw as counsel for Defendant/Counterclaimant. Defendant/Counterclaimant's address is: ROBERT ALAN JONES, 1061 East Flamingo Road, Suite #7, Las Vegas, Nevada  89119, Telephone no. (702) 791-3403.

The factual basis for this motion is that Defendant/Counterclaimant is pursuing an appeal, pro se, of this Court's recent rulings, and is delinquent in financial obligations to this firm. These facts support withdrawal pursuant to Rule 1.16(a)(3), 1.16(b)(5) and 1.16(b)(6) of the Hawaii Rules of Professional Conduct.

This Motion is made pursuant to Rules 83.3 and 83.6 of the Local Rules for the District of Hawaii, and is based on the Declaration, the files and records in this action and such further evidence as may be adduced

prior to or at the hearing on this Motion.

DATED:  Honolulu, Hawaii, May 10, 2006.

                                       /s/ Mary Martin
ROBERT E. CHAPMAN
MARY MARTIN
Attorneys for
Defendant/Counterclaimant
ROBERT ALAN JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>ROBERT ALAN JONES,<br><br>    Defendants,<br>_____<br><br>ROBERT ALAN JONES,<br><br>    Counterclaimant,<br><br>  vs.<br><br>CAROL J. NELSON, MICHAEL CETRARO,<br><br>    Counterclaim Defendants.<br>_____ | CIVIL NO. 01-0182 HG/LEK<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

It is hereby certified that on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was duly served on the following parties at their last known addresses:

Served electronically through CM/ECF: May 10, 2006

    Enver.painter@hawaiiantel.net
    ENVER W. PAINTER, Jr., Esq.

Served by First Class Mail: May 10, 2006

    ROBERT ALAN JONES
    1061 East Flamingo Road, Suite #7
    Las Vegas, Nevada 89119
        Defendant/Counterclaimant

DATED:  Honolulu, Hawaii, May 10, 2006.

                    /s/ Mary Martin
                ROBERT E. CHAPMAN
                MARY MARTIN
                Attorneys for
                Defendant/Counterclaimant
                ROBERT ALAN JONES

274658.1