# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.     **SHORT CASE TITLE:**     CAROL J. NELSON, ET AT., vs. ALAN JONES, ET AL.,

       **U.S. COURT OF APPEALS DOCKET NUMBER:** _06-15908_

       **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

       **U.S. DISTRICT COURT DOCKET NUMBER:** CV 01-00182HG-LEK

RECEIVED
CATHY A. CATTERSON, CLERK
OF APPEALS
MAY 12 2006
FILED
DOCKETED ___ DATE ___ INITIAL

II     **DATE NOTICE OF APPEAL FILED:**     May 3, 2006

III     **U.S. COURT OF APPEALS PAYMENT STATUS:**

       **DOCKET FEE PAID ON:** 05/05/06        **AMOUNT:** $455.00

       **NOT PAID YET:**        **BILLED:**

       **U.S. GOVERNMENT APPEAL:**        **FEE WAIVED:**

       **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

       **IF YES, SHOW DATE:**        **& ATTACH COPY OF ORDER/CJA**

       **WAS F.P. STATUS REVOKED:**        **DATE:**

       **WAS F.P. STATUS LIMITED IN SOME FASHION?**

       **IF YES, EXPLAIN:**

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 15 2006
DISTRICT OF HAWAII

IV     **COMPANION CASES, IF ANY:**

V     **COMPLETED IN THE U.S. DISTRICT COURT BY:**

       Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)