ITES DISTRICT COURT
RICT OF HAWAII
MOANA BLVD., C-338
U, HAWAII 96850-0338
    CLERK

ICIAL BUSINESS

SERVICE REQUESTED

PRESORTED FIRST CLASS
MAY 10'06
PB METER 7049106
U.S. POSTAGE
2.698

```
GRAV223*   968133018 1206 07 05/13/06
           RETURN TO SENDER
GRAVELLE HOWARD J JR
       MOVED LEFT NO ADDRESS
       UNABLE TO FORWARD
       RETURN TO SENDER
```

CV-01-182

**RECEIVED**
CLERK, U.S DISTRICT COURT

MAY 1 5 2006

DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

May 9, 2006

To All Counsel of Record as Appellees:

    IN RE:   CAROL J. NELSON, ET AT., vs. ALAN JONES, ET AL.,

               CV 01-00182HG-LEK

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on May 3, 2006.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely Yours,

SUE BEITIA, CLERK
by: Laila M. Geronimo
Deputy Clerk

cc:    Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
    ROBERT ALAN JONES, PRO SE (attorney for appellant)
        w/copy of instructions for civil appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet; CADS