UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850 · 0338

CLERK

OFFICIAL BUSINESS

Howard J. Gravelle
223 S King St 2nd Floor
Honolulu, HI 96813

CV 01-182

**RECEIVED**
CLERK, U.S. DISTRICT COURT

MAY 15 2006

DISTRICT OF HAWAII

PRESORTED
FIRST CLASS



GRAV223W 968133017 1206 15 05/13/06
RETURN TO SENDER
GRAVELLE HOWARD J JR
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

Howard J. Gravelle
223 S King St 2nd Floor
Honolulu, HI 96813

Cv 01-182

# Minute Entries
1:01-cv-00182-HG-LEK Nelson v. Jones, et al

## U.S. District Court

### District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from wnn, entered on 5/11/2006 at 9:23 AM HST and filed on 5/11/2006

**Case Name:**      Nelson v. Jones, et al
**Case Number:**    1:01-cv-182
**Filer:**
**Document Number:** 240

**Docket Text:**
EO: Set Deadlines/Hearing as to [239] Eighth MOTION to Withdraw as Attorney *(refiled)*:. Motion Hearing set for 5/26/2006 at 09:00 AM before JUDGE LESLIE E KOBAYASHI. (Judge LESLIE E KOBAYASHI )(wnn, )

The following document(s) are associated with this transaction:

**1:01-cv-182 Notice will be electronically mailed to:**

Mary L. Martin     mmartin@paclawteam.com

Enver W. Painter , Jr    Enver.painter@hawaiiantel.net

**1:01-cv-182 Notice will be delivered by other means to:**

Robert E. Chapman
Clay Chapman Crumpton Iwamura & Pulice
Topa Financial Ctr
700 Bishop St Ste 2100
Honolulu, HI 96813

Howard J. Gravelle
223 S King St 2nd Floor
Honolulu, HI 96813

Alan Jones
1061 East Flamingo Road, Suite #7
Las Vegas, NV 89119

Robert Alan Jones
1061 East Flamingo Rd Ste 7
Las Vegas, NV 89119