IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 06-15908   U.S. District Court Case No. cv-01-00182

Short Case Title CAROL J. NELSON V. JONES

Date Notice of Appeal Filed by Clerk of District Court  MAY 3, 2006

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 17 2006
at 10 o'clock and ___ min ___ M
SUE BEITIA, CLERK

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| Febraury 24, 2006 | STEPHEN PLATT | Voir Dire — Motion for Clarification as to Remaining Parties |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) |

(additional page for designations if necessary)

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )  As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( )  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered 5/15/06   Estimated date for completion of transcript _____

Print Name of Attorney  R. Alan Jones (pro se)   Phone Number 702-791-0742

Signature of Attorney  R. Alan Jones

Address 1061 East Flamingo Road, Suite 7, Las Vegas, Nevada 89109

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
           (signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____   Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia                                    BY:
(U.S. District Court Clerk)     (date)        DEPUTY CLERK

## CERTIFICATE OF SERVICE

This is to certify that I caused to be served a true and correct copy of **TRANSCRIPT DESIGNATION AND ORDERING FORM,** by mailing via U.S. Mail, postage paid to the following:

ENVER W. PAINTER, JR.
Attorney at Law
1188 Bishop Street, Suite 2505
Honolulu, Hawaii 96813

Dated this 15th day of May, 2006.

_____
Employee of R. Alan Jones