Of Counsel:
CLAY CHAPMAN CRUMPTON IWAMURA & PULICE

ROBERT E. CHAPMAN     #2679
MARY MARTIN           #5475
Topa Tower, Suite 2100
700 Bishop Street
Honolulu, Hawaii 96813
Telephone:  (808) 535-8400
Facsimile:  (808) 535-8444
rchapman@paclawteam.com
mmartin@paclawteam.com

Attorneys for Defendant/Counterclaimant
ROBERT ALAN JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| CAROL J. NELSON, | ) CIVIL NO. 01-0182 HG/LEK |
|---|---|
| Plaintiff, | ) WITHDRAWAL OF MOTION TO |
| | ) WITHDRAW AS COUNSEL FOR |
| vs. | ) DEFENDANT/COUNTERCLAIMANT |
| | ) ROBERT ALAN JONES; |
| ROBERT ALAN JONES, | ) CERTIFICATE OF SERVICE |
| Defendants, | ) |
| _____ | ) DATE: May 26, 2006 |
| | ) TIME: 9:00 a.m. |
| ROBERT ALAN JONES, | ) Judge: Helen Gillmor |
| Counterclaimant, | ) |
| vs. | ) |
| | ) NOMINATED TRIAL JUDGE: |
| CAROL J. NELSON, MICHAEL | ) Magistrate Judge Kevin |
| CETRARO, | ) S.C. Chang |
| Counterclaim Defendants. | ) |

**WITHDRAWAL OF MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT/COUNTERCLAIMANT ROBERT ALAN JONES**

The law firm of Clay Chapman Crumpton Iwamura & Pulice, Robert E. Chapman and Mary Martin, counsel for Defendant/Counterclaimant ROBERT ALAN JONES ("Defendant/Counterclaimant"), hereby withdraws its pending motion to withdraw as counsel for Defendant/Counterclaimant Jones.

DATED:  Honolulu, Hawaii, May 24, 2006.

        /s/ Mary Martin
ROBERT E. CHAPMAN
MARY MARTIN
Attorneys for
Defendant/Counterclaimant
ROBERT ALAN JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON, ) | CIVIL NO. 01-0182 HG/LEK |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| ROBERT ALAN JONES, ) | |
| ) | |
| Defendants, ) | |
| _____ ) | |
| ) | |
| ROBERT ALAN JONES, ) | |
| ) | |
| Counterclaimant, ) | |
| ) | |
| vs. ) | |
| ) | |
| CAROL J. NELSON, MICHAEL ) | |
| CETRARO, ) | |
| ) | |
| Counterclaim ) | |
| Defendants. ) | |
| ) | |
| ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

It is hereby certified that on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was duly served on the following parties at their last known addresses:

Served electronically through CM/ECF: May 24, 2006

    Enver.painter@hawaiiantel.net
    ENVER W. PAINTER, Jr., Esq.

Served by First Class Mail: May 24, 2006

    ROBERT ALAN JONES
    1061 East Flamingo Road, Suite #7
    Las Vegas, Nevada 89119
        Defendant/Counterclaimant

DATED:  Honolulu, Hawaii, May 24, 2006.

                    /s/ Mary Martin
                  ROBERT E. CHAPMAN
                  MARY MARTIN
                  Attorneys for
                  Defendant/Counterclaimant
                  ROBERT ALAN JONES

275729.1