# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/31/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CV01-00182HG-LEK

CASE NAME:         Carol J. Nelson v. Alan Jones, et al.

ATTYS FOR PLA:     Enver Painter

ATTYS FOR DEFT:    Robert Chapman

INTERPRETER:

JUDGE:   Kevin S. C. Chang              REPORTER:   C5 - no record

DATE:    5/31/2006                      TIME:       9:00-9:10am

COURT ACTION:  EP: Status Conference.  Discussion held regarding the appeal filed by Mr. Jones pro se.  Mr. Chapman to file a Motion for 54(b) Certification within the next two weeks so that the appeal can go forward on a proper basis.

Submitted by: Shari Afuso, Courtroom Manager