CV 01-00182 HK
KSC



PRESORTED
FIRST CLASS

GRAV223* 968130017 1206 14 06/18/06
GRAVELLE, HOWARD J JR
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

**RECEIVED**
CLERK, U.S. DISTRICT COURT

JUN 20 2006

DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338

CLERK

OFFICIAL BUSINESS

Howard J. Gravelle
223 S King St 2nd Floor
Honolulu, HI 96813

Howard J. Gravelle
223 S King St 2nd Floor
Honolulu, HI 96813

CV 01-00182 HG



Case 1:01-cv-00182-HG-LEK    Document 246    Filed 05/17/2006    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 06-15908     U.S. District Court Case No. cv-01-00182

Short Case Title: CAROL J. NELSON V. JONES

Date Notice of Appeal Filed by Clerk of District Court: MAY 3, 2006

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 17 2006
at 10 o'clock and ___ min ___ M
SUE BEITIA, CLERK

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| Febraury 24, 2006 | STEPHEN PLATT | Voir Dire — Motion for Clarification as to Remaining Parties |
|  |  | Opening Statements |
|  |  | Settlement Instructions |
|  |  | Closing Arguments |
|  |  | Jury Instructions |
|  |  | Pre-Trial Proceedings |
|  |  | Other (please specify) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 15 2006
at 10 o'clock and 20 min ___ M
SUE BEITIA, CLERK

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: 5/15/06     Estimated date for completion of transcript: ___

Print Name of Attorney: R. Alan Jones (pro se)     Phone Number: 702-791-0742

Signature of Attorney: R. Alan Jones

Address: 1061 East Flamingo Road, Suite 7, Las Vegas, Nevada 89109

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
(✓) Arrangements for payment were made on 5-22-06
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

20    Approximate Number of Pages in Transcript—Due Date 6-22-06

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed: 06-09-06     Court Reporter's Signature: produced by Steve Platt

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia     06-19-06     BY: Alison Gumey
(U.S. District Court Clerk)     (date)     DEPUTY CLERK

### CERTIFICATE OF SERVICE

This is to certify that I caused to be served a true and correct copy of **TRANSCRIPT DESIGNATION AND ORDERING FORM,** by mailing via U.S. Mail, postage paid to the following:

ENVER W. PAINTER, JR.
Attorney at Law
1188 Bishop Street, Suite 2505
Honolulu, Hawaii 96813

Dated this 15th day of May, 2006.

_____
Employee of R. Alan Jones