ORIGINAL

Of Counsel:
CLAY CHAPMAN CRUMPTON IWAMURA & PULICE

ROBERT E. CHAPMAN      #2679
MARY MARTIN            #5475
Topa Tower, Suite 2100
700 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 535-8400
Facsimile: (808) 535-8444
rchapman@paclawteam.com
mmartin@paclawteam.com

Attorneys for Defendant
Robert Alan Jones

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 19 2006

at 3 o'clock and 45 min P M
SUE BEITIA, CLERK

LODGED

JUN 13 2006
11:39 am
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT ALAN JONES,<br><br>    Defendants,<br><br>ROBERT ALAN JONES,<br><br>    Counterclaimant,<br><br>vs.<br><br>CAROL J. NELSON, MICHAEL CETRARO,<br><br>    Counterclaim Defendants. | CIVIL NO. 01-0182 HG/LEK/KSSC<br><br>STIPULATION TO CERTIFY "ORDER CLARIFYING REMAINING PARTIES AND CLAIMS" PURSUANT TO RULE 54(B), and ORDER<br><br><br><br>JURY TRIAL: No date set. |

DENIED

## STIPULATION TO CERTIFY "ORDER CLARIFYING REMAINING PARTIES AND CLAIMS" PURSUANT TO RULE 54(B)

COMES NOW Plaintiff Carol J. Nelson, through her attorney, Enver W. Painter, Jr., and Defendant/Counterclaimant Robert Alan Jones, by and through his attorneys, Clay Chapman Crumpton Iwamura & Pulice, and hereby stipulate that the "Order Clarifying Remaining Parties and Claims" filed herein on April 27, 2006, shall be certified as a final order and judgment pursuant to Rule 54(b), as the order disposes of one or more parties and one or more claims, and there is no just reason for delay.

DATED: Honolulu, Hawaii, JUN 1 3 2006.

_____
ENVER W. PAINTER, Jr.
Attorney for Plaintiff and
Defendant Michael Cetraro

_____
ROBERT E. CHAPMAN
MARY MARTIN
Attorneys for Defendant Robert A. Jones

DENIED 7·18·06
CHIEF UNITED STATES DISTRICT JUDGE

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

NELSON v. JONES, et al.; Civ. No. 01-00182 HG-LEK; STIPULATION TO CERTIFY "ORDER CLARIFYING REMAINING PARTIES AND CLAIMS" PURSUANT TO RULE 54(B), and ORDER
276068.2