UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CAROL J. NELSON,<br><br>    Plaintiff-counter-defendant - Appellee,<br><br>V.<br><br>ROBERT ALAN JONES,<br><br>    Defendant-counter-claimant - Appellant. | No. 06-15908<br>D.C. No. CV-01-00182-HG<br><br>**JUDGMENT** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 2 3 2006

at \_\_\_ o'clock and \_\_\_ min. \_\_\_ M
SUE BEITIA, CLERK

    Appeal from the United States District Court for the District of Hawaii (Honolulu).

    On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED for lack of jurisdiction**.

Filed and entered 07/21/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 1 8 2006

by: Ruben Talavera
    Deputy Clerk