**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 21 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CAROL J. NELSON,<br><br>    Plaintiff-counter-defendant -<br>Appellee,<br><br>    v.<br><br>ROBERT ALAN JONES,<br><br>    Defendant-counter-claimant -<br>Appellant. | No. 06-15908<br><br>D.C. No. CV-01-00182-HG<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before: B. FLETCHER, HAWKINS and THOMAS, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with rule). Consequently, this appeal is dismissed for lack of jurisdiction.

DISMISSED.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 18 2006

by: Ruben Talavera
     Deputy Clerk

PROSE