MOATT

NON-PUBLIC DOCKET FOR
Ninth Circuit Court of Appeals

Court of Appeals Docket #: 06-15908                                Filed: 5/12/06
Nsuit: 4290  Other real property (Div)
Nelson v. Jones
Appeal from: District of Hawaii (Honolulu)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case type information:
    1) civil
    2) private
    3)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0975-1 : CV-01-00182-HG
    presiding judge: Helen Gillmor, District Judge
    Date Filed: 3/23/01
    Date order/judgment: 4/27/06
    Date NOA filed: 5/3/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   03-16542    CHH    RRB    BGS
   Date filed: 8/22/03   Date disposed: 1/18/05   Disposition: vac/mem

Current cases:
   None
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Panel Assignment:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

INTERNAL USE ONLY: Proceedings include all events.
06-15908 Nelson v. Jones

| | |
|---|---|
| CAROL J. NELSON<br>    Plaintiff-counter-<br>defendant - Appellee | Enver Painter, Jr., Esq.<br>FAX 537-9207<br>808/537-9777<br>Suite 2505<br>[COR LD NTC ret]<br>1188 Bishop Street<br>Honolulu, HI 96813 |
| v. | |
| ROBERT ALAN JONES<br>    Defendant-counter-<br>claimant - Appellant | Robert Alan Jones<br>FAX 702/736-0773<br>702/791-0742<br>Suite 7<br>[COR LD NTC prs]<br>1061 East Flamingo Road<br>Las Vegas, NV 89119 |

INTERNAL USE ONLY: Proceedings include all events.
06-15908 Nelson v. Jones

CAROL J. NELSON

    Plaintiff-counter-defendant - Appellee

 v.

ROBERT ALAN JONES

    Defendant-counter-claimant - Appellant