CV00-182HG

RECEIVED
CLERK, U.S. DISTRICT COURT

SEP - 5 2006

DISTRICT OF HAWAII

PRESORTED
FIRST CLASS

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK
OFFICIAL BUSINESS

GRAV223 *   968132005 1206 05 09/02/06
GRAVELLE, HOWARD J JR
RETURN TO SENDER
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

SCANNED

Howard J. Gravelle
223 S King St 2nd Floor
Honolulu, HI 96813

CV 01-182

# Appeal Documents
1:01-cv-00182-HG-LEK Nelson v. Jones, et al

## U.S. District Court

### District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from ecs, entered on 8/28/2006 at 3:04 PM HST and filed on 8/23/2006

**Case Name:** Nelson v. Jones, et al
**Case Number:** 1:01-cv-182
**Filer:**
**Document Number:** 256

**Docket Text:**
USCA JUDGMENT (certified 8/18/06) as to [234] Notice of Appeal filed by Alan Jones,, Robert Alan Jones, (Attachments: # (1) Order# (2) Ninth Circuit Docket)[Appeal in this cause be, and hereby is DISMISSED for lack of jurisdiction] (ecs, )(cc: HG, David and WN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=8/28/2006] [FileNumber=140505-0]
[28e2a415aa2ea19edebcc9132791b68f0c2db41f12d49d00c0871cd4d7117a432c38
e1fe7dc3361062d4a7ac22ca00bd31061e976d47c940197912ad3de436a7]]
**Document description:** Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=8/28/2006] [FileNumber=140505-1]
[3b00cd61be4f5488d22f997d33c3222abd970fa5fd825c7a95ec50e7eb2c3c129972
b138c434dca9c28c65fb7ac86b3bbf7a0366fb60920d289eb677266b1e4c]]
**Document description:** Ninth Circuit Docket
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=8/28/2006] [FileNumber=140505-2]
[5031a8ac031a9b8e0251e4eab4df5da2b4fb06e99d7d609a863894a20c3617ca40a2
8311651c24c2b0d99e4d8f1e67290424436f3a598e26f3b6138cbfd5a554]]

**1:01-cv-182 Notice will be electronically mailed to:**

Mary L. Martin    mmartin@paclawteam.com


SCANNED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CAROL J. NELSON,<br><br>       Plaintiff-counter-defendant - Appellee,<br><br>V.<br><br>ROBERT ALAN JONES,<br><br>       Defendant-counter-claimant - Appellant. | No.  06-15908<br>D.C. No. CV-01-00182-HG<br><br><br>**JUDGMENT**<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>AUG 2 3 2006<br><br>at 11 o'clock and __ min. __ M<br>SUE BEITIA, CLERK |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED for lack of jurisdiction**.

Filed and entered 07/21/06

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 1 8 2006

by Ruben Talavera
Deputy Clerk

**FILED**

UNITED STATES COURT OF APPEALS

JUL 21 2006

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CAROL J. NELSON,<br><br>　　　　Plaintiff-counter-defendant -<br>Appellee,<br><br>　　v.<br><br>ROBERT ALAN JONES,<br><br>　　　　Defendant-counter-claimant -<br>Appellant. | No. 06-15908<br><br>D.C. No. CV-01-00182-HG<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Before: B. FLETCHER, HAWKINS and THOMAS, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with rule). Consequently, this appeal is dismissed for lack of jurisdiction.

DISMISSED.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 18 2006

by: Ruben Talavera
Deputy Clerk

PROSE

```
                                                                MOATT


                        NON-PUBLIC DOCKET FOR
                      Ninth Circuit Court of Appeals

Court of Appeals Docket #: 06-15908                          Filed: 5/12/06
Nsuit: 4290  Other real property (Div)
Nelson v. Jones
Appeal from: District of Hawaii (Honolulu)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case type information:
     1) civil
     2) private
     3)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

     District: 0975-1 : CV-01-00182-HG
     presiding judge: Helen Gillmor, District Judge
     Date Filed: 3/23/01
     Date order/judgment: 4/27/06
     Date NOA filed: 5/3/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: paid

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
   03-16542   CHH   RRB   BGS
   Date filed: 8/22/03   Date disposed: 1/18/05   Disposition: vac/mem

Current cases:
   None
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Panel Assignment:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -




Docket as of July 20, 2006 11:12 pm          Page 1   NON-PUBLIC
```

MOATT

INTERNAL USE ONLY: Proceedings include all events.
06-15908 Nelson v. Jones

| | |
|---|---|
| CAROL J. NELSON<br>    Plaintiff-counter-<br>defendant - Appellee | Enver Painter, Jr., Esq.<br>FAX 537-9207<br>808/537-9777<br>Suite 2505<br>[COR LD NTC ret]<br>1188 Bishop Street<br>Honolulu, HI 96813 |
| v. | |
| ROBERT ALAN JONES<br>    Defendant-counter-<br>claimant - Appellant | Robert Alan Jones<br>FAX 702/736-0773<br>702/791-0742<br>Suite 7<br>[COR LD NTC prs]<br>1061 East Flamingo Road<br>Las Vegas, NV 89119 |

MOATT

INTERNAL USE ONLY: Proceedings include all events.
06-15908 Nelson v. Jones

CAROL J. NELSON

        Plaintiff-counter-defendant - Appellee

  v.

ROBERT ALAN JONES

        Defendant-counter-claimant - Appellant