

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338

CLERK

OFFICIAL BUSINESS

PRESORTED
FIRST CLASS

GRAV223*  96813301S 1206  11  12/27/06
RETURN TO SENDER
GRAVELLE HOWARD J JR
MOVED LEFT NO ADDRESS
UNABLE TO FORWARD

AO Form 85 (Rev. 7/03) Notice, Consent, and Order of Reference — Exercise of Jurisdiction by a United States Magistrate Judge

**L.O.D.G.E.D**
DEC 4 2006
10:40 AM
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 4 2006

at /2 o'clock and 30 min. P M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
District of Hawaii

CAROL J. NELSON

Plaintiff
V.
ROBERT ALAN JONES

Defendant

NOTICE, CONSENT, AND ORDER OF REFERENCE —
EXERCISE OF JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE

Case Number: 01-0182 HG/LEK

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| Carol J. Nelson | [signature] Carol J Nelson | 11-16-06 |
| Robert Alan Jones | [signature] Robert Alan Jones | 11/8/06 |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to ____Kevin S.C. Chang____ United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

12-12-06
Date

[signature]
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.

## Other Orders/Judgments

1:01-cv-00182-HG-LEK Nelson v. Jones, et al

U.S. District Court

District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from bbb, entered on 12/18/2006 at 11:20 AM HST and filed on 12/14/2006

**Case Name:** Nelson v. Jones, et al
**Case Number:** 1:01-cv-182
**Filer:**
**Document Number:** 259

**Docket Text:**
Notice, Consent, and ORDER REFERRING CASE to Magistrate Judge KEVIN S.C. CHANG. Signed by Chief Judge HELEN GILLMOR on December 12, 2006. (bbb, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=12/18/2006] [FileNumber=199517-0
] [0e1f9015c5764c11ead9a531c000e5256c037f116d345fd026827ef774d688ac268
c9ec4712766f253688bae971dc82ca608c413d36982494d0c542a7c604727]]

**1:01-cv-182 Notice will be electronically mailed to:**

Mary L. Martin    mmartin@paclawteam.com

Enver W. Painter , Jr    Enver.painter@hawaiiantel.net

**1:01-cv-182 Notice will be delivered by other means to:**

Robert E. Chapman
Clay Chapman Crumpton Iwamura & Pulice
Topa Financial Ctr
700 Bishop St Ste 2100
Honolulu, HI 96813

Howard J. Gravelle
223 S King St 2nd Floor

Honolulu, HI 96813

Alan Jones
1061 East Flamingo Road, Suite #7
Las Vegas, NV 89119

Robert Alan Jones
1061 East Flamingo Rd Ste 7
Las Vegas, NV 89119