# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/5/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV01-00182KSC |
| CASE NAME: | Carol J. Nelson v. Alan Jones, et al. |
| ATTYS FOR PLA: | Enver Painter |
| ATTYS FOR DEFT: | Robert Chapman |
| | Mary Martin |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 1/5/2007 | TIME: | 9:20-9:30am |

COURT ACTION: EP: Status Conference. New trial date given. Amended Rule 16 Scheduling Conference Order to be issued.

Counsel shall meet and confer within the next week regarding re-opening any closed deadlines. The court will set a deadline of 1/19/07 for filing of any motion to re-open deadlines which will be heard on an expedited basis.

Counsel shall also check as to whether this will be a Jury Trial.

1. Non-jury trial on August 7, 2007 at 9:00 a.m. before KSC
2. Final Pretrial Conference on June 26, 2007 at 9:00 a.m. before KSC
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by June 19, 2007
5. File motions to Join/Add Parties/Amend Pleadings by **(CLOSED)**
6. File other Non-Dispositive Motions by **(CLOSED)**
7. File Dispositive Motions by **(CLOSED)**
8a. File Motions in Limine by July 17, 2007
8b. File opposition memo to a Motion in Limine by July 24, 2007
11a. Plaintiff's Expert Witness Disclosures by **(CLOSED)**
11b. Defendant's Expert Witness Disclosures by **(CLOSED)**
12. Discovery deadline **(CLOSED)**
13. Settlement Conference set for 4/17/2007 at 11:00am before KSC
14. Settlement Conference statements by 4/10/2007

20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A
21. File Final witness list by July 17, 2007
24. Exchange Exhibit and Demonstrative aids by July 10, 2007
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by July 17, 2007
26. File objections to the Exhibits by July 24, 2007
28a. File Deposition Excerpt Designations by July 17, 2007
28b. File Deposition Counter Designations and Objections by July 24, 2007
29. File Trial Brief by July 24, 2007
30. File Findings of Fact & Conclusions of Law by July 24, 2007

Other Matters:
None.

Submitted by: Shari Afuso, Courtroom Manager

CV01-182KSC
Carol Nelson v. Alan Jones, et al.
Amended Rule 16 Scheduling Conference Order
1/5/2007