IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CAROL J. NELSON, | ) | CIVIL NO. 01-00182 KSC |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | FOURTH AMENDED RULE 16 |
| vs. | ) | SCHEDULING ORDER |
| | ) | |
| ALAN JONES, et. al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

## FOURTH AMENDED RULE 16 SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16 and LR 16.2, a scheduling conference was

held in chambers on January 5, 2007, before the Honorable Kevin S. C. Chang,

United States Magistrate Judge.  Appearing at the conference were Enver Painter

on behalf of the Plaintiff and Robert Chapman and Mary Martin on behalf of the

Defendants.

Pursuant to Fed. R. Civ. P. 16(e) and LR 16.3, the Court enters this

scheduling conference order:

**TRIAL AND PRETRIAL CONFERENCE SCHEDULING:**

1.     **NON-JURY** trial in this matter will commence before the Honorable Kevin

S. C. Chang, United States Magistrate Judge on August 7, 2007, at 9:00 AM.

**2.** A final pretrial conference shall be held on June 26, 2007, at 9:00 AM

before the Honorable Kevin S. C. Chang, United States Magistrate Judge.

3.  (RESERVED)

**4.** Pursuant to LR 16.6, each party herein shall serve and file a separate final

pretrial statement by June 19, 2007.

**MOTIONS:**

**5.** All motions to join additional parties or to amend the pleadings shall be filed by

CLOSED.

**6.** Other non-dispositive motions, except for motions in limine and discovery

motions, shall be filed by CLOSED.

**7.** Dispositive motions shall be filed by CLOSED.

**8.** Motions in limine shall be filed by July 17, 2007.

Any opposition memorandum to a motion in limine shall be filed by July 24, 2007.

**DISCOVERY:**

9. Unless and until otherwise ordered by the Court, the parties shall follow the

discovery plan agreed to by the parties herein pursuant to Fed. R. Civ. P. 26(f).

**10.** (RESERVED)

**11.** Pursuant to Fed. R. Civ. P. 26(a)(2), each party shall disclose to each other

party the identity and written report of any person who may be used at trial to

present expert evidence under Rules 702, 703, or 705 of the Federal Rules of

Evidence.  The disclosures pursuant to this paragraph shall be according to the

following schedule:

> **a.** All plaintiffs shall comply by CLOSED.

> **b.** All defendants shall comply by CLOSED.

Disclosure of the identity and written report of any person who may be called

solely to contradict or rebut the evidence of a witness identified by another party

pursuant to subparagraphs a and b hereinabove shall occur within thirty (30) days

after the disclosure by the other party.

**12.**    Pursuant to Fed. R. Civ. P. 16(b)(3) and LR 16.2(a)(6), the discovery

deadline shall be CLOSED.  Unless otherwise permitted by the Court, all discovery

pursuant to Federal Rules of Civil Procedure, Rules 26 through 37 inclusive must

be completed by the discovery deadline.  Unless otherwise permitted by the Court,

all discovery motions and conferences made or requested pursuant to Federal Rules

of Civil Procedure, Rules 26 through 37 inclusive and LR 26.1, 26.2 37.1 shall be

heard no later than thirty (30) days prior to the discovery deadline.

**SETTLEMENT:**

**13.**    A settlement conference shall be held on April 17, 2007, at 11:00 am before

the Honorable Barry M. Kurren, United States Magistrate Judge.

**14.**    Each party shall deliver to the presiding Magistrate Judge a confidential

settlement conference statement by April 10, 2007.  The parties are directed to LR

16.5(b) for the requirements of the confidential settlement conference statement.

15.    The parties shall exchange written settlement offers and meet and confer to

discuss settlement before the date on which settlement conference statements are

due.

**TRIAL SUBMISSIONS:**

16.    (RESERVED)

17.    (RESERVED)

18.    (RESERVED)

19.    (RESERVED)

20.    (RESERVED)

**WITNESSES:**

**21.**    By July 17, 2007, each party shall serve and file a final comprehensive

witness list indicating the identity of each witness that the party will call at trial

and describing concisely the substance of the testimony to be given and the

estimated time required for the testimony of the witness on direct examination.

22.    The parties shall make arrangements to schedule the attendance of witnesses

at trial so that the case can proceed with all due expedition and without any

unnecessary delay.

23.  The party presenting evidence at trial shall give notice to the other party the

day before of the names of the witnesses who will be called to testify the next day

and the order in which the witnesses will be called.

**EXHIBITS:**

**24.**  By July 10, 2007, the parties shall premark for identification all exhibits and

shall exchange or, when appropriate, make available for inspection all exhibits to

be offered, other than for impeachment or rebuttal, and all demonstrative aids to be

used at trial.

**25.**  The parties shall meet and confer regarding possible stipulations to the

authenticity and admissibility of proposed exhibits by July 17, 2007.

**26.**  By July 24, 2007, the parties shall file any objections to the admissibility of

exhibits. Copies of any exhibits to which objections are made shall be attached to

the objections.

27.  The original set of exhibits and two copies (all in binders) and a list of all

exhibits shall be submitted to the Court the Thursday before trial.

**DEPOSITIONS:**

**28 a.**  By July 17, 2007, the parties shall serve and file statements designating

excerpts from depositions (specifying the witness and page and line referred to) to

be used at trial other than for impeachment or rebuttal.

  **b.**  Statements counter-designating other portions of depositions or any

objections to the use of depositions shall be served and filed by July 24, 2007.

**TRIAL BRIEFS:**

**29.**  By July 24, 2007, each party shall serve and file a trial brief on all significant

disputed issues of law, including foreseeable procedural and evidentiary issues,

setting forth briefly the party's position and the supporting arguments and

authorities.

**PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW:**

**30.**     Each party shall serve and file proposed findings of fact and conclusions of

law by July 24, 2007.

**OTHER MATTERS:**

Counsel to consider proceeding to a trial by jury.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 5, 2007.



Kevin S.C. Chang
United States Magistrate Judge