CLAY CHAPMAN CRUMPTON IWAMURA & PULICE
Attorneys at Law
A Law Corporation

ROBERT E. CHAPMAN          #2679
rchapman@paclawteam.com
MARY MARTIN                #5475
mmartin@paclawteam.com
700 Bishop Street, Suite 2100
Honolulu, Hawaii  96813
Telephone: (808) 535-8400
Facsimile: (808) 535-8444

Attorneys for Defendant
 Robert Alan Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON, | ) CIVIL NO. 01-182 KSC |
| | ) |
| Plaintiff, | ) DEFENDANT ROBERT ALAN |
| | ) JONES' MOTION FOR LEAVE TO |
| vs. | ) NAME EXPERT WITNESS; |
| | ) MEMORANDUM IN SUPPORT OF |
| ROBERT ALAN JONES, | ) MOTION; CERTIFICATE OF |
| | ) SERVICE |
| Defendants, | ) |
| _____ | ) Hrg Date: _____ |
| | ) Hrg Time: _____ |
| ROBERT ALAN JONES, | ) Judge: Kevin S. Chang |
| | ) |
| Counterclaimant, | ) TRIAL: August 7, 2007 |
| | ) |
| vs. | ) |
| | ) |
| CAROL J. NELSON, MICHAEL | ) |
| CETRARO, | ) |
| | ) |
| Counterclaim | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

**DEFENDANT ROBERT ALAN JONES' MOTION FOR LEAVE TO NAME
EXPERT WITNESS**

COMES NOW DEFENDANT ROBERT ALAN JONES, by and through his attorneys, Clay Chapman Crumpton Iwamura & Pulice, and hereby moves, pursuant to the court's oral ruling, and the minutes of the Scheduling Conference held on January 5, 2007, for leave to name an expert witness.  Specifically, Defendant Jones seeks to name an appraiser for the purposes of establishing property values as a necessary element of damages.

This motion is supported by the Memorandum in Support and the files and records herein.

DATED:  Honolulu, Hawaii, January 19, 2007.

                                                           /s/ Mary Martin
                                           ROBERT E. CHAPMAN
                                           MARY MARTIN
                                           Attorneys for
                                           Defendant/Counterclaimant
                                           ROBERT ALAN JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON, | ) CIVIL NO. 01-0182 KSC |
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| ROBERT ALAN JONES, | ) |
| Defendants, | ) |
| _____ | ) |
| ROBERT ALAN JONES, | ) |
| Counterclaimant, | ) |
| vs. | ) |
| CAROL J. NELSON, MICHAEL CETRARO, | ) |
| Counterclaim Defendants. | ) |
| _____ | ) |

**CERTIFICATE OF SERVICE**

It is hereby certified that on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was duly served on the following parties at their last known addresses:

Served electronically through CM/ECF: January 19, 2007.

       Enver.painter@hawaiiantel.net
       ENVER W. PAINTER, Jr., Esq.

-4-

DATED:  Honolulu, Hawaii, January 19, 2007

                                              /s/ Mary Martin
                                ROBERT E. CHAPMAN
                                MARY MARTIN
                                Attorneys for
                                Defendant/Counterclaimant
                                ROBERT ALAN JONES

266763.1