IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CAROL J. NELSON, | ) | Civil No. 01-0182 KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ALAN JONES; DOES 1-30, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | DECLARATION OF |
| | ) | ENVER W. PAINTER, JR. |
| ROBERT ALAN JONES, a Nevada resident, | ) | |
| | ) | |
| Counterclaimant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROL NELSON, a Hawaii resident, MICHAEL CETRARO, a Montana resident, CHARLES HEAUKULANI, Esq., a Hawaii resident, ROBERT SHELBY, Esq., a Utah resident, MICHAEL BILANZICH, a Utah resident and JEFFREY GROSS, Esq., a Utah resident, | ) ) ) ) ) ) ) | |
| | ) | |
| Counterclaim Defendants. | ) ) | |
| _____ | ) | |

## **DECLARATION OF ENVER W. PAINTER, JR.**

I am an attorney licensed to practice in the courts of the state of Hawaii and represent Plaintiff, Carol J. Nelson, in the above-entitled action and am competent to make this declaration and do declare under penalty of perjury that the following is true and correct:

Attached hereto as Exhibit A is a true and correct copy of Defendant Robert Alan Jones'

responses to Plaintiff Carol Nelson's First Request for Answer to Interrogatories.

Attached hereto as Exhibit B is a true and correct copy of Exhibit ten to the Second Amended Counterclaim filed herein by Defendant Robert Alan Jones.

Attached hereto as Exhibit C is a true and correct copy of Exhibit six to the Second Amended Counterclaim filed herein by Defendant Robert Alan Jones.

Attached hereto as Exhibit D is a true and correct copy of Exhibit seven to the Second Amended Counterclaim filed herein by Defendant Robert Alan Jones.

Attached hereto as Exhibit E is a true and correct copy of the Affidavit Robert Alan Jones sent to the undersigned in connection with Jones' Motion for a temporary restraining order and/or preliminary injunction regarding his son's occupancy of the subject real property.

DATED: Honolulu, Hawaii, January 29, 2007

					_____
					ENVER W. PAINTER, JR.
					Attorney for Plaintiff
					Carol J. Nelson