## BILL OF SALE AND ASSIGNMENT
### (Condominium)

BILL OF SALE AND ASSIGNMENT dated as of July 1, 1998 from Royal Aloha Coffee, Tea & Spice Company, Inc., a corporation (hereinafter sometimes called the "Seller"), to Bad Ass Coffee Limited Partnership (hereinafter sometimes called the "Buyer").

This Bill of Sale and Assignment witnesseth that for such good and sufficient consideration, the receipt of which is hereby acknowledged, Seller hereby assigns, transfers and quit claims to Buyer as of the date hereof all of Seller's right, title and interest in and to the Contract of Purchase for its condominium located at 75571 Alihi Drive #406, Kailua, Kona, Hawaii 96750.

IN WITNESS WHEREOF, the parties hereto have caused this Bill of Sale and Assignment to be signed in their respective corporate names by one of their respective officers as of the day and year first above written.

BAD ASS COFFEE LIMITED PARTNERSHIP
by its General Partner

BY _Robert Alan Jones_
Robert Alan Jones, President

ROYAL ALOHA COFFEE, TEA & SPICE COMPANY, INC.

BY _Michael Bilanzich_
Its President

EXHIBIT "B"

```
PAGE 5      27-Apr-97 -------------------------------------------
  $90,000 VALUE
          Property Assessment/tax 1996
  $67,200 BLDG
   $8,700 LAND FEE SIMPLE
  $75,900 TOTAL
    $658.20 TAXES
-----------------------------------------------------------------
BUYER WILL BE RESPONSIBLE FOR THIS BILLING AT _____\97
CAROL WILL CONTINUE TO PAY BILLS FOR BUYER UNTIL PAPER WORK DONE.
CO TENANCY UNTIL THAT TIME, PROXIES, OWNERSHIP, ETC.
SELLER TURN OVER THE TITLE WHEN BALLON ARRANGMENTS ARE MADE,
AND NOTE SIGNED.
WILL MAINTAIN 1ST AND SECOND POSITION, DEPENDING WHAT CURRENT
1ST MORTAGE HOLDER WILL AGREE TO.
SIGN TWO QUICK CLAIM DEEDS FOR TITLE
SELLING PRICE--->       $90,000
ANNUAL INTEREST RATE      9.00%
NUMBER OF MONTHS            240 <10 YEAR BALLOON
LOAN AMORTIZATION SCH   $70,000
MONTHLY PAYMENT         $629.81 STARTING  6/1/97
TOTAL OF PAYMENTS      $151,154
           ALL EXPENSE TO BEGIN  6/1/97 OR PRORATED.
              $242.70 UTILITY BILLING, APPROX.
              $373.31 MAINTENANCE FEE>STARTS  5/1/97
              $616.01 SUB TOTAL MONTHLY
               $25.44 PHONE>TO TRANSFER
               $54.85 TAXES, PAID SEMI ANNUAL
              $696.30 <<TOTAL MONTHLY EXPENSES
              $629.81 <<<MONTHLY PAYMENT STARTING  6/1/97
            $1,326.11 <<<TTL WITH PAYMENT

IF PAY BALLOON PLUS BALANCE RECEIVE TITLE PLUS FEE SIMPLE SIGNED.
  $66,489 <Balloon 11/30/1999   $48,139 Sellers Ballon to 1st Holder
  $49,718 <Balloon 05/01/2007              due> 11/30/1999
OCCUPANCY STARTING  5/1/97
QUICK CLAIMS WITH SIGNED NOTE:

  TYPICAL MONTHLY BILLING
ELEC.      UNIT                      %%%   AMT     USE KWH  RATE
ELEC.      BY % OF COMMON INTRES     100%           534 KWH $0.1569  $83.78
ELEC.                                1.32% $4,634                    $61.17
CABLE T.V.                           1.32% $1,393                    $18.39
WATER                                1.32% $2,046                    $27.01
SEWER/EVERY OTHER MONTH              1.32% $1,690                    $22.31
REFUSE                               1.32%   $891                    $11.75
                                                                      $3.85
                                                                    $228.27
BUYER [signature] for M.B.        DATE  8/12/97

SELLER Carol Nelson              DATE  4/29/97
```

MTB