## BILL OF SALE AND ASSIGNMENT
### (Condominium)

BILL OF SALE AND ASSIGNMENT dated as of March 13, 1999 from Bad Ass Coffee Limited Partnership, a Nevada limited partnership (hereinafter called the "Seller"), to Lahiri-Morning Star Limited Partnership, a Nevada limited partnership (hereinafter called the "Buyer").

This Bill of Sale and Assignment is for such good and sufficient consideration including but not limited to surrender of limited partnership shares of the Seller owned by principals of the Buyer of a value of not less than $57,000, receipt of which is hereby acknowledged. Seller hereby assigns, transfers, and quit claims to Buyer as of the date hereof all of Seller's right, title, and real and personal interest in and to one two-bedroom condominium located at Kona Plaza, Unit # 406, at 75-5719 Alii Drive, Kailua-Kona, Hawaii 96750

IN WITNESS WHEREOF, the parties hereto have caused this Bill of Sale and Assignment to be signed in their respective names as of the day and year first above written.

BAD ASS COFFEE LIMITED PARTNERSHIP

By: _____
Jean Hammond, Secretary of the
General Partner

LAHIRI-MORNING STAR
LIMITED PARTNERSHIP

By: _____
Robert Alan Jones, President
General Partner

### ACKNOWLEDGMENTS

State of Nevada)
            )ss:
County of Clark)

On this 13th day of March, 1999, before me, a notary public, personally appeared, Jean Hammond, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the above instrument and acknowledged to me that he executed it. WITNESS my hand and official seal.

_____
Notary Public

[Notary seal: PUBLIC OF NEVADA, County of Clark, NEWLON, No. 98-2681-1, My Appt. June 9, 2002]

State of Nevada)
            )ss:
County of Clark)

On this 13th day of March, 1999, before me, a notary public, personally appeared, Robert Alan Jones, personally known to me (or proved to me on the basis of satisfactory evidence) to be the

1

**EXHIBIT "C"**

person whose name is subscribed to the above instrument and acknowledged to me that he executed it.

WITNESS my hand and official seal.

*[signature]*
Notary Public

[Notary stamp: NOTARY PUBLIC STATE OF NEVADA, County of Clark, NA  NEWLON, App. No.98-2681-1, My comm. expires June 9, 2002]

```
PAGE 5       27-Apr-97   ----------------------------------------
  $90,000   VALUE
            Property Assessment/tax 1996
  $67,200   BLDG
   $8,700   LAND FEE SIMPLE
  $75,900   TOTAL
    $658.20 TAXES
----------------------------------------------------------------
BUYER WILL BE RESPONSIBLE FOR THIS BILLING AT _____\97
CAROL WILL CONTINUE TO PAY BILLS FOR BUYER UNTIL PAPER WORK DONE.
CO TENANCY UNTIL THAT TIME, PROXIES, OWNERSHIP, ETC.
SELLER TURN OVER THE TITLE WHEN BALLON ARRANGMENTS ARE MADE,
AND NOTE SIGNED.
WILL MAINTAIN 1ST AND SECOND POSITION, DEPENDING WHAT CURRENT
1ST MORTAGE HOLDER WILL AGREE TO.
SIGN TWO QUICK CLAIM DEEDS FOR TITLE
SELLING PRICE--->        $90,000
ANNUAL INTEREST RATE        9.00%
NUMBER OF MONTHS            240  <10 YEAR BALLOON
LOAN AMORTIZATION SCH    $70,000
MONTHLY PAYMENT          $629.81 STARTING  6/1/97
TOTAL OF PAYMENTS        $151,154
         ALL EXPENSE TO BEGIN  6/1/97 OR PRORATED.
                 $242.70  UTILITY BILLING, APPROX.
                 $373.31  MAINTENANCE FEE>STARTS  5/1/97
                 $616.01  SUB TOTAL MONTHLY
                  $25.44  PHONE>TO TRANSFER
                  $54.85  TAXES, PAID SEMI ANNUAL
                 $696.30  <<TOTAL MONTHLY EXPENSES
                 $629.81  <<<MONTHLY PAYMENT STARTING  6/1/97
               $1,326.11  <<<TTL WITH PAYMENT

IF PAY BALLOON PLUS BALANCE RECEIVE TITLE PLUS FEE SIMPLE SIGNED.
  $66,489 <Balloon   11/30/1999    $48,139 Sellers Ballon to 1st Holder
  $49,718 <Balloon   05/01/2007               due> 11/30/1999
OCCUPANCY STARTING   5/1/97
QUICK CLAIMS WITH SIGNED NOTE:

  TYPICAL MONTHLY BILLING
ELEC.      UNIT                       %%%     AMT      USE KWH  RATE
ELEC.      BY % OF COMMON INTRES     100%              534 KWH  $0.1569   $83
ELEC.                                1.32%   $4,634                      $61
CABLE T.V.                           1.32%   $1,393                      $18.
WATER                                1.32%   $2,046                      $27.
SEWER/EVERY OTHER MONTH              1.32%   $1,690                      $22
REFUSE                               1.32%     $891                      $11.
                                                                          $3.
                                                                        $228
BUYER [signature] for M.B.          DATE  X/27/97

SELLER [signature] Carol Y Jackson   DATE  4/29/97
```

MTB