IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON, ) | Civil No. 01-0182 KSC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ALAN JONES; DOES 1-30, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | CERTIFICATE OF SERVICE |
| ) | |
| ROBERT ALAN JONES, a Nevada resident, ) | |
| ) | |
| Counterclaimant, ) | |
| ) | |
| vs. ) | |
| ) | |
| CAROL NELSON, a Hawaii resident, ) | |
| MICHAEL CETRARO, a Montana resident, ) | |
| CHARLES HEAUKULANI, Esq., a Hawaii ) | |
| resident, ROBERT SHELBY, Esq., a Utah ) | |
| resident, MICHAEL BILANZICH, a Utah ) | |
| resident and JEFFREY GROSS, Esq., a Utah ) | |
| resident, ) | |
| ) | |
| Counterclaim ) | |
| Defendants. ) | |
| _____ ) | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the below date the Memorandum in Opposition to Defendant Robert Alan Jones' Motion For Leave to Name Expert Witness; Declaration of Enver W. Painter, Jr.; and Exhibits "A" - "E" were duly served upon the following individual via hand delivery as follows:

        Robert E. Chapman
        Mary Martin
        700 Bishop Street, Suite 2100
        Honolulu, Hawaii 96813

DATED:  Honolulu, Hawaii, January 29, 2007

                                                  /s/ Yolanda Sanders
                                                  YOLANDA SANDERS, Legal Assistant to
                                                  ENVER W. PAINTER, JR.