# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/2/2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV01-00182KSC

CASE NAME:        Carol J. Nelson v. Alan Jones, et al.

ATTYS FOR PLA:    Enver Painter

ATTYS FOR DEFT:   Mary Martin

INTERPRETER:

JUDGE:    Kevin S. C. Chang            REPORTER:    FTR C5

DATE:     2/2/2007                     TIME:        9:29-9:41:52am

COURT ACTION:  EP: Defendant Robert Alan Jones' Motion for Leave to Name Expert Witness [265].

Motion granted.  Court will allow Defendant Jones to add/name an expert.  Within 14 days from today, he must identify the expert.  The written report must be submitted to Plaintiff no later than 3/9/07.  Plaintiff is granted leave to identify a counter-expert (if any) no later than 3/30/07.  That written report to be submitted no later than 4/30/07.  Ms. Martin to prepare the order.

Submitted by: Shari Afuso, Courtroom Manager