CLAY CHAPMAN CRUMPTON IWAMURA & PULICE
Attorneys at Law
A Law Corporation

ROBERT E. CHAPMAN        #2679
rchapman@paclawteam.com
MARY MARTIN              #5475
mmartin@paclawteam.com
700 Bishop Street, Suite 2100
Honolulu, Hawaii  96813
Telephone: (808) 535-8400
Facsimile: (808) 535-8444

Attorneys for Defendant
 Robert Alan Jones

          IN THE UNITED STATES DISTRICT COURT

             FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON,<br><br>          Plaintiff,<br><br>     vs.<br><br>ROBERT ALAN JONES,<br><br>          Defendants,<br>_____<br><br>ROBERT ALAN JONES,<br><br>          Counterclaimant,<br><br>     vs.<br><br>CAROL J. NELSON, MICHAEL<br>CETRARO,<br><br>          Counterclaim<br>          Defendants.<br>_____ | CIVIL NO. 01-182 KSC<br><br>DEFENDANT-COUNTERCLAIMANT<br>ROBERT ALAN JONES'<br>IDENTIFICATION OF EXPERT<br>WITNESS; CERTIFICATE OF<br>SERVICE<br><br><br><br>TRIAL: August 7, 2007 |

          **DEFENDANT-COUNTERCLAIMANT ROBERT ALAN JONES'**
               **IDENTIFICATION OF EXPERT WITNESS**

          COMES NOW DEFENDANT-COUNTERCLAIMANT ROBERT ALAN

JONES, by and through his undersigned counsel, and respectfully submits the following identification of expert appraisal witness:

Robert C. "Bobb" Lawrence, Jr., SRA, SRPA, CGA
Lawrence Appraisal Group, Hawaii, Inc.
308 Kamehameha Avenue PH-3
Hilo, HI 96720


DATED:  Honolulu, Hawaii, February 13, 2007.


_____/s/ Mary Martin_____
ROBERT E. CHAPMAN
MARY MARTIN
Attorneys for
Defendant/Counterclaimant
ROBERT ALAN JONES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON, | ) CIVIL NO. 01-0182 KSC |
| Plaintiff, | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| ROBERT ALAN JONES, | ) |
| Defendants, | ) |
| ROBERT ALAN JONES, | ) |
| Counterclaimant, | ) |
| vs. | ) |
| CAROL J. NELSON, MICHAEL CETRARO, | ) |
| Counterclaim Defendants. | ) |

## CERTIFICATE OF SERVICE

It is hereby certified that on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was duly served on the following parties at their last known addresses:

Served electronically through CM/ECF: February 13, 2007.

Enver.painter@hawaiiantel.net
ENVER W. PAINTER, Jr., Esq.

-3-

DATED:  Honolulu, Hawaii, February 13, 2007

___/s/ Mary Martin_____
ROBERT E. CHAPMAN
MARY MARTIN
Attorneys for
Defendant/Counterclaimant
ROBERT ALAN JONES

291601.1