CLAY CHAPMAN CRUMPTON IWAMURA & PULICE
Attorneys at Law
A Law Corporation

ROBERT E. CHAPMAN         #2679
rchapman@paclawteam.com
MARY MARTIN               #5475
mmartin@paclawteam.com
700 Bishop Street, Suite 2100
Honolulu, Hawaii  96813
Telephone: (808) 535-8400
Facsimile: (808) 535-8444

Attorneys for Defendant
 Robert Alan Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON, | ) CIVIL NO. 01-182 KSC |
| | ) |
|     Plaintiff, | ) ORDER GRANTING DEFENDANT |
| | ) ROBERT ALAN JONES' MOTION |
|   vs. | ) FOR LEAVE TO NAME EXPERT |
| | ) WITNESS |
| ROBERT ALAN JONES, | ) |
| | ) |
|     Defendants, | ) Hrg Date: February 2, 2007 |
| _____ | ) Hrg Time: 9:30 a.m. |
| | ) Judge: Kevin S. Chang |
| ROBERT ALAN JONES, | ) |
| | ) TRIAL: August 7, 2007 |
|     Counterclaimant, | ) |
| | ) |
|   vs. | ) |
| | ) |
| CAROL J. NELSON, MICHAEL CETRARO, | ) |
| | ) |
|     Counterclaim Defendants. | ) |
| _____ | ) |

**ORDER GRANTING DEFENDANT ROBERT ALAN JONES' MOTION FOR LEAVE TO NAME EXPERT WITNESS**

DEFENDANT ROBERT ALAN JONES' Motion for Leave

to Name Expert Witness came on for hearing before the Honorable Kevin S. Chang on February 2, 2007.  Enver Painter, Esq. appeared on behalf of Plaintiff; Mary Martin, Esq. appeared on behalf of Defendant.

The Court, having heard and considered the arguments of counsel, and the written submissions of the parties, and good cause appearing therefore:

IT IS HEREBY ORDERED that Defendant Jones' Motion is GRANTED, with the parties to adhere to the following deadlines:

| | |
|---|---|
| Feb. 16, 2007 | Deadline for Defendant Jones to identify the expert. |
| March 9, 2007 | Deadline for Defendant Jones' expert to submit written report. |
| March 30, 2007 | Deadline for Plaintiff to identify counter-expert (if any). |
| April 30, 2007 | Deadline for Plaintiffs' counter-expert to submit written report. |

DATED: Honolulu, Hawaii, February 14, 2007.



_____
Kevin S.C. Chang
United States Magistrate Judge