# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 01-00182KSC |
| CASE NAME: | Carol J. Nelson v. Alan Jones, et al. |
| ATTYS FOR PLA: | Enver W. Painter, Jr. |
| ATTYS FOR DEFT: | Robert E. Chapman, Mary L. Martin |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 05/09/2007 | TIME: | 11 - 11:45 |

COURT ACTION: EP: Settlement Conference held.  No settlement at this time.  Further conference on call.

Submitted by Richlyn Young, Courtroom Manager