# MINUTES

CASE NUMBER:     CV01-00182KSC

CASE NAME:        Carol J. Nelson v. Alan Jones, et al.

ATTYS FOR PLA:   Enver Painter

ATTYS FOR DEFT:  Mary Martin

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 6/15/2007 | TIME: | 9:30-9:45am |

COURT ACTION:  EP: Status Conference.  Counsel confirmed that this will be a Non Jury Trial and counsel will submit a Stipulation to Waive Jury Trial within one week.

Ms. Martin to check whether Count 3 of the Counterclaim is moot.

Submitted by: Shari Afuso, Courtroom Manager