Of Counsel:
CLAY CHAPMAN CRUMPTON IWAMURA & PULICE

ROBERT E. CHAPMAN      #2679
MARY MARTIN            #5475
Topa Tower, Suite 2100
700 Bishop Street
Honolulu, Hawaii 96813
Telephone:  (808) 535-8400
Facsimile:  (808) 535-8444
rchapman@paclawteam.com
mmartin@paclawteam.com

Attorneys for Defendant
 Robert Alan Jones

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 21 2007

at 2 o'clock and 55 min P M
SUE BEITIA, CLERK

LODGED

JUN 18 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>ROBERT ALAN JONES,<br><br>    Defendants,<br>_____<br><br>ROBERT ALAN JONES,<br><br>    Counterclaimant,<br><br>  vs.<br><br>CAROL J. NELSON, MICHAEL CETRARO,<br><br>    Counterclaim<br>    Defendants. | CIVIL NO. 01-0182<br>HG/LEK/KSSC<br><br>STIPULATION RE WAIVER OF JURY DEMAND, and ORDER<br><br><br><br><br><br>JURY TRIAL: Aug. 7, 2007 |

**STIPULATION RE WAIVER OF JURY DEMAND**

1

COMES NOW Plaintiff Carol J. Nelson, through her attorney, Enver W. Painter, Jr., and Defendant/Counterclaimant Robert Alan Jones, by and through his attorneys, Clay Chapman Crumpton Iwamura & Pulice, and hereby stipulate that the parties have agreed to waive the existing demand for jury trial, and that this trial shall proceed as a non-jury trial.

DATED: Honolulu, Hawaii, JUN 1 8 2007.

_____
ENVER W. PAINTER, Jr.
Attorney for Plaintiff

_____
ROBERT E. CHAPMAN
MARY MARTIN
Attorneys for Defendant Robert A. Jones

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

NELSON v. JONES, et al.; Civ. No. 01-00182 KSSC; STIPULATION RE WAIVER OF JURY DEMAND, and ORDER
300058.1