Of Counsel:
CLAY CHAPMAN CRUMPTON IWAMURA & PULICE

ROBERT E. CHAPMAN      #2679
rchapman@paclawteam.com
MARY MARTIN         #5475
mmartin@paclawteam.com
Topa Tower, Suite 2100
700 Bishop Street
Honolulu, Hawaii 96813
Telephone:  (808) 535-8400
Facsimile:  (808) 535-8444

Attorneys for Defendant
Robert Alan Jones

           IN THE UNITED STATES DISTRICT COURT

           FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CAROL J. NELSON, | ) | CIVIL NO. 01-182 KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | DEFENDANT'S **AMENDMENT TO** |
| vs. | ) | **FINAL PRETRIAL STATEMENT**; |
| | ) | CERTIFICATE OF SERVICE |
| ROBERT ALAN JONES, | ) | |
| | ) | |
| Defendants, | ) | PRETRIAL CONFERENCE |
| _____ | ) | DATE: June 26, 2007 |
| | ) | TIME: 9:00 a.m. |
| ROBERT ALAN JONES, | ) | JUDGE: Kevin S.C. Chang |
| | ) | |
| Counterclaimant, | ) | |
| | ) | BENCH TRIAL: August 7, |
| vs. | ) | 2007 |
| | ) | |
| CAROL J. NELSON, MICHAEL | ) | |
| CETRARO, | ) | |
| | ) | |
| Counterclaim | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

**DEFENDANT'S AMENDMENT TO FINAL PRETRIAL STATEMENT**

COMES NOW Defendant-Counterclaimant, by and through his attorneys, Clay Chapman Crumpton Iwamura & Pulice, and amends his Final Pretrial Statement, pursuant to Local Rule 16.6, as follows:

**(i) Witnesses to be Called.**

<u>In addition</u> to those witnesses listed in the Final Pretrial Statement filed herein on June 19, 2007, Defendant-Counterclaimant Jones expects to call the following witness:

(1) Jefferson Gross.  Mr. Gross will testify concerning the asset and purchase agreement, and any documents and negotiations related thereto.

DATED:  Honolulu, Hawaii, June 25, 2007.


    /s/ Mary Martin
    ROBERT E. CHAPMAN
    MARY MARTIN
    Attorneys for Defendant

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CAROL J. NELSON, | ) | CIVIL NO. 01-0182 KSC |
| | ) | |
|      Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
|    vs. | ) | |
| | ) | |
| ROBERT ALAN JONES, | ) | |
| | ) | |
|      Defendants, | ) | |
| _____ | ) | |
| | ) | |
| ROBERT ALAN JONES, | ) | |
| | ) | |
|      Counterclaimant, | ) | |
| | ) | |
|    vs. | ) | |
| | ) | |
| CAROL J. NELSON, MICHAEL CETRARO, | ) | |
| | ) | |
|      Counterclaim Defendants. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

      It is hereby certified that on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was duly served on the following parties at their last known addresses:

     Served electronically through CM/ECF: June 25, 2007.

Enver.painter@hawaiiantel.net
ENVER W. PAINTER, Jr., Esq.


DATED:  Honolulu, Hawaii, June 25, 2007


　　　／s／ Mary Martin
ROBERT E. CHAPMAN
MARY MARTIN
Attorneys for
Defendant/Counterclaimant
ROBERT ALAN JONES

300709.1