# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV01-00182KSC |
| CASE NAME: | Carol J. Nelson v. Alan Jones, et al. |
| ATTYS FOR PLA: | Enver Painter |
| ATTYS FOR DEFT: | Robert Chapman |
| | Mary Martin |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 6/26/2007 | TIME: | 9:00-9:15am |

COURT ACTION: EP: Final Pretrial Conference. Non Jury Trial set 8/7/07.

Total length of trial: 2 - 3 days.

Trial time: 9:00am - 4:00pm with lunch break from 12:00pm - 1:30pm.

Lay Witnesses:
    Plaintiff:    4
    Defendant:    7

Expert Witnesses:
    Plaintiff:    0
    Defendant:    1

Counsel to speak further regarding stipulation of facts.

No Realtime requested.

Counsel to notify the court on the morning of trial as to exhibits admitted by agreement/objected to.

Counsel to notify the court by 7/17/07 regarding any witnesses by video conference.

All pending deadlines remain.

Submitted by: Shari Afuso, Courtroom Manager