Of Counsel:
CLAY CHAPMAN CRUMPTON IWAMURA & PULICE

ROBERT E. CHAPMAN     #2679
rchapman@paclawteam.com
MARY MARTIN           #5475
mmartin@paclawteam.com
Topa Tower, Suite 2100
700 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 535-8400
Facsimile: (808) 535-8444

Attorneys for Defendant-
Counterclaimant
Robert Alan Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON, | CIVIL NO. 01-182 KSC |
| Plaintiff, | |
| vs. | DEFENDANT'S **FINAL WITNESS LIST**: CERTIFICATE OF SERVICE |
| ROBERT ALAN JONES, | |
| Defendants, | |
| —————————————— | BENCH TRIAL: August 7, 2007 |
| ROBERT ALAN JONES, | |
| Counterclaimant, | |
| vs. | |
| CAROL J. NELSON, MICHAEL CETRARO, | |
| Counterclaim Defendants. | |

**DEFENDANT'S FINAL WITNESS LIST**

COMES NOW Defendant-Counterclaimant, by and through his attorneys, Clay Chapman Crumpton Iwamura & Pulice, and submits his Final Witness List, pursuant to the Fourth Amended Rule 16 Scheduling Conference Order dated January 5, 2007.

**Witnesses to be Called.**

Defendant-Counterclaimant Jones expects to call the following witnesses:

(1) Robert Alan Jones (Defendant). Mr. Jones will testify concerning the contract, the assignment, tender, and the default, as well as damages. Estimated time: 2 hours.

(2) Robert ("Bobb") Lawrence, appraiser. Mr. Lawrence will testify concerning the value of the property at various periods of time, and damages. Estimated time: 1 hour.

(3) Isolde "Bing" Parr. Ms. Parr will testify concerning having drafted certain documents, and also having witnessed their execution. Estimated time: 1 hour.

(4) Jean Hammond. Ms. Hammond will testify concerning Mr. Jones' performance of the contract terms, and documents relating to the monthly payments due (and paid) to Plaintiff, and any other necessary and relevant accounting issues. Estimated time: 1 hour.

(5) Dennis Lovell. Mr. Lovell will testify concerning the actual agreement between Plaintiff and Defendant Jones (or his predecessors in interest). Estimated time: 1 hour

(6) Trebor Mathew Jones. Mr. Jones will provide testimony concerning ratification of the contract by Plaintiff. Estimated time: 30 minutes.

(7) Michael Cetraro. Mr. Cetraro will testify as to the contract and tender of performance. Estimated time: 1 hour.

(8) Carol Nelson. Ms Nelson will testify regarding her sale of the property and related matters. Estimated time: 30 minutes.

(9) Jefferson Gross. Mr. Gross will testify concerning the asset and purchase agreement, and any documents and negotiations related thereto. Estimated time: 30 minutes.

                               __/s/ Mary Martin_____
                               ROBERT E. CHAPMAN
                               MARY MARTIN
                               Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON, ) | CIVIL NO. 01-0182 KSC |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| ) | |
| ROBERT ALAN JONES, ) | |
| ) | |
| Defendants, ) | |
| _____ ) | |
| ) | |
| ROBERT ALAN JONES, ) | |
| ) | |
| Counterclaimant, ) | |
| ) | |
| vs. ) | |
| ) | |
| CAROL J. NELSON, MICHAEL ) | |
| CETRARO, ) | |
| ) | |
| Counterclaim ) | |
| Defendants. ) | |
| ) | |
| ) | |
| _____) | |

**CERTIFICATE OF SERVICE**

It is hereby certified that on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was duly served on the following parties at their last known addresses:

Served electronically through CM/ECF: July 17, 2007.

       Enver.painter@hawaiiantel.net
       ENVER W. PAINTER, Jr., Esq.

DATED:  Honolulu, Hawaii, July 17, 2007

          /s/ Mary Martin
ROBERT E. CHAPMAN
MARY MARTIN
Attorneys for
Defendant/Counterclaimant
ROBERT ALAN JONES

302422.1