Of Counsel:
CLAY CHAPMAN CRUMPTON IWAMURA & PULICE

ROBERT E. CHAPMAN    #2679
MARY MARTIN          #5475
Topa Tower, Suite 2100
700 Bishop Street
Honolulu, Hawaii 96813
Telephone:  (808) 535-8400
Facsimile:  (808) 535-8444
rchapman@paclawteam.com
mmartin@paclawteam.com

LODGED
JUL 24 2007
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 26 2007
at 7 o'clock and 50 min. A M.
SUE BEITIA, CLERK

Attorneys for Defendant
 Robert Alan Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON,<br><br>         Plaintiff,<br><br>    vs.<br><br>ROBERT ALAN JONES,<br><br>         Defendants,<br><br>---<br><br>ROBERT ALAN JONES,<br><br>         Counterclaimant,<br><br>    vs.<br><br>CAROL J. NELSON, MICHAEL CETRARO,<br><br>         Counterclaim Defendants. | CIVIL NO. 01-0182<br>HG/LEK/KSSC<br><br>STIPULATION RE AMENDMENT TO FOURTH AMENDED RULE 16 SCHEDULING ORDER ENTERED JANUARY 5, 2007, and ORDER<br><br><br><br><br>BENCH TRIAL: Aug. 7, 2007 |

**STIPULATION RE AMENDMENT TO FOURTH AMENDED RULE 16 SCHEDULING ORDER ENTERED JANUARY 5, 2007**

COMES NOW Plaintiff Carol J. Nelson, through her attorney, Enver W. Painter, Jr., and Defendant/Counterclaimant Robert Alan Jones, by and through his attorneys, Clay Chapman Crumpton Iwamura & Pulice, and hereby stipulate that all references to a deadline of July 24, 2007, as stated in the Fourth Amended Rule 16 Scheduling Order ("Scheduling Order"), filed herein on January 5, 2007, shall be extended and amended to reflect the date of July 27, 2007, in its stead. Those references include, but may not be limited to, the following: Oppositions to motions in limine (Scheduling Order ¶8), objections to exhibits (Scheduling Order ¶26), objections to depositions (Scheduling Order ¶28), trial briefs (Scheduling Order ¶29), and proposed Findings of Fact and Conclusions of Law (Scheduling Order ¶30).

DATED: Honolulu, Hawaii, JUL 2 4 2007 .

ENVER W. PAINTER, Jr.
Attorney for Plaintiff

2

*/s/ Mary Martin*
_____
ROBERT E. CHAPMAN
MARY MARTIN
Attorneys for Defendant Robert
A. Jones


APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

NELSON v. JONES, et al.; Civ. No. 01-00182 KSSC;
STIPULATION RE AMENDMENT TO FOURTH AMENDED RULE 16
SCHEDULING ORDER ENTERED JANUARY 5, 2007, and ORDER
302929.1