# MINUTES

CASE NUMBER: CV01-00182KSC

CASE NAME: Carol J. Nelson v. Alan Jones, et al.

ATTYS FOR PLA: Enver Painter, by phone

ATTYS FOR DEFT: Robert Chapman, by phone
Mary Martin, by phone

INTERPRETER:

JUDGE: Kevin S. C. Chang      REPORTER: C5 - no record

DATE: 7/30/2007      TIME: 9:45-9:50am

COURT ACTION: EP: Status Conference. Discussion held regarding submission of Trial Brief and proposed Findings of Fact and Conclusions of Law.

Submitted by: Shari Afuso, Courtroom Manager