```
PAGE 1    ----------------------------------------------------------------
   $45,000  FIVE LOCATIONS       CO-TENDANCY ON CONDO    WHO PAYS BILLS
    $7,500  EACH ADDITIONAL      WHO VOTES PROXY         TAKEOVER DATE
            CAN SELL FOR $25000 EACH MYSELF
            BE A DISTRIBUTOR FOR COFFEE WHAREHOUSE
            CONDO TRADE FOR COFFEE TO BE SENT TO THE RIALTO
  $135,000  Value
            Financing
   $52,024  Balance on note at .08%<TAKE PROFIT AND PUT ON BALANCE
   $35,000  Bank in Montana Fee Simple purchase
   $25,000  Carol    Cash in               Property Assesment/tax 1996
   $11,500  Mike     Cash in      $67,200  BLDG
    $2,976  Equity Paid            $8,700  LAND FEE SIMPLE
  $126,500                        $75,900  TOTAL
   $48,139  Ballon 11/30/1999     $658.20  TAXES
----------------------------------------------------------------
   $242.70  UTILITY BILLING
   $373.31  MAINTENACE FEE HOPEFULLY WILL BE LOWER
   $616.01  SUB TOTAL MONTHLY
    $25.44  PHONE
    $54.85  TAXES
   $696.30  <<TOTAL MONTHLY EXPENSES
```

| | UNIT | %%% | AMT | USE KWH | RATE | |
|---|---|---|---|---|---|---|
| ELEC. | | | | | | |
| ELEC. | BY % OF COMMON INTRES | 100% | | 534 KWH | $0.1569 | $83.78 |
| ELEC. | | 1.32% | $4,634 | | | $61.17 |
| CABLE T.V. | | 1.32% | $1,393 | | | $18.39 |
| WATER | | 1.32% | $2,046 | | | $27.01 |
| SEWER/EVERY OTHER MOUNTH | | 1.32% | $1,690 | | | $22.31 |
| REFUSE | | 1.32% | $891 | | | $11.75 |
| MICSCELLANEOUS | | | | | | $3.85 |
| TRADE EVERY THING AND YOU PAY BALLON AT END OF BALLON IF I | | | | | | $228.27 |
| HAVEN'T USED UP IN MERCHANDISE | | | | | | |

OR $90,000 SALE PRICE TO BE CONSUMATED AT END OF BALLON.
$45,000 TRADE OR $135,000 TRADE TO BE FINALIZED AT END OF
BALLON OR EXTENDED.
  EXAMPLE : IF I BUY A TOTAL OF $135,000 IN 2.5 YEARS
I TURN OVER THE TITLE
WE WILL CAPITALIZE IT AT $90,000
POSSIBLE LOCALTIONS

```
#1     RIALTO                $45,000   #6    BILLINGS
#1A    VILLAGE INN/SUDS
#2     MISSOULA VIPP                   #7    GREAT FALLS
#2A    IRON HORSE            $15,000
#3     BOZEMAN VIPP                    #8    MILES CITY
#3A    R BAR/ HIDEAWAY       $15,000
#4     KALISPELL                       #9    BUTTE
#4A    WHITEFISH/BIG FORK    $25,000
#5     WEST YELLOWSTONE      $25,000   #10   HAVRE
```

TRADE $20,000 IN COFFEE ONLY $3000 PER MOUNTH MAX
NO HARD GOODS,
   N TRADE ON HARD GOODS AT KEALAKEKUA WAREHOUSE ONLY.
nOW DO I SET UP PARTNERSHIPS?

P's Exhibit 1

PAGE 2 ----------------------------------------------------------------

| TO DO: | DONE DATE | | DONE DATE |
|---|---|---|---|
| ORDER NEON | | MOUSE PADS | |
| SIGNAGE/DECALS | | | |
| ORDER PRODUCT | | | |
| CUPS | | | |
| MUGS | | | |
| HATS | | | |
| T SHIRTS | | | |
| APRONS | | | |
| DRY GOOD | | | |
| COFFEE | | | |
| NUTS | | | |
| CANDIES | | | |
| SACKS BAD ASS, BURLAP | | | |
| SACKS BURLAP, VARIOUS PRODUCERS | | | |

LENGTH OF TIME NEEDED TO PUT FIVE LOCATIONS TOGETHER?
IF I ONLY END UP DOING ONE PLACE WHAT IS THE ALTERNITIVE?

```
PAGE 3      ----------------------------------------------------------
   $45,000 FIVE LOCATIONS
    $7,500 EACH ADDITIONAL
              CAN SELL FOR $25000 EACH MYSELF
              BE A DISTRIBUTOR FOR COFFEE WHAREHOUSE
 $135,000
   $45,000 LICENSE VALUE
   $20,000 MERCHANDISE
              $3000 PER MOUNTH COFFEE OR 50/50 COFFEE?
              CAN TRADE ON HARD GOODS AT KEALAKEKUA WAREHOUSE ONLY.
   $70,000 BALANCE
              PAYMENTS AT .10 FOR 24YRS AMORT

           FEE SIMPLE TO BE TRANSFERED AT END OF TRANSFER
OR $70,000 SALE PRICE TO BE CONSUMATED AT END OF BALLON.
$45,000 TRADE OR $135,000 TRADE TO BE FINALIZED AT END OF
BALLON OR EXTENDED.
  EXAMPLE: IF I BUY A TOTAL OF $135,000 IN 2.5 YEARS
I TURN OVER THE TITLE
WE WILL SELL PRICE, CAPITALIZE IT AT $90,000
```

POSSIBLE LOCALTIONS

| # | Location | Amount | # | Location |
|---|---|---|---|---|
| #1 | RIALTO | $45,000 | #6 | BILLINGS |
| #1A | VILLAGE INN/SUDS | | | |
| #2 | MISSOULA VIPP | | #7 | GREAT FALLS |
| #2A | IRON HORSE | $15,000 | | |
| #3 | BOZEMAN VIPP | | #8 | MILES CITY |
| 3A | R BAR/ HIDEAWAY | $15,000 | | |
| #4 | KALISPELL | | #9 | BUTTE |
| #4A | WHITEFISH/BIG FORK | $15,000 | | |
| #5 | WEST YELLOWSTONE | $15,000 | #10 | HAVRE |

```
TRADE $20,000 IN COFFEE ONLY $3000 PER MOUNTH MAX
NO HARD GOODS,OR 50/50 IN COFFEE
CAN TRADE ON HARD GOODS AT KEALAKEKUA WAREHOUSE ONLY.
HOW DO I SET UP PARTNERSHIPS?
IF CHARGE $15,000 GIVE 20% OVER OR JUST
$3000 ON THE $15,000 CHARGE.
```

| | | | | | |
|---|---|---|---|---|---|
| ANNUAL INTEREST RATE | 10.00% | 10.00% | 9.00% | 9.00% | |
| NUMBER OF MONTHS | 240 | 180 | 240 | 180 | |
| LOAN AMORTIZATION SCH | $70,000 | $70,000 | $70,000 | $70,000 | |
| MONTHLY PAYMENT | $676 | $752 | $630 | $710 | |
| TOTAL OF PAYMENTS | $162,124 | $135,400 | $151,154 | $127,798 | |
| | $242.70 | $242.70 | $242.70 | $242.70 | UTILITY BILLING |
| | $373.31 | $373.31 | $373.31 | $373.31 | MAINTENACE FEE |
| | $616.01 | $616.01 | $616.01 | $616.01 | SUB TOTAL MONTH |
| | $25.44 | $25.44 | $25.44 | $25.44 | PHONE |
| | $54.85 | $54.85 | $54.85 | $54.85 | TAXES |
| | $696.30 | $696.30 | $696.30 | $696.30 | <<TOTAL MONTHLY |
| | $1,371.82 | $1,448.52 | $1,326.11 | $1,406.29 | <<TTL WITH PAY |

```
1. PAY BALLON PLUS BALANCE RECIEVE TITLE PLUS FEE SIMPLE
   $66,489 <Ballon 11/30/1999
```

PAGE 4----------------------------------------------------------------

|  | POSSIBLE LOCALTIONS | LOW FEE | HIGH FEE | PAY BACK TO BAD ASS | MONTANA BAC |
|---|---|---|---|---|---|
| #1 | RIALTO | $25,000 | $25,000 | $45,000 | $8,333 |
| #1A | VILLAGE INN/SUDS |  |  |  |  |
| #2 | MISSOULA VIPP | $25,000 | $25,000 |  |  |
| #2A | IRON HORSE | $25,000 | $25,000 |  | $8,333 |
| #3 | BOZEMAN VIPP |  |  |  |  |
| #3A | R BAR/ HIDEAWAY | $25,000 | $25,000 |  |  |
| #3B | BELGRADE | $15,000 | $25,000 |  |  |
| #4 | KALISPELL |  |  |  |  |
| #4A | WHITEFISH/BIG FORK | $15,000 | $25,000 | $7,500 |  |
| #5 | WEST YELLOWSTONE | $15,000 | $25,000 | $7,500 |  |
| #6 | BILLINGS | $25,000 | $25,000 | $7,500 |  |
| #6A | BILLINGS | $15,000 | $25,000 | $7,500 |  |
| #7 | GREAT FALLS | $25,000 | $25,000 | $7,500 |  |
|  |  | $15,000 | $25,000 | $7,500 |  |
| #8 | MILES CITY | $15,000 | $25,000 | $7,500 |  |
| #9 | BUTTE | $15,000 | $25,000 | $7,500 |  |
| #10 | HAVRE | $15,000 | $25,000 | $7,500 |  |
|  |  | $270,000 | $350,000 | $112,500 | LOW $157,500   HIGH $237,500 |

```
PAGE 5      27-Apr-97 ----------------------------------------------
   $90,000 VALUE
           Property Assessment/tax 1996
   $67,200 BLDG
    $8,700 LAND FEE SIMPLE
   $75,900 TOTAL
     $658.20 TAXES
------------------------------------------------------------------
BUYER WILL BE RESPONSIBLE FOR THIS BILLING AT _____\97
CAROL WILL CONTINUE TO PAY BILLS FOR BUYER UNTIL PAPER WORK DONE.
CO TENANCY UNTIL THAT TIME, PROXIES, OWNERSHIP, ETC.
SELLER TURN OVER THE TITLE WHEN BALLON ARRANGMENTS ARE MADE,
AND NOTE SIGNED.
WILL MAINTAIN 1ST AND SECOND POSITION, DEPENDING WHAT CURRENT
1ST MORTAGE HOLDER WILL AGREE TO.
SIGN TWO QUICK CLAIM DEEDS FOR TITLE
SELLING PRICE--->        $90,000
ANNUAL INTEREST RATE       9.00%
NUMBER OF MONTHS             240  <10 YEAR BALLOON
LOAN AMORTIZATION SCH    $70,000
MONTHLY PAYMENT           $629.81 STARTING ___/___/97
TOTAL OF PAYMENTS        $151,154
         ALL EXPENSE TO BEGIN ___/___/97 OR PRORATED.
            $242.70 UTILITY BILLING, APPROX.
            $373.31 MAINTENANCE FEE>STARTS ___/___/97
            $616.01 SUB TOTAL MONTHLY
             $25.44 PHONE>TO TRANSFER
             $54.85 TAXES, PAID SEMI ANNUAL
            $696.30 <<TOTAL MONTHLY EXPENSES
            $629.81 <<<MONTHLY PAYMENT STARTING ___/___/97
          $1,326.11 <<<TTL WITH PAYMENT

IF PAY BALLOON PLUS BALANCE RECEIVE TITLE PLUS FEE SIMPLE SIGNED.
    $66,489 <Balloon  11/30/1999    $48,139 Sellers Ballon to 1st Holder
    $49,718 <Balloon  05/01/2007            due> 11/30/1999
OCCUPANCY STARTING    ___/___/97
QUICK CLAIMS WITH SIGNED NOTE:

   TYPICAL MONTHLY BILLING
ELEC.        UNIT                      %%%    AMT      USE KWH  RATE
ELEC.        BY % OF COMMON INTRES     100%            534 KWH  $0.1569   $83.78
ELEC.                                  1.32%  $4,634                      $61.17
CABLE T.V.                             1.32%  $1,393                      $18.39
WATER                                  1.32%  $2,046                      $27.01
SEWER/EVERY OTHER MONTH                1.32%  $1,690                      $22.31
REFUSE                                 1.32%    $891                      $11.75
                                                                           $3.85
                                                                         $228.27
BUYER_____    DATE  ___/___/97


 ?LLER_____    DATE  ___/___/97
```