

**BURBIDGE AND MITCHELL**
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
ATTORNEYS AND COUNSELORS AT LAW
139 EAST SOUTH TEMPLE, SUITE 2001
SALT LAKE CITY, UTAH 84111-1103

JEFFERSON W. GROSS

TELEPHONE
(801) 355-6677
FACSIMILE NUMBER
(801) 355-2341

January 21, 2000

Mr. Dale E. Reagor
LUXON & MURFITT
24 W. Sixth Ave.
P.O. Box 1144
Helena, Montana 59624

Re: <u>Bad Ass Coffee of Hawaii, Inc. v. Cetraro, et al.</u>

Dear Mr. Reagor:

This law firm represents Bad Ass Coffee Company of Hawaii, Inc. ("BACH"). Please find delivered herewith a copy of the summons and complaint in the above entitled matter. We understand that you represent Mr. Cetraro. Please advise us if you can accept service, on behalf of Mr. Cetraro, of the enclosed documents.

Thank you for your assistance.

Sincerely,

BURBIDGE & MITCHELL

Jefferson W. Gross

cc: Michael Bilanzich

Clients\bacip\BadAss\Reagor.L1

P's Exhibit 7