KONA PLA... #406    TRANSFER  R. ALAN JONES
BAD ASS COFFEE PARTNERS
6-1-98

| Date | Amount | Description | Balance |
|---|---|---|---|
| 6-1-98 | 629.81 | MONTHLY PAYMENT | 629.81 |
| 6-1-98 | 292.54 | MAINTENANCE FEE | 922.35 |
|  | (1131.20) | PAYMENT CK#1034  6-2-98 | (208.85) |
| 7-1-98 | 629.81 | MONTHLY PAYMENT | 420.96 |
| 7-1-98 | 292.54 | MAINTENANCE FEE | 713.50 |
| 7-22-98 | (713.50) | PAYMENT CK#1049  7-17-98 | -0- |
| 8-1-98 | 629.81 | MONTHLY PAYMENT | 629.81 |
| 8-1-98 | 292.54 | MAINTENANCE FEE | 922.35 |
| 8-1-98 | 167.15 | UTILITY 6-1 TO 6-22 (PRORATE 22 DAYS) | 1089.50 |
| 8-1-98 | 329.10 | 1ST ½ TAXES (DUE 8-20-98) | 1418.60 |
| 8-23-98 | (1418.60) | PAYMENT CK#1086  8-20-98 | -0- |
| 9-1-98 | 629.81 | MONTHLY PAYMENT | 629.81 |
| 9-1-98 | 292.54 | MAINTENANCE FEE | 922.35 |
| 9-1-98 | 291.55 | UTILITY  6-23 TO 7-23 | 1213.90 |
| 9-3-98 | (1213.90) | PAYMENT CK#1097  9-1-98 | -0- |
| 10-1-98 | 629.81 | MONTHLY PAYMENT | 629.81 |
| 10-1-98 | 292.54 | MAINTENANCE FEE | 922.35 |
| 10-1-98 | 216.38 | UTILITY  7-23 TO 8-24 | 1138.73 |
| 10-6-98 | (1138.73) | PAYMENT CK#1131  10-1-98 | -0- |
| 11-1-98 | 629.81 | MONTHLY PAYMENT | 629.81 |
| 11-1-98 | 292.54 | MAINTENANCE FEE | 922.35 |
| 11-1-98 | 228.82 | UTILITY 8-24 TO 9-22 | 1151.17 |
| 11-14-98 | (1151.17) | PAYMENT CK#1187  11-11-98 | -0- |
| 12-1-98 | 629.81 | MONTHLY PAYMENT | 629.81 |
| 12-1-98 | 292.54 | MAINTENANCE FEE | 922.35 |
| 12-1-98 | 222.32 | UTILITY  9-22 TO 10-22 | 1144.67 |

P's Exhibit 10

## KONA PLAZA #406

| Date | Amount | Description | Balance |
|---|---|---|---|
| 1-1-99 | 629.81 | MONTHLY PAYMENT | 1774.48 |
| 1-1-99 | 418.44 | MAINTENANCE FEE | 2192.92 |
| 1-1-99 | 224.83 | UTILITY 10-22 TO 11-23-98 | 2417.75 |
| 12-21-98 | (1369.50) | PAYMENT CK#1119  12-21-98 | 1048.25 |
| 1-21-99 | (1048.25) | PAYMENT CK#1284  1-15-99 | .00 |
| 2-1-99 | 629.81 | MONTHLY PAYMENT | 629.81 |
| 2-1-99 | 418.44 | MAINTENANCE FEE | 1048.25 |
| 2-1-99 | 58.50 | UTILITY 11-23 TO 12-23-98 | 1106.75 |
| 2-13-99 | 62.00 | FIRE INSURANCE | 1168.75 |
| 2-?-99 | 329.10 | 2ND ½ TAXES (DUE 2-20-98) | 1497.85 |
| 2-19-99 | (1497.85) | PAYMENT CK#1386  2-19-99 | .00 |
| 3-1-99 | 629.81 | MONTHLY PAYMENT | 629.81 |
| 3-1-99 | 418.44 | MAINTENANCE FEE | 1048.25 |
| 3-1-99 | 50.05 | UTILITY 12-23-98 TO 1-22-99 | 1098.30 |
| 4-1-99 | 629.81 | MONTHLY PAYMENT | 1728.11 |
| 4-1-99 | 418.44 | MAINTENANCE FEE | 2146.55 |
| 4-1-99 | 51.64 | UTILITY 1-22-99 TO 2-23-99 | 2198.19 |
| 3-29-99 | (1098.30) | PAYMENT CK#1438  3-24-99 | 1099.89 |
| 4-21-99 | (1099.89) | PAYMENT CK#1487  4-19-99 | .00 |
| 5-1-99 | 629.81 | MONTHLY PAYMENT | 629.81 |
| 5-1-99 | 418.44 | MAINTENANCE FEE | 1048.25 |
| 5-1-99 | 43.47 | UTILITY 2-23 TO 3-24-99 | 1091.72 |
| 6-1-99 | 629.81 | MONTHLY PAYMENT | 1721.53 |
| 6-1-99 | 418.44 | MAINTENANCE FEE | |

| Date | Amount | Description | Balance |
|---|---|---|---|
| 6-1-99 | 61.38 | UTILITY 3-24 TO 4-23-99 | 2201.35 |
| 6-2-99 | (1091.72) | B.A.C. LTD - MDSE ACCT KONA<br>PAYMENT CK#0117 6-1-99 | 1109.63 |
| 6-9-99 | (1109.63) | B.A.C. LTD - MDSE ACCT KONA<br>PAYMENT CK#0129 6-8-99 | .00 |
| 7-1-99 | 629.81 | MONTHLY PAYMENT | 629.81 |
| 7-1-99 | 418.44 | MAINTENANCE FEE | 1048.25 |
| 7-1-99 | 50.56 | UTILITY 4-23 TO 5-24-99 | 1098.81 |
| 7-19-99 | (1098.81) | PAYMENT CK#2208 7-15-99 | .00 |
| 8-1-99 | 629.81 | MONTHLY PAYMENT | 629.81 |
| 8-1-99 | 418.44 | MAINTENANCE FEE | 1048.25 |
| 8 99 | 47.27 | UTILITY 5-24 TO 6-23-99 | 1095.52 |
| 8-20-99 | 361.40 | 1ST ½ TAXES (DUE 8-20-99) | 1456.92 |
| 8-23-99 | (1456.92) | B.A.C. LTD - MDSE ACCT KONA<br>PAYMENT CK#0196 8-19-99 | .00 |
| 9-1-99 | 629.81 | MONTHLY PAYMENT | 629.81 |
| 9-1-99 | 418.44 | MAINTENANCE FEE | 1048.25 |
| 9-1-99 | 101.00 | UTILITY 6-23 TO 7-23-99 | 1149.25 |
| 9-24-99 | (1149.25) | PAYMENT CK#0245 9-24-99 | .00 |
| 10-1-99 | 629.81 | MONTHLY PAYMENT | 629.81 |
| 10-1-99 | 418.44 | MAINTENANCE FEE | 1048.25 |
| 10-1-99 | 54.39 | UTILITY 7-23 TO 8-24-99 | 1102.64 |
| 11-1-99 | 629.81 | MONTHLY PAYMENT | 1732.45 |
| 11-( 99 | 418.44 | MAINTENANCE FEE | 2150.89 |
| 11-1-99 | 56.56 | UTILITY 8-24 TO 9-22-99 | 2207.45 |
| 2-1-99 | 629.81 | MONTHLY PAYMENT | 2837.26 |

| Date | Amount | Description | Balance |
|---|---|---|---|
| 12-1-99 | 66.79 | UTILITY 9-22 TO 10-22 | 3322.49 |
| 11-30-99 | (2207.45) | RED MTN FARM OF KONA<br>PAYMENT CK0255 11-29-99 | 1115.04 |
| 1-1-2000 | 629.81 | MONTHLY PAYMENT | 1744.85 |
| 1-1-00 | 439.92 | MAINTENANCE FEE | 2184.77 |
| 1-1-00 | 58.23 | UTILITY 10-22 TO 11-22-99 | 2243.00 |
| 1-10-00 | (2243.00) | B.A.C. LTD<br>PAYMENT CK#0318 1-7-00 | .00 |
| 2-1-00 | 629.81 | MONTHLY PAYMENT | 629.81 |
| 2-1-00 | 439.92 | MAINTENANCE FEE | 1069.73 |
| 2-1-00 | 66.54 | UTILITY 11-22 TO 12-22-99 | 1136.27 |
| 2-1-00 | 361.40 | 2ND ½ TAXES | 1497.67 |
| 2-25-00 | (1497.50) | RED MTN FARM OF KONA<br>PAYMENT CK#0285 2-25-00 | .17 |
| 3-1-00 | 629.81 | MONTHLY PAYMENT | 629.98 |
| 3-1-00 | 439.92 | MAINTENANCE FEE | 1069.90 |
| 3-1-00 | 64.39 | UTILITY 12-22-99 TO 1-21-00 | 1134.29 |
| 3-30-00 | (1134.29) | B.A.C. LTD<br>PAYMENT CK#0361 3-28-00 | .00 |
| 4-1-00 | 629.81 | MONTHLY PAYMENT | 629.81 |
| 4-1-00 | 439.92 | MAINTENANCE FEE | 1069.73 |
| 4-1-00 | 65.25 | UTILITY 1-21-00 TO 2-22-00 | 1134.98 |
| 5-1-00 | 629.81 | MONTHLY PAYMENT | 1764.79 |
| 5-1-00 | 439.92 | MAINTENANCE FEE | 2204.71 |
| 5-1-00 | 83.78 | UTILITY 2-22-00 TO 3-22-00 | 2288.49 |
| 5-15-00 | (2288.49) | B.A.C. LTD<br>PAYMENT CK#0379 5-12-00 | .00 |
| 6-1-00 | 629.81 | MONTHLY PAYMENT | 629.81 |
| 6-1-00 | 439.92 | | |

| Date | Amount | Description | Balance |
|---|---|---|---|
| 6-1-00 | 84.52 | UTILITY 3-22 TO 4-20-00 | 1154.25 |
| 7-1-00 | 629.81 | MONTHLY PAYMENT | 1784.06 |
| 7-1-00 | 439.92 | MAINTENANCE FEE | 2223.98 |
| 7-1-00 | 102.90 | UTILITY 4-20 TO 5-22-00 | 2326.88 |
| 8-1-00 | 629.81 | MONTHLY PAYMENT | 2956.69 |
| 8-1-00 | 439.92 | MAINTENANCE FEE | 3396.61 |
| 8-1-00 | 118.51 | UTILITY 5-22 TO 6-22-00 | 3515.12 |
| 8-20-00 | 326.12 | 1ST ½ TAX | 3841.24 |
| 8-4-00 | (1154.25) | RED MTN FARM PAYMENT CK#0360 8-4-00 | 2686.99 |
| 9-1-00 | 629.81 | MONTHLY PAYMENT | 3316.80 |
| 9-1-00 | 439.92 | MAINTENANCE FEE | 3756.72 |
| 9-1-00 | 105.58 | UTILITY 6-22 TO 7-24-00 | 3862.30 |
| 10-1-00 | 629.81 | MONTHLY PAYMENT | 4492.11 |
| 10-1-00 | 439.92 | MAINTENANCE FEE | 4932.03 |
| 10-1-00 | 100.00 | UTILITY (ESTIMATED) | 5032.03 |
| 10-13-00 | (1500.00) | RED MTN FARM PAYMENT CK#9256 10-7-00 | 3532.03 |
| 11-1-00 | 629.81 | MONTHLY PAYMENT | 4161.84 |
| 11-1-00 | 439.92 | MAINTENANCE FEE | 4601.76 |
| 11-1-00 | (3.16) | (ADJ TO ESTIMATE) UTILITY 7-24 TO 8-23-00 | 4598.60 |
| 11-1-00 | 123.69 | UTILITY 8-23 TO 9-21-00 | 4722.29 |
| 11-?-00 | (3000.00) | RED MTN FARM PAYMENT CK#0433 11-6-00 | 1722.29 |
| 12-1-00 | 629.81 | MONTHLY PAYMENT | 2352.10 |
| 12-1-00 | 439.92 | MAINTENANCE FEE | 2792.02 |
| 12-1-00 | 102.69 | | |

| Date | Amount | Description | Balance |
|---|---|---|---|
| 1-1-01 | 629.81 | MONTHLY PAYMENT | 3525.51 |
| 1-1-01 | 439.92 | MAINTENANCE FEE | 3965.43 |
| 1-1-01 | 113.81 | UTILITY 10-23 TO 11-21-00 | 4079.24 |