1

1   IN THE UNITED STATES DISTRICT COURT

2   FOR THE DISTRICT OF HAWAII

3

4   CAROL J. NELSON                    )
                                       )
5           Plaintiff,                 )
                                       )
6       vs.                            )   Case No. 01-
                                       )   00182 HG LEK
7   ALAN JONES; DOES 1-30,             )
                                       )
8           Defendants.                )
    _____)
9   ROBERT ALAN JONES,                 )
    a Nevada resident,                 )
10                                     )
            Counterclaimant,           )
11                                     )
        vs.                            )
12                                     )
    CAROL NELSON, a Hawaii             )
13  resident; MICHAEL CETRARO,         )
    a Montana resident; CHARLES        )
14  HEAUKULANI, Esq., a Hawaii         )
    resident; and ROBERT SHELBY        )
15  Esq., a Utah resident; MICHAEL     )
    BILANZICH, a Utah resident,        )
16  and JEFFREY GROSS, Esq.,           )
    a Utah resident,                   )
17                                     )
                                       )
18          Counterclaim               )
            Defendants.                )
    _____)
19

20      DEPOSITION OF ROBERT ALAN JONES

21      Taken on Tuesday, July 2, 2002

22          At 9:10 a.m.

23      2300 West Sahara Avenue, Suite 770

24          Las Vegas, Nevada

25  REPORTED BY:  Cynthia K. DuRivage, CSR No. 451

P's Exhibit 15

COPY

1          they are controlled or operated

2          with Michael Bilanzich as

3          principal thereof in law or

4          fact (hereinafter individually

5          and collectively, 'Sellers')

6          on the one hand..." and then it

7          goes on.

8          Did you come up with that language?

9  Is that your language?

10          A.    I don't remember, but it's consistent

11  with what I would have done.

12          Q.    And why would you have done that?

13          A.    Because I couldn't figure out who

14  owned what in terms of actual title.

15          I may have provisioned -- this

16  language relates, I may have provisioned for the

17  execution of actual transfer documents with respect

18  to individual assets.

19          For example, there was a transfer

20  document with respect to the -- to the Honolulu

21  operation, which was in a separate corporation

22  owned by Mike.

23          There was a transfer document with

24  respect to the original store in Kainiliu, Kona,

25  Hawaii, which was owned by I didn't know whom.

1      Q.   What was your understanding of the

2  purpose of providing for a bill of sale?  Was that

3  for the contents of the condominium?

4      A.   No.

5      Q.   What was that for?

6      A.   It was -- you can't transfer a real

7  estate interest without a written document in the

8  State of Hawaii, and real estate from Bilanzich to

9  me, I needed a separate conveyance document.

10      Q.   Was it your understanding that you

11  needed something besides a quitclaim deed to

12  transfer title?

13      A.   Title wasn't involved.  Title was not

14  involved.

15      Q.   Was it your understanding that you

16  needed something other than a quitclaim deed to

17  transfer whatever interest that Royal Aloha had in

18  the condominium?

19      A.   Yes.

20      Q.   What was the basis for that

21  understanding that something else was needed?

22      A.   My general understanding of the law

23  of Hawaii.

24      Q.   And that something else was a bill of

25  sale?

45

1    Aloha.  I'm saying this wrong.

2            That Connie was talking about

3    unwinding the deal because BACH owned the

4    trademark, Royal Aloha was in bankruptcy, and they

5    had no further duty to Cetraro.

6            Cetraro was saying -- see, I don't

7    know what was said between them.

8        Q.    I understand.

9        A.    Cetraro was reporting this to me.

10        Q.    How did that subject come up?  Did

11    you bring up the subject of the condominium?

12        A.    No.  He brought it up.

13            To me, it was obvious that he was

14    feeling like he hadn't gotten what he had bargained

15    for or was not going to get what he had bargained

16    for because of the subsequent bankruptcy of Royal

17    Aloha, which occurred two years after he made --

18    he and Nelson made the deal with Bilanzich.

19        Q.    Was there any discussion at that time

20    about transferring title to you or any of your

21    entities to the condominium?

22        A.    First of all, there was never any

23    discussion about transferring title.  You keep

24    using that.  It's not only irrelevant; there was

25    never any discussion, ever, ever, ever.

1   Nelson until after the mortgage was paid off.

2            As a matter of fact, I even went that

3   summer to seek possible mortgage financing, and

4   we're talking about the summer of '99.

5            The very next thing that happened

6   was:  In November, Bilanzich sent out a letter from

7   Royal Aloha stating that the bankruptcy court had

8   voided all the license agreements and that the

9   licensees would have a grace period to

10  December 31st within which to sign a new franchise

11  agreement with BACH.

12           Q.   Before we get to that, I'm going to

13  back up because I want to make sure I understand

14  what you've told me.

15           A.   Okay.  No problem.

16           Q.   Is it your testimony that during the

17  1998-1999 time frame, you had conversations with

18  Cetraro in which you discussed with him that the

19  next step with respect to the condominium would be

20  to do documentation between you or your entity and

21  Nelson by which title was either transferred to

22  your side, or there was an agreement of purchase

23  with title being transferred after the necessary

24  amounts were paid?

25           A.   Yes.

1   discussions with?

2           A.    I don't remember.  We can figure it

3   out if we needed to, but I don't remember right

4   now.

5           Q.    Did you ever enter into a listing

6   agreement?

7           A.    No, I didn't enter into it.  I didn't

8   have time to.  My discussions were based on the

9   title being transferred to me.

10          Q.    Have you ever had the condominium

11  appraised?

12          A.    No.  I had -- at the time that I was

13  talking to a real estate firm, I had them run comps

14  out of the computer, but I did not have an actual

15  appraisal done, no.

16          Q.    And you have never had the

17  condominium appraised at any time?

18          A.    Not up to now, I have not.

19          Q.    Are you aware of any appraisals that

20  were commissioned by others, someone other than

21  yourself?

22          A.    No.

23          Q.    Do you currently have possession of

24  the condominium?

25          A.    Yes.

1        Q.    Since June of 1998, you have had --

2        A.    I have been in continuous possession

3   of the condominium since June of 1998.

4        Q.    That is to the exclusion of anyone

5   else having use of it, correct?  For example,

6   Mr. Cetraro or Ms. Nelson?

7        A.    Correct.

8        Q.    Have you ever rented or leased the

9   condominium to anyone during the period in which

10  you had exclusive possession of the property?

11       A.    No.

12       Q.    Have you ever attempted to do it?

13       A.    No.

14       Q.    Have you been prevented by any

15  uncertainty as to ownership in entering into any

16  lease arrangement with anyone?

17       A.    No.  First, I don't think there's any

18  uncertainty as to ownership, but Mr. Cetraro is on

19  the board of directors of the association of the

20  condominium and has certain controls over the board

21  of directors, which include everything from parking

22  privileges to mailboxes to who they let in and who

23  they don't.  And he has attempted to make life very

24  difficult for me during that time.

25             I wouldn't dare try to lease it to