| | |
|---|---|
| **BAD ASS COFFEE LIMITED PARTNERSHIP**<br>MERCHANDISE ACCOUNT<br>P O BOX 4585<br>KAILUA-KONA, HAWAII 96745-4585 | 0361<br>59-101/1213 |
| | DATE 3.28.00 |
| PAY TO THE ORDER OF  Mike Cetraro and Carol Nelson | $ 1134.29 |
| One-thousand, one-hundred, thirty-four 29/100 DOLLARS | |
| **First Hawaiian Bank**<br>KONA BRANCH<br>74-5593 PALANI ROAD<br>KAILUA KONA, HAWAII 96740 | |
| FOR March rent | Rachel D. Kaluwik |

⑆000361⑆ ⑈121301015⑈ 67⑈088131⑈          ⑆00001113429⑆

P's Exhibit 19

**BAD ASS COFFEE LIMITED PARTNERSHIP**
MERCHANDISE ACCOUNT
P O BOX 4585
KAILUA-KONA, HAWAII 96745-4585

0379
58-101/1213

DATE 5.12.00

PAY TO THE ORDER OF: Michael Cetraro and or Carl Nelson    $ 2288.49

Two thousand two hundred eighty-eight 49/100 DOLLARS

First Hawaiian Bank
KONA BRANCH
74-5593 PALANI ROAD
KAILUA KONA, HAWAII 96740

FOR April, May rent    Rachel D. Radwick

⑈000379⑈ ⑆121301015⑆ 67⑈088⑈3⑈    ⑈0000228849⑈