IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>ROBERT ALAN JONES,<br><br>    Defendants,<br>_____<br><br>ROBERT ALAN JONES,<br><br>    Counterclaimant,<br><br>  vs.<br><br>CAROL J. NELSON, MICHAEL CETRARO,<br><br>    Counterclaim Defendants. | CIVIL NO. 01-0182 KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

    It is hereby certified that on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was duly served on the following parties at their last known addresses by hand delivery:

    ENVER W. PAINTER, Jr., Esq.
    1188 Bishop Street, Suite 2505
    Honolulu, HI 96813
    Attorney for Plaintiff

DATED: Honolulu, Hawaii, July 27, 2007

*/s/ Robert E. Chapman*
ROBERT E. CHAPMAN
MARY MARTIN
Attorneys for
Defendant/Counterclaimant
ROBERT ALAN JONES

303301.1