Of Counsel:
CLAY CHAPMAN CRUMPTON IWAMURA & PULICE

ROBERT E. CHAPMAN         #2679
rchapman@paclawteam.com
MARY MARTIN                      #5475
mmartin@paclawteam.com
Topa Tower, Suite 2100
700 Bishop Street
Honolulu, Hawaii 96813
Telephone:  (808) 535-8400
Facsimile:  (808) 535-8444

Attorneys for Defendant
Robert Alan Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>ROBERT ALAN JONES,<br><br>    Defendants,<br>_____<br><br>ROBERT ALAN JONES,<br><br>    Counterclaimant,<br><br>  vs.<br><br>CAROL J. NELSON, MICHAEL CETRARO,<br><br>    Counterclaim<br>    Defendants.<br>_____) | CIVIL NO. 01-182 KSC<br><br>DEFENDANT/<br>COUNTERCLAIMANT'S<br>MODIFIED PROPOSED<br>CONCLUSION OF LAW #44;<br>CERTIFICATE OF SERVICE<br><br><br><br><br><br>BENCH TRIAL: August 7, 2007<br>Magistrate Judge:<br>The Honorable Kevin S. Chang |

## DEFENDANT/ COUNTERCLAIMANT'S MODIFIED PROPOSED CONCLUSIONS OF LAW #44

COMES NOW Defendant-Counterclaimant, by and through his attorneys, Clay Chapman Crumpton Iwamura & Pulice, and submits his Modified Proposed Conclusion of Law #44.

44.  Jones' total damages are therefore calculated at $375,000.00 (the value as of 2/28/07) minus $63,670.04, which is the balance due on the purchase price (based on amortization table on the AOS terms at month #50), for a total of $311,329.96, plus legal interest from February 28, 2007.  The total loss is therefore $311,329.96 plus interest, attorneys' fees and costs.

DATED:  Honolulu, Hawaii, August 6, 2007.

\_\_\_/s/ Mary Martin_____
ROBERT E. CHAPMAN
MARY MARTIN
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON, | CIVIL NO. 01-0182 KSC |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| ROBERT ALAN JONES, | |
| Defendants, | |
| ROBERT ALAN JONES, | |
| Counterclaimant, | |
| vs. | |
| CAROL J. NELSON, MICHAEL CETRARO, | |
| Counterclaim Defendants. | |

## CERTIFICATE OF SERVICE

It is hereby certified that on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was duly served on the following parties at their last known addresses:

Served electronically through CM/ECF: August 6, 2007.

      Enver.painter@hawaiiantel.net
      ENVER W. PAINTER, Jr., Esq.

DATED:  Honolulu, Hawaii, August 6, 2007

    /s/ Mary Martin
ROBERT E. CHAPMAN
MARY MARTIN
Attorneys for
Defendant/Counterclaimant
ROBERT ALAN JONES

304152.1