# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV01-00182KSC |
| CASE NAME: | Carol J. Nelson v. Robert Alan Jones |
| ATTYS FOR PLA: | Enver Painter, Jr.<br>Plaintiff Carol Nelson |
| ATTYS FOR DEFT: | Robert Chapman<br>Mary Martin<br>Defendant Robert Alan Jones |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | Debra Chun |
| DATE: | 8/7/2007 | TIME: | 9:10-12:05pm<br>1:40-4:05pm |

COURT ACTION:  EP: Non Jury Trial (Day 1).

Witness exclusion rule shall be imposed.

Defendant opening statement.

Plaintiff opening statement.

Plaintiff's case:
CST: Robert Alan Jones

Defendant's Exhibits admitted and received: **D8**, **D26**, **D21**, **D1**, **D5**, **D2**, **D17**, **D18**, **D22**, **D23**, **D25**, **D27**.
As to **D13**, by agreement of  counsel, all copies of checks are admitted and received.  The 2-page accounting summary is to be reserved until questioning of Ms. Hammond.
As to **D3**, admitted and received subject to counsel conferring as to Exhibit D3.

Plaintiff's Exhibits admitted and received: **P9**, **P17**, **P11**, **P12**, **P3**, **P1**.

CST: Carol Nelson

Further Non Jury Trial set 8/8/07, 9:00am, Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager