# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV01-00182KSC |
| CASE NAME: | Carol J. Nelson v. Robert Alan Jones |
| ATTYS FOR PLA: | Enver Painter, Jr.<br>Plaintiff Carol Nelson |
| ATTYS FOR DEFT: | Robert Chapman<br>Mary Martin<br>Defendant Robert Alan Jones |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | Debra Chun, C5 |
| DATE: | 8/8/2007 | TIME: | 9:05-12:10pm<br>1:35-3:40pm |

COURT ACTION:  EP: Further Non Jury Trial (Day 2).

Carol Nelson resumed the stand and previously sworn.

Plaintiff's Exhibits admitted and received: **P20**, **P13**, **P8**, **P10**.
Exhibits **P4**, **P5** are admitted over defendant's objection.

CST: Dennis W. Lovell.

CST: Robert Lawrence.

Defendant's Exhibits admitted and received: **D9**.
Exhibits **D10** and **D11** are admitted over plaintiff's objection.

Further Non Jury Trial set 8/9/07, 9:00am, Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager