# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV01-00182KSC |
| CASE NAME: | Carol J. Nelson v. Robert Alan Jones |
| ATTYS FOR PLA: | Enver Painter, Jr. <br> Plaintiff Carol Nelson |
| ATTYS FOR DEFT: | Robert Chapman <br> Mary Martin <br> Defendant Robert Alan Jones |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | Debra Chun, C5 |
| DATE: | 8/9/2007 | TIME: | 9:05-11:40am <br> 1:30-2:40pm |

COURT ACTION: EP: Further Non Jury Trial (Day 3).

CST: Michael P. Cetraro.

<u>Plaintiff's Exhibits</u> admitted and received: **P6**, **P7**.

<u>Defendant's Exhibits</u> admitted and received: **D4**, **D28, D20**.
Exhibit **D12** is admitted over plaintiff's objection.

Plaintiff rests.

Defendant's case:
CST: Jean Hammond.

Defendant rests.

Counsel shall submit 1) Amended Proposed Findings of Fact and Conclusions of Law and 2) written Closing Arguments (limited to 10 pages) by 8/20/07.

Matter taken under advisement pending issuance of Findings of Fact and Conclusions of Law.

Submitted by: Shari Afuso, Courtroom Manager