FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 9 2007

at ___ o'clock and ___ min. __ M
SUE BEITIA, CLERK

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## *District of Hawaii*

| Carol J. Nelson | V. | Robert Alan Jones | EXHIBIT AND WITNESS LIST |
|---|---|---|---|
| | | | CASE NUMBER: CV01-00182 KSC |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kevin S. C. Chang | Enver W. Painter, Jr. | Robert E. Chapman |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| August 7, 2007 | | Shari Afuso |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/7/07 | | 8/7/07 | Letter of Intent (5 pages) that was signed by Nelson and Dennis Lovell |
| | | | | | on behalf of M. B. Witnesses: Carol Nelson and Mike Cetraro |
| 2 | | | | | Page 5 of Letter of Intent signed by Nelson and Dennis Lovell |
| | | | | | Witnesses: Carol Nelson and Mike Cetraro |
| 3 | | 8/7/07 | | 8/7/07 | License Agreement between Bad Ass Coffee Company USA and Bad Ass |
| | | | | | Coffee Company Montana Witnesses: Carol Nelson and Mike Cetraro |
| 4 | | 8/8/07 | | 8/8/07 | adm'd rec'd over defendant's objection Letter dated November 19, 1999 from Adam Affleck to BACC licensees |
| | | | | | Witnesses: Carol Nelson and Mike Cetraro |
| 5 | | 8/8/07 | | 8/8/07 | adm'd rec'd over defendant's objection Letter dated November 24, 1999 from Mike Bilanzich to BACC licensees |
| | | | | | Witnesses: Carol Nelson and Mike Cetraro |
| 6 | | 8/9/07 | | 8/9/07 | Letter dated December 21, 1999 from Dale E. Reagor to Michael Bilanzich |
| | | | | | Witnesses: Carol Nelson and Mike Cetraro |
| 7 | | 8/9/07 | | 8/9/07 | Letter from Jefferson W. Gross to Dale E Reagor dated January 21, 2000 |
| | | | | | Witnesses: Carol Nelson and Mike Cetraro |
| 8 | | 8/8/07 | | 8/8/07 | Monthly Invoices for use of Unit 406, the Condo, from June 1998 |
| | | | | | through January 15, 2001 Witnesses: Carol Nelson |
| 9 | | 8/7/07 | | 8/7/07 by stip | Letter from Jones to Michael Cetraro and Carol Nelson dated June 3, 1998 |
| | | | | | with Check No. 1034 Witnesses: Carol Nelson |
| 10 | | ~~8/8/07~~ | | ~~8/8/07~~ | Nelson accounting of amounts owed and payments made with balances due |
| | | | | | Witnesses: Carol Nelson |
| 11 | | 8/7/07 | | 8/7/07 by stip | Letter from Jones to Nelson dated January 18, 2001. |
| | | | | | Witnesses: Carol Nelson |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

EXHIBIT AND WITNESS LIST - CONTINUATION

Carol J. Nelson     V.     Robert Alan Jones

CASE NUMBER: CV01-00182 KSC

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 12 | | 8/7/07 | | 8/7/07 | Letter from Jones to Charles Heaukulani dated March 2, 2001 CV01-00182 KSC |
| | | | | | Witnesses: Carol Nelson |
| 13 | | 8/8/07 | | 8/8/07 | Letter from Leslie J. Randolph to Cetraro and Nelson dated April 10, 2001 |
| | | | | | Witnesses: Carol Nelson |
| 14 | | | | | Amortization Schedules (2 pages) signed by Nelson and Dennis Lovell |
| | | | | | Witnesses: Carol Nelson |
| 15 | | | | | Excerpts from Jones's deposition taken on July 2, 2002 |
| | | | | | Witnesses: Alan Jones |
| 16 | | | | | Excerpts from Hawaii Franchise Offering Circular |
| | | | | | Witnesses: Carol Nelson |
| 17 | | 8/7/07 | | 8/7/07 by stip | Letter from Jones to Dennis Lovell dated January 12, 2000 |
| | | | | | Witnesses: Alan Jones and Dennis Lovell |
| 18 | | | | | Accounting of all payments made re Condo # 406 by Jean Hammond for Al |
| | | | | | Witnesses: Alan Jones and Carol Nelson |
| 19 | | | | | Copies of Checks re payments made by and/or on behalf of Jones re Condo #406 |
| | | | | | Witnesses: Alan Jones and Carol Nelson |
| 20 | | 8/8/07 | | 8/8/07 | Second Amd Counterclaim filed 10/10/01 |

Page 2 of 2 Pages