FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 9 2007

at 3 o'clock and 20 min. P M
_____, CLERK

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## *District of Hawaii*

| CAROL J. NELSON | v. | ROBERT ALAN JONES | EXHIBIT AND WITNESS LIST |
|---|---|---|---|
| | | | CASE NUMBER: CV01-00182 KSC |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kevin S.C. Chang | Enver W. Painter, Jr. | Robert E. Chapman |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| August 7, 2007 | | Shari Afuso |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS, AND WITNESSES |
|---|---|---|---|---|---|
| | D1 | 8/7/07 | | 8/7/07 | Bill of Sale & Assignment (dated 7/1/1998) -- Sale of Condo fr Royal Aloha Coffee etc. to Bad Ass Coffee Ltd.   WITNESSES: Robert Alan Jones, Bing Parr |
| | D2 | 8/7/07 | | 8/7/07 | License Agreement, Addendum "A" -- Agreement b/ Bad Ass Coffee Co. USA & Bad Ass Coffee Co. of Montana. WITNESS: Dennis Lovell |
| | D3 | 8/7/07 | | 8/7/07 | Royal Aloha Coffee etc. Bankruptcy Documents - Case No. 99-24191JHA District of Utah - Central Divsion --Financial stmts showing $50,000 downpmt for condo |
| | D4 | 8/9/07 | | 8/9/07 | Agreement b/ Bad Ass Coffee Co. USA & Michael P. Cetraro re: licensing rights in Montana; part of original consideration for condo.  WITNESS: Dennis Lovell |
| | D5 | 8/7/07 | | 8/7/07 | Asset Purchase & Sales Agreement b/ Bad Ass HI & Robert Alan Jones, inc. condo (pages 1, 5, 36, 37).   WITNESSES: Robert Alan Jones, Dennis Lovell |
| | D6 | | | | Michael P. Cetraro testimony (pages 11-44) re: condo from Utah preliminary injunction hearing |
| | D7 | | | | Affidavit of Dennis W. Lovell in support of Motion to Disqualify Charles Heaukulani as counsel for Carol Nelson & Michael Cetraro.  WITNESS: Dennis Lovell |
| | D8 | 8/7/07 | | 8/7/07 by stip | Bill of Sale aka Letter of Intent or Agreement of Sale signed by Dennis Lovell & Carol Nelson (signed 4/29/07).  WITNESS: Dennis Lovell |
| | D9 | 8/8/07 | | 8/8/07 | Appraisal Report & expert qualifying info., etc. -- Appraisals as to Year 1998 WITNESS: Robert "Bobb" Lawrence |
| | D10 | 8/8/07 | | 8/8/07 over π obj | Appraisal Report & expert qualifying info., etc. -- Appraisals as to Year 2003 WITNESS: Robert "Bobb" Lawrence |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3 Pages

AO 187A (Rev. 7/87)　　　　　　EXHIBIT AND WITNESS LIST - CONTINUATION

CAROL J. NELSON　　　　　V.　　ROBERT ALAN JONES

CASE NUMBER: CV01-00182 KSC

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | D11 | 8/8/07 | | 8/8/07 | over π obj) Appraisal Report & expert qualifying info., etc. -- Appraisals as to Year 2007 |
| | | | | | (Current). WITNESS: Robert "Bobb" Lawrence |
| | D12 | 8/9/07 | | 8/9/07 | admitted over π objection 6/29/1998 letter fr Michael Cetraro to Michael Bilanzich re: sums due on their |
| | | | | | deal re: condo. WITNESS: Dennis Lovell |
| | D13 | 8/7/07 | | 8/7/07 | copies of checks ONLY, 2 pg summary condo payments Accounting records - including cancelled checks. WITNESS: Jean Hammond [removed and replaced with Def Exhibit 28] |
| | D14 | | | | A/P Ledger -- billings & payments to Carol Nelson & Michael Cetraro |
| | | | | | WITNESS: Jean Hammond |
| | D15 | | | | Billing breakdown -- fax document. WITNESS: Jean Hammond |
| | D16 | | | | Monthly statements fr Michael Cetraro & Carol Nelson to Robert Alan Jones |
| | | | | | fr Oct. 1998 to Jan. 2001. WITNESSES: Robert Alan Jones, Jean Hammond |
| | D17 | 8/7/07 | | 8/7/07 | Bill of Sale & Assignment (dated 3/13/1999) fr Bad Ass Coffee Ltd to Lahiri- |
| | | | | | Morning Star L.P. WITNESSES: Robert Alan Jones, Jean Hammond |
| | D18 | 8/7/07 | | 8/7/07 | Assignment & Transfer of Interest fr Lahari Morning Star L.P. to Robert Alan |
| | | | | | Jones (dated 3/30/2001). WITNESSES: Robert Alan Jones, Jean Hammond |
| | D19 | | | | Deposition of Michael P. Cetraro on 9/21/2000 |
| | D20 | 8/9/07 | | 8/9/07 | 1/18/2001 letter fr Robert Alan Jones to Carol Nelson, c/o Charles Heaukulani, |
| | | | | | Esq. re: financing. WITNESS: Robert Alan Jones |
| | D21 | 8/7/07 | | 8/7/07 | 1/29/2001 letter fr Charles Heaukulani to Robert Alan Jones re: correspondence |
| | | | | | only w/ counsel. WITNESS: Robert Alan Jones |
| | D22 | 8/7/07 | | 8/7/07 | 2/13/2001 letter fr Robert Alan Jones to Charles Heaukulani re: alternative |
| | | | | | offers. WITNESS: Robert Alan Jones |
| | D23 | 8/7/07 | | 8/7/07 | 2/22/2001 letter fr Robert Alan Jones to Charles Heaukulani re: lack of responses |
| | | | | | WITNESS: Robert Alan Jones |
| | D24 | | | | 3/2/2001 letter fr Robert Alan Jones to Charles Heaukulani re: request title w/ |
| | | | | | exhibits. WITNESS: Robert Alan Jones |
| | D25 | 8/7/07 | | 8/7/07 | 3/12/2001 letter fr Robert Alan Jones to Charles Heaukulani re: condo possession |
| | | | | | WITNESS: Robert Alan Jones |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST - CONTINUATION

CAROL J. NELSON      v.      ROBERT ALAN JONES

CASE NUMBER: CV01-00182 KSC

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | D26 | 8/7/07 |  | 8/7/07 | by stip File-marked copy of Complaint for Summary Possession, Ejectment & Damages; Exhibit "A"; Summons (Civil No. 01-1-0018K; Third Circuit, State of Hawaii) |

(see next page)

Page 3 of 3 Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## *District of Hawaii*

| CAROL J. NELSON | v. | ROBERT ALAN JONES | EXHIBIT AND WITNESS LIST |
|---|---|---|---|
| | | | CASE NUMBER: CV01-0182 KSC |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kevin S.C. Chang | Enver W. Painter, Jr. | Robert E. Chapman/Mary Martin |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| August 7, 2007 | | Shari Afuso |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 27 | 8/7/07 | | 8/7/07 | Amortization Calculator |

(See next page)

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
### District of Hawaii

| CAROL J. NELSON | v. | ROBERT ALAN JONES | EXHIBIT AND WITNESS LIST |
|---|---|---|---|
| | | | CASE NUMBER: CV01-0182 KSC |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Kevin S.C. Chang | Enver W. Painter, Jr. | Robert E. Chapman/Mary Martin |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| August 7, 2007 | | Shari Afuso |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 28 | 8/9/07 | | 8/9/07 | Summary Condo Payments ; Condo Spreadsheet |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages