AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| **CAROL J. NELSON** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: **CV 01-00182KSC** |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| **ROBERT ALAN JONES** | September 6, 2007 |
| Defendant. | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| **ROBERT ALAN JONES** | |
| Counterclaimant, | |
| V. | |
| **CAROL NELSON** | |
| Counterclaim Defendant. | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Nelson and against Jones pursuant to the "Findings of Fact and Conclusions of Law" filed on August 31, 2007.

| September 6, 2007 | SUE BEITIA |
|---|---|
| Date | Clerk *(signature)* |
| | (By) Deputy Clerk |