Of Counsel:
CLAY CHAPMAN CRUMPTON IWAMURA & PULICE

ROBERT E. CHAPMAN        #2679
rchapman@paclawteam.com
MARY MARTIN              #5475
mmartin@paclawteam.com
Topa Tower, Suite 2100
700 Bishop Street
Honolulu, Hawaii 96813
Telephone:  (808) 535-8400
Facsimile:  (808) 535-8444

Attorneys for Defendant
Robert Alan Jones

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON, | CIVIL NO. 01-182 KSC |
| Plaintiff, | NOTICE OF APPEAL |
| vs. | |
| ROBERT ALAN JONES, | |
| Defendants, | |
| ROBERT ALAN JONES, | |
| Counterclaimant, | |
| vs. | |
| CAROL J. NELSON, MICHAEL CETRARO, | |
| Counterclaim Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Alan Jones, aka Robert Alan Jones, Defendant-Counterclaimant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Findings of Fact and Conclusions of Law filed herein on August 31, 2007, and the Judgment in a Civil Case entered in this action on the 6th day of September, 2007.

DATED: Honolulu, Hawaii, September 13, 2007.

_____
ROBERT E. CHAPMAN
MARY MARTIN
Attorneys for Defendant