ORIGINAL

Of Counsel:
CLAY CHAPMAN CRUMPTON IWAMURA & PULICE

ROBERT E. CHAPMAN    #2679
rchapman@paclawteam.com
MARY MARTIN    #5475
mmartin@paclawteam.com
Topa Tower, Suite 2100
700 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 535-8400
Facsimile: (808) 535-8444

Attorneys for Defendant
ROBERT ALAN JONES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 13 2007

at 11 o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT ALAN JONES,<br><br>    Defendants,<br><br>─────────────────<br><br>ROBERT ALAN JONES,<br><br>    Counterclaimant,<br><br>vs.<br><br>CAROL J. NELSON, MICHAEL CETRARO,<br><br>    Counterclaim Defendants. | CIVIL NO. 01-182 KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

It is hereby certified that on ___SEP 1 3 2007___ a true and correct copy of the NOTICE OF APPEAL and CIVIL APPEALS DOCKETING STATEMENT were duly served on the following parties, via U.S. Mail, postage prepaid:

>ENVER W. PAINTER, Jr., ESQ.
>1188 Bishop Street, Suite 2505
>Honolulu, HI 96813
>>Attorney for Plaintiff
>>CAROL J. NELSON

DATED: Honolulu, Hawaii, _____.

*Mary Martin*
ROBERT E. CHAPMAN
MARY MARTIN
Attorneys for Defendant
ROBERT ALAN JONES

307418.1