ORIGINAL

Of Counsel:
CLAY CHAPMAN CRUMPTON IWAMURA & PULICE

ROBERT E. CHAPMAN     #2679
rchapman@paclawteam.com
MARY MARTIN           #5475
mmartin@paclawteam.com
Topa Tower, Suite 2100
700 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 535-8400
Facsimile: (808) 535-8444

Attorneys for Defendant
Robert Alan Jones

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
SEP 13 2007
at \_\_\_ o'clock and \_\_\_ min. \_\_M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT ALAN JONES, <br><br> Defendants, <br><br>———————————————— <br><br> ROBERT ALAN JONES, <br><br> Counterclaimant, <br><br> vs. <br><br> CAROL J. NELSON, MICHAEL CETRARO, <br><br> Counterclaim Defendants. | CIVIL NO. 01-182 KSC <br><br> REPRESENTATION STATEMENT, FRAP RULE 12(b); CERTIFICATE OF SERVICE |

REPRESENTATION STATEMENT, FRAP RULE 12(b)

Notice is hereby given that Alan Jones, aka Robert Alan Jones, Defendant-Counterclaimant in the above named case, who has filed a Notice of Appeal to the Ninth Circuit Court of Appeals, was represented below by the counsel above-named, Clay Chapman, et al. Defendant-Counterclaimant Jones intends to pursue this appeal as a pro se litigant. Defendant-Counterclaimant Jones' address and contact information for purposes of appeal are as follows:

R. Alan Jones, Esq.
1061 East Flamingo Road, Suite #7
Las Vegas, NV 89119
Telephone: (702) 791-3403

The only other party to the instant appeal is Carol J. Nelson, who is represented by the following:

Enver W. Painter, Jr., Esq.
1188 Bishop Street, Suite 2505
Honolulu, HI 96813
Telephone: (808) 537-9777

DATED: Honolulu, Hawaii, September 13, 2007.

_____
ROBERT E. CHAPMAN
MARY MARTIN
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON, | CIVIL NO. 01-0182 KSC |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| ROBERT ALAN JONES, | |
| Defendants, | |
| ROBERT ALAN JONES, | |
| Counterclaimant, | |
| vs. | |
| CAROL J. NELSON, MICHAEL CETRARO, | |
| Counterclaim Defendants. | |

**CERTIFICATE OF SERVICE**

It is hereby certified that on the dates and by the methods of service noted below, a true and correct copy of the foregoing document was duly served on the following parties at their last known addresses:

Enver W. Painter, Jr., Esq.        (U.S. MAIL)
1188 Bishop Street, Suite 2505
Honolulu, HI 96813
    Attorney for Plaintiff

DATED: Honolulu, Hawaii, September 13, 2007

*Mary Martin*
ROBERT E. CHAPMAN
MARY MARTIN
Attorneys for Defendant/
Counterclaimant
ROBERT ALAN JONES

307137.1

3