# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

| For Internal Use Only | |
|---|---|
| Receipt | 240887 |
| Trans | 147424 |

Received From:    **CLAY CHAPMAN**

Case Number:

Reference Number:    CV 01-182 ~~AEK~~ KSC

|  | Check | 455.00 |
|---|---|---|
|  | Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
|  | **Total** | | 455.00 |
|  | Tend | | 455.00 |
|  | Due | | 0.00 |

09/13/2007 11:06:20 AM    Deputy Clerk: lg/AG