# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** Carol J. Nelson vs. Robert Alan Jones

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** Civil No. 01-00182KSC

II. **DATE NOTICE OF APPEAL FILED:** September 13, 2007

III. **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:** 09/13/07   **AMOUNT:** $455.00

   **NOT PAID YET:**   **BILLED:**

   **U.S. GOVERNMENT APPEAL:**   **FEE WAIVED:**

   **WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**   **& ATTACH COPY OF ORDER/CJA**

   **WAS F.P. STATUS REVOKED:**   **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

September 17, 2007

To All Counsel of Record as Appellees:

    IN RE:   Carol J. Nelson vs. Robert Alan Jones

              Civil No. 01-00182KSC

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on September 13, 2007 .

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

                                       Sincerely Yours,
                                       SUE BEITIA, CLERK

                                       by: Laila M. Geronimo
                                           Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
          docket sheet, dfnf
    Robert Alan Jones (attorney for appellant)
          w/copy of instructions for civil appeals
          Transcript Desig. & Ordering Form
          with instructions and a copy of the
          docket sheet; CADS