

ENVER W. PAINTER, JR.   2525
Attorney at Law
1188 Bishop Street, Suite 2505
Honolulu, Hawaii 96813
Telephone: (808) 537-9777

Attorney for Plaintiff and
   Counterclaim/Defendant
   Carol J. Nelson

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 18 2007

at ___ o'clock and ___ m
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON,<br><br>       Plaintiff,<br>vs.<br><br>ROBERT ALAN JONES<br><br>       Defendant.<br><br>ROBERT ALAN JONES<br><br>       Counterclaimant,<br>vs.<br><br>CAROL NELSON<br><br>       Counterclaim<br>       Defendant. | CV 01-00182 KSC<br><br>PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF ENVER W. PAINTER, JR.; EXHIBITS "A" - "C" and CERTIFICATE OF SERVICE<br><br>Bench Trial:<br>August 7, 2007<br>Magistrate Judge<br>  Kevin S. S. Chang |

## PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES

COMES NOW Plaintiff, Carol J. Nelson, by and through her undersigned counsel, and hereby moves for an award of attorney's fees incurred in the defense of Jones' assumpsit claim in the amount of $77,832.49.

This motion is made pursuant to Rule 54(d) of the FRCP, LR 54.3 and HRS § 607-14 . This motion is supported by the attached memorandum, the Declaration of Enver W. Painter, Jr. and the Exhibits "A" - "C" attached thereto.

DATED:   Honolulu, Hawaii, September 18, 2007.

_____
ENVER W. PAINTER, JR.
Attorney for Plaintiff
  CAROL J. NELSON