| INVOICE FOR MONTH OF | HOURS BILLED | ATTORNEY'S FEES (Hours x $200/HR) |
|---|---|---|
| September 2001 | 27.0 hours | $5300 |
| October 2001 | 1.3 hours | $260 |
| November 2001 | 9.9 hours | $1980 |
| December  2001 | 25.1 hours | $4420 |
| January 2002 | 13.3 hours | $2660 |
| February 2002 | 0.5 hours | $40 |
| March 2002 | 1.0 hours | $200 |
| April 2002 | 10.8 hours | $2080 |
| May 2002 | 8.4 hours | $1680 |
| June 2002 | 1.7 hours | $340 |
| July 2002 | 21.5 hours | $3800 |
| August 2002 | 42.1 hours | $8420 |
| September 2002 | 21.8 hours | $3980 |
| October 2002 | 15.1 hours | $3020 |
| November 2002 | 43.4 hours | $7984 |
| December 2002 | 9.6 hours | $1920 |
| January 2003 | 11.3 hours | $2260 |
| February 2003 | 8.9 hours | $1780 |
| March 2003 | 8.0 hours | $1560 |
| April 2003 | 0.4 hours | $80 |
| May 2003 | 2.6 hours | $520 |
| June 2003 | 1.5 hours | $300 |
| July 2003 | None | |
| | 285.2 hours (-12.28 no charge) | |
| SUM: | 272.92 hours | $54,584 |
| | TOTAL: | $56,755.49 |

Exhibit B

Enver W. Painter, Jr.

Attorney at Law
1188 Bishop Street, Suite 2505
Honolulu, HI  96813

Invoice submitted to:
Carol J. Nelson and Michael Cetraro

75-5719 Alii Drive, #401
Kailua-Kona, HI 96740

September 28, 2001

In Reference To: Carol  Nelson v. Jones and Jones v. Nelson, Cetraro,
                    et al.

Invoice
# 11395

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/27/01 | Telephone call from Charlie Heaukulani re status of condo case, representation of Cetraro/Nelson. | 0.40 200.00/hr | 80.00 |
|  | Telephone call from Mike Cetraro re representation in condo case. | 0.50 200.00/hr | NO CHARGE |
| 8/31/01 | Telephone call from Mike Cetraro re representation/issues; telephone conference with Carol Nelson re representation, what she wants to accomplish in litigation, etc. | 0.60 200.00/hr | 120.00 |
| 9/12/01 | Telephone call from Alan Jones re my representation, payment of $1,000/month into trust account, etc. | 0.20 200.00/hr | 40.00 |
|  | Review of Heaukulani's 09/10/01 letter and accompanying documents/pleadings. | 0.80 200.00/hr | 160.00 |
| 9/17/01 | Review of Judge Gillmore's Order dismissing counterclaim and telephone call from Charlie Heaukulani re same and re issues of possession. | 0.40 200.00/hr | 80.00 |

Carol J. Nelson and Michael Cetraro

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 9/17/01 | Telephone call from Mike Cetraro re my telephone conference with Charlie Heaukulani, court's dismissal of counterclaim, Jones's offer to pay into client trust fund, etc. | 0.30 200.00/hr | 60.00 |
| 9/19/01 | Telephone call from Carol Nelson re accounting, Jones's payments, need to get possession. | 0.50 200.00/hr | 100.00 |
| | Review of pleadings/documents and correspondence files received from Heaukulani re possession issue. | 3.50 200.00/hr | 700.00 |
| 9/20/01 | Telephone call from Mike Cetraro re facts, trustee's preference action, how to proceed. | 0.80 200.00/hr | 160.00 |
| | Review of fax and deposition of Cetraro in Utah litigation, continue factual/legal research and analysis. | 2.80 200.00/hr | 560.00 |
| 9/21/01 | Continued review of files and began drafting of chronology with reference to exhibits and documents of Cetraro. | 1.70 200.00/hr | 340.00 |
| | Telephone call from Mike Cetraro re Dennis Lovell's affidavit, his deposition, and underlying facts, etc. | 0.20 200.00/hr | 40.00 |
| 9/24/01 | Telephone call from Jeff Gross re Utah litigation as it effects Jones condo claims and Hawaii litigation. | 0.90 200.00/hr | 180.00 |
| | Continued research re facts, legal theories, and began draft a letter to Alan Jones re arrears. | 2.50 200.00/hr | 500.00 |
| 9/25/01 | Continued research and drafting re motion for summary judgment. | 1.80 200.00/hr | 360.00 |
| 9/26/01 | Continued research and drafting of motion for summary judgment. | 1.80 200.00/hr | 360.00 |
| 9/27/01 | Continue research/drafting of motion for summary judgment/declarations, etc. | 4.50 200.00/hr | 900.00 |
| 9/28/01 | Continue research/documents review and analysis/drafting of Declaration of Mike Cetraro and Motion for Summary Judgment. | 2.80 200.00/hr | 560.00 |
| | For professional services rendered | 27.00 | $5,300.00 |

Carol J. Nelson and Michael Cetraro

Additional Charges :

|  |  | Amount |
|---|---|---|
| 9/27/01 | Photocopies | 3.75 |
|  | Postage | 1.02 |
|  | Total costs | $4.77 |
|  | Total amount of this bill | $5,304.77 |
|  | Balance due | $5,304.77 |

Enver W. Painter, Jr.

Attorney at Law
1188 Bishop Street, Suite 2505
Honolulu, HI 96813

Invoice submitted to:
Carol J. Nelson and Michael Cetraro

75-5719 Alii Drive, #401
Kailua-Kona, HI 96740

November 02, 2001

In Reference To: Carol Nelson v. Jones and Jones v. Nelson, Cetraro, et al.

Invoice
# 11409

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 10/16/01 Telephone call from Mike Cetraro re his declaration, other matters. | 0.30<br>200.00/hr | 60.00 |
| 10/25/01 Review of 2nd Amended Counterclaim, e-mail to Charlie Heaukulani re same and letter to Cetraro/Nelson re same. | 1.00<br>200.00/hr | 200.00 |
| For professional services rendered | 1.30 | $260.00 |
| Additional Charges : |  |  |
| 10/31/01 Photocopies for the month of October |  | 3.15 |
| Postage costs for the month of October |  | 0.80 |
| Total costs |  | $3.95 |
| Interest on overdue balance |  | $31.32 |
| Total amount of this bill |  | $295.27 |
| Previous balance |  | $5,304.77 |
| 10/30/01 Payment - thank you |  | ($1,908.00) |

Carol J. Nelson and Michael Cetraro

Page    2

Amount

10/30/01 Payment - thank you

($675.00)

Total payments and adjustments

($2,583.00)

Balance due

$3,017.04

Enver W. Painter, Jr.

Attorney at Law
1188 Bishop Street, Suite 2505
Honolulu, HI 96813

Invoice submitted to:
Carol J. Nelson and Michael Cetraro

75-5719 Alii Drive, #401
Kailua-Kona, HI 96740

December 03, 2001

In Reference To:Carol Nelson v. Jones and Jones v. Nelson, Cetraro,
                   et al.
Invoice
# 11445

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/1/01 | Review of Cetraro's declaration as per telephone call from Cetraro. | 0.20<br>200.00/hr | 40.00 |
| 11/2/01 | Telephone call from Mike Cetraro re Motion for Summary Judgment and other matters and draft position statement re Bilanzich/Gross Motion to Dismiss. | 0.40<br>200.00/hr | 80.00 |
| 11/5/01 | Review of Bilanzich/Gross Reply Memorandum. | 0.40<br>200.00/hr | 80.00 |
| 11/6/01 | Draft proposed declaration of Bilanzich and e-mail to Jeff Gross re same. | 0.70<br>200.00/hr | 140.00 |
|  | Telephone conference with Jeff Gross re same. | 0.40<br>200.00/hr | 80.00 |
| 11/13/01 | Telephone conference with Mike Cetraro re his declaration, changes to same. | 0.50<br>200.00/hr | 100.00 |
|  | Review of letter faxed by Mike Cetraro. | 0.30<br>200.00/hr | 60.00 |

Carol J. Nelson and Michael Cetraro

Page    2

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/13/01 | Review of Jones's Second Amended Counterclaim and began drafting answer to same; compare with Answer filed 04/25/01; research re Motion to Strike. | 1.00 200.00/hr | 200.00 |
| 11/15/01 | Continue review/drafting of Answer to Second Amended Counterclaim. | 1.10 200.00/hr | 220.00 |
| | Research re Motion to Strike and draft memorandum to file re same (determined that filing was timely pursuant to September 8 Order and Rule 6(e), F.R.C.P.) | 0.50 200.00/hr | 100.00 |
| 11/16/01 | Telephone call to Charlie Heaukulani re Jones's letter and Motion for Summay Judgment. | 0.40 200.00/hr | 80.00 |
| 11/20/01 | Telephone conference with Mike Cetraro re Motion for Summary Judgment and other matters. | 0.20 200.00/hr | 40.00 |
| 11/21/01 | Research/analysis re Motion for Summary Judgment, incorporating Second Amended Counterclaim counts in Motion for Summary Judgment. | 1.10 200.00/hr | 220.00 |
| 11/29/01 | Continue research/draft of Motion for Summary Judgment; review Heaukulani's Motion to Dismiss/analysis re same, etc.; continue drafting of Motion for Summary Judgment. | 2.70 200.00/hr | 540.00 |
| | For professional services rendered | 9.90 | $1,980.00 |
| | Additional Charges : | | |
| 11/30/01 | Photocopies for the month of November | | 20.55 |
| | Postage costs for the month of November | | 8.08 |
| | Total costs | | $28.63 |
| | Interest on overdue balance | | $30.75 |
| | Total amount of this bill | | $2,039.38 |
| | Previous balance | | $3,017.04 |
| | Balance due | | $5,056.42 |

Enver W. Painter, Jr.

Attorney at Law
1188 Bishop Street, Suite 2505
Honolulu, HI  96813

Invoice submitted to:
Carol J. Nelson and Michael Cetraro

75-5719 Alii Drive, #401
Kailua-Kona, HI 96740

January 03, 2002

In Reference To: Carol  Nelson v. Jones and Jones v. Nelson, Cetraro,
                            et al.

Invoice
# 11467

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/3/01 | Review of Shelby's Motion to Dismiss. | 0.40 200.00/hr | 80.00 |
| 12/4/01 | Continue research, review of files, drafting of Motion for Summary Judgment. | 1.60 200.00/hr | 320.00 |
|  | Continue research and drafting of Motion for Summary Judgment. | 3.50 200.00/hr | 700.00 |
| 12/5/01 | Continue review of facts/files/research re Motion for Summary Judgment and telephone conference with Mike Cetraro re same; review of fax received from Cetraro. | 1.20 200.00/hr | 240.00 |
| 12/6/01 | Continue research and drafting re Motion for Summary Judgment. | 1.40 200.00/hr | 280.00 |
|  | Continue research/drafting of Motion for Summary Judgment. | 0.80 200.00/hr | 160.00 |
| 12/7/01 | Continue research/drafting of Motion for Summary Judgment, Declaration of Carol Nelson, etc. | 3.00 200.00/hr | 600.00 |

Carol J. Nelson and Michael Cetraro                                                    Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 12/7/01 | Telephone conference with Carol Nelson re her Declaration and her understanding of the transaction. | 1.20 200.00/hr | 240.00 |
| 12/10/01 | Revise Nelson's Declaration, review of letter from Jones, draft transmittal to Nelson and telephone conference with Charlie Heaukulani re Jones's letter and offer of judgment ($100.00). | 1.50 200.00/hr | 300.00 |
|  | Telephone conference with Ed Lee re Jones's letter re scheduling depositions. | 0.20 200.00/hr | 40.00 |
|  | Telephone conference with Carol Nelson re her declaration and make revisions to same, fax to Carol. | 0.60 200.00/hr | 120.00 |
| 12/11/01 | Telephone conference with Mike Cetraro re Nelson's Declaration and various provisions of the Letter of Intent, revise Declaration and continue research/drafting re Motion for Summary Judgment. | 2.80 200.00/hr | 560.00 |
|  | Revise letter to Jones re depositions/review of Jones's correspondence re same. | 0.20 200.00/hr | 40.00 |
| 12/12/01 | Revise Nelson's Declaration, telephone conference with Carol Nelson re same. | 1.40 200.00/hr | 280.00 |
|  | Revise Nelson's Declaration as per telephone conference with Carol Nelson; research re Trustee's rejection of License Agreement. | 0.90 200.00/hr | 180.00 |
| 12/13/01 | Revise Declaration of Nelson, telephone conference with Carol Nelson re revisions, final draft of Declaration. | 1.20 200.00/hr | 240.00 |
|  | Began revision, re-drafting re Memorandum in Support of Motion for Summary Judgment--lost on computer. | 3.00 200.00/hr | NO CHARGE |
| 12/21/01 | Telephone call from Mike Cetraro re Nelson Declaration/Motion for Summary Judgment. | 0.20 200.00/hr | 40.00 |
|  | For professional services rendered | 25.10 | $4,420.00 |

Carol J. Nelson and Michael Cetraro                                    Page    3

Additional Charges :

|  |  | Amount |
|---|---|---|
| 1/3/02 | Photocopies for Dec., 2001 | 3.45 |
| | Postage for Dec., 2001 | 2.28 |
| | Total costs | $5.73 |
| | Interest on overdue balance | $38.79 |
| | Total amount of this bill | $4,464.52 |
| | Previous balance | $5,056.42 |
| 12/7/01 | Payment - thank you | ($1,250.00) |
| | Total payments and adjustments | ($1,250.00) |
| | Balance due | $8,270.94 |

Enver W. Painter, Jr.

Attorney at Law
1188 Bishop Street, Suite 2505
Honolulu, HI  96813

Invoice submitted to:
Carol J. Nelson and Michael Cetraro

75-5719 Alii Drive, #401
Kailua-Kona, HI 96740

February 01, 2002

In Reference To: Carol  Nelson v. Jones and Jones v. Nelson, Cetraro,
                          et al.

Invoice
# 11489

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/8/02 | Draft Cetraro & Nelson confidential settlement conference statement. | 1.00 200.00/hr | 200.00 |
| 1/12/02 | Continue review of files, research and drafting of Motion for Summary Judgment, etc. | 2.50 200.00/hr | 500.00 |
| 1/14/02 | Continue research, drafting, revision of Motion for Summary Judgment. | 5.80 200.00/hr | 1,160.00 |
| 1/15/02 | Continue drafting of Motion for Summary Judgment/Concise Statement of Facts, etc. | 3.30 200.00/hr | 660.00 |
| 1/18/02 | Telephone call from Mike Cetraro re settlement conference statement, Motion for Summary Judgment, DCCA cease and desist. | 0.30 200.00/hr | 60.00 |
| 1/28/02 | Telephone call to US District Court re settlement conference, etc.; telephone call to Cetraro re same. | 0.20 200.00/hr | 40.00 |
| 1/29/02 | Review of Jones's Motion to Continue Settlement Conference; telephone call to Court re same. | 0.20 200.00/hr | 40.00 |
| | For professional services rendered | 13.30 | $2,660.00 |

Carol J. Nelson and Michael Cetraro                                          Page     2

    Additional Charges :

|  |  | Amount |
|---|---|---|
| 1/31/02 | Photocopies -- January, 2002 | 114.90 |
| | Postage -- January, 2002 | 20.09 |
| | Total costs | $134.99 |
| | Interest on overdue balance | $36.29 |
| | Total amount of this bill | $2,831.28 |
| | Previous balance | $8,270.94 |
| | Balance due | $11,102.22 |

Enver W. Painter, Jr.

Attorney at Law
1188 Bishop Street, Suite 2505
Honolulu, HI 96813

Invoice submitted to:
Carol J. Nelson and Michael Cetraro

75-5719 Alii Drive, #401
Kailua-Kona, HI 96740

February 28, 2002

In Reference To: Carol  Nelson v. Jones and Jones v. Nelson, Cetraro,
                 et al.
Invoice
# 11497

Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 2/1/02 Telephone call from Mike Cetraro re various matters. | 0.20<br>200.00/hr | 40.00 |
| 2/15/02 Telephone call from Mike Cetraro re various matters. | 0.30<br>200.00/hr | NO CHARGE |
| For professional services rendered | 0.50 | $40.00 |
| Additional Charges : | | |
| 2/28/02 Photocopies -- February, 2002 | | 4.80 |
| Postage -- February, 2002 | | 2.98 |
| Total costs | | $7.78 |
| Interest on overdue balance | | $115.98 |
| Total amount of this bill | | $163.76 |
| Previous balance | | $11,102.22 |

Carol J. Nelson and Michael Cetraro

Amount

Balance due

$11,265.98

Enver W. Painter, Jr.

Attorney at Law
1188 Bishop Street, Suite 2505
Honolulu, HI 96813

Invoice submitted to:
Carol J. Nelson and Michael Cetraro

75-5719 Alii Drive, #401
Kailua-Kona, HI 96740

April 01, 2002

In Reference To:Carol  Nelson v. Jones and Jones v. Nelson, Cetraro,
                                 et al.

Invoice
# 11515

      Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/5/02 | Appearance at status conference with Judge Kobayashi. | 0.80 200.00/hr | 160.00 |
| 3/15/02 | Telephone call from Carol Nelson re status of case.  (She said Jones is now running massage parlor out of apt. in violation of AOAO rules. | 0.20 200.00/hr | 40.00 |
|  | For professional services rendered | 1.00 | $200.00 |
|  | Additional Charges : |  |  |
| 4/1/02 | Photocopies for March |  | 17.10 |
|  | Postage for March |  | 5.70 |
|  | Total costs |  | $22.80 |
|  | Interest on overdue balance |  | $143.66 |
|  | Total amount of this bill |  | $366.46 |
|  | Previous balance |  | $11,265.98 |

Carol J. Nelson and Michael Cetraro                                    Page    2

                                                                        Amount

            Balance due                                              $11,632.44

Enver W. Painter, AAL ALC
1188 Bishop Street, Suite 2505
Honolulu, HI 96813


Invoice submitted to:
Carol J. Nelson and Michael Cetraro
75-5719 Alii Drive, #401
Kailua-Kona HI 96740


May 01, 2002

In Reference To:    Nelson v. Jones and Jones v. Nelson/Cetraro

Invoice # 10066


Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/31/02 | Review/analysis of Jones's Opposition to Motion for Summary Judgment, research/analysis re same. | 2.00 200.00/hr | 400.00 |
| 4/1/02 | Continue review/analysis and appearance at hearing on various matters, Plaintiff's Motion for Summary Judgment; telephone conference with Carol Nelson re same. | 3.00 200.00/hr | 600.00 |
| 4/4/02 | Telephone call from Mike Cetraro re various matters/court rulings/settlement, etc. | 0.40 200.00/hr | NO CHARGE |
| 4/15/02 | Telephone call from Mike Cetraro re Jones's payment/vacate Condo. | 0.20 200.00/hr | 40.00 |
| | Telephone call from Jean Hammond---Jones told her to send $1200 check today; review of letter from Jones and draft responding letter to Jones. | 0.50 200.00/hr | 100.00 |
| | Telephone conference with Carol Nelson re correspondence with Jones and what to do. | 0.40 200.00/hr | 80.00 |
| | Telephone call from Mike Cetraro re correspondence from Jones. | 0.10 200.00/hr | 20.00 |
| 4/17/02 | Telephone call from Jeff Gross---research re his theories, conference call with Jeff Gross and Bob Shelby re Motion to Dismiss, adding Cetraro/Nelson in Utah District action, etc. | 0.90 200.00/hr | 180.00 |
| | Research re motion re execuatory contracts/foreclosure. | 0.90 200.00/hr | 180.00 |

Carol J. Nelson and Michael Cetraro

Page     2

| | Hrs/Rate | Amount |
|---|---|---|
| 4/25/02 Telephone conference with Carol Nelson re Condo--how to proceed, Gross/Shelby theory and motion. | 0.50 200.00/hr | 100.00 |
| Review of pleadings received from Gross re Bilanzich v. Jones/review of cases re assignment/rejection of executory contracts received from Gross. | 1.10 200.00/hr | 220.00 |
| 4/26/02 Telephone call from Carol Nelson re Utah case, etc., draft letter to Jones re rent, etc. | 0.80 200.00/hr | 160.00 |
| For professional services rendered | 10.80 | $2,080.00 |
| HI 4.16% GE tax | | $86.53 |
| Additional Charges : | | |
| copies Photocopies for April, 2002 | | 1.80 |
| postage Postage costs for April, 2002 | | 1.70 |
| Total costs | | $3.50 |
| Interest on overdue balance | | $114.73 |
| Total amount of this bill | | $2,284.76 |
| Previous balance | | $11,632.44 |
| Balance due | | $13,917.20 |

Enver W. Painter, AAL ALC
1188 Bishop Street, Suite 2505
Honolulu, HI 96813


Invoice submitted to:
Carol J. Nelson and Michael Cetraro
75-5719 Alii Drive, #401
Kailua-Kona HI 96740


June 03, 2002

In Reference To:    Nelson v. Jones and Jones v. Nelson/Cetraro

Invoice # 10093


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/1/02 | Telephone call from Mike Cetraro re Utah action, accepting service, answer and cross-claim, Hawaii action and Motion for Summary Judgment/dismiss. | 0.50 200.00/hr | 100.00 |
| 5/6/02 | Appearance of Renewed Rule 16 Scheduling Conference. | 1.00 200.00/hr | 200.00 |
| 5/13/02 | Telephone call from Carol Nelson re Rule 16 Scheduling Order. | 0.20 200.00/hr | 40.00 |
|  | Drafting/research re Motion for Summary Judgment--all claims against Jones and against Nelson/Cetraro. | 1.70 200.00/hr | 340.00 |
| 5/29/02 | Review of files, began drafting of answers and cross-claim against Jones re Utah action. | 4.00 200.00/hr | 800.00 |
| 5/30/02 | Telephone conference with Carol Nelson re answer/cross-claim, problems at Condo, etc., review files re motion for summary judgment, etc. | 0.80 200.00/hr | 160.00 |
| 5/31/02 | Telephone call from Ed Lee re Jones's deposition, dispositive motions, etc. | 0.20 200.00/hr | 40.00 |
|  | For professional services rendered | 8.40 | $1,680.00 |
|  | HI 4.16% GE tax |  | $69.89 |
|  | Additional Charges : |  |  |
| 5/31/02 | Photocopies for May, 2002 |  | 4.35 |
|  | Postage costs for May, 2002 |  | 3.89 |

Carol J. Nelson and Michael Cetraro                                    Page    2

|  | Amount |
|---|---|
| Total costs | $8.24 |
| Interest on overdue balance | $150.99 |
| Total amount of this bill | $1,909.12 |
| Previous balance | $13,917.20 |
| Balance due | $15,826.32 |

Enver W. Painter, AAL ALC
1188 Bishop Street, Suite 2505
Honolulu, HI 96813

Invoice submitted to:
Carol J. Nelson and Michael Cetraro
75-5719 Alii Drive, #401
Kailua-Kona HI 96740

July 03, 2002

In Reference To:    Nelson v. Jones and Jones v. Nelson/Cetraro

Invoice # 10133

Professional Services

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/3/02 | Review of Jones's Motion to Dismiss Utah case and cited Hawaii authority Weinberg v. Mauch; letter to Jones re representation/service. | 0.70 200.00/hr | 140.00 |
| 6/10/02 | Review of parking violation notice, files re same. | 0.20 200.00/hr | 40.00 |
| 6/12/02 | Draft letter to Jones re parking violations. | 0.50 200.00/hr | 100.00 |
| 6/19/02 | Telephone call from David Lacy re facts of Nelson/Jones involvement. | 0.30 200.00/hr | 60.00 |
|  | For professional services rendered | 1.70 | $340.00 |
|  | HI 4.16% GE tax | | $14.14 |
|  | Additional Charges : | | |
|  | Photocopies for June, 2002 | | 0.90 |
|  | Postage costs for June, 2002 | | 1.36 |
|  | Total costs | | $2.26 |
|  | Interest on overdue balance | | $156.10 |
|  | Total amount of this bill | | $512.50 |
|  | Previous balance | | $15,826.32 |

Carol J. Nelson and Michael Cetraro

Page      2

Amount

Balance due

$16,338.82

Enver W. Painter, AAL ALC
1188 Bishop Street, Suite 2505
Honolulu, HI 96813

Invoice submitted to:
Carol J. Nelson and Michael Cetraro
75-5719 Alii Drive, #401
Kailua-Kona HI 96740

August 02, 2002

In Reference To:    Nelson v. Jones and Jones v. Nelson/Cetraro

Invoice # 10164

Professional Services

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/11/02 | Review/analysis of Bilanzich/Gross and Robert Shelby's Motions for Summary Judgments; review of Jones's Deposition and documents attached to Motions for Summary Judgments. | 2.50 200.00/hr | 500.00 |
| 7/12/02 | Continue review of Motion for Summary Judgment; review/analysis of outline/draft of Nelson/Cetraro Motion for Summary Judgment; telephone call to David Lacy re Jones's deposition and send parties of same to Lacy with transmittal. | 1.50 200.00/hr | 300.00 |
| 7/15/02 | Research and draft Motion to Extend Time re Motion for Summary Judgment. | 2.50 200.00/hr | NO CHARGE |
| 7/18/02 | Telephone call from Mike Cetraro re various matters, advised of missed deadline/motion to extend time, etc., will try to meet with him and Carol on Saturday, 7/27/02. | 0.60 200.00/hr | 120.00 |
| 7/19/02 | Telephone call from Mike Cetraro re new key and whether AOAO/Nelson have to give to "Hawk". | 0.20 200.00/hr | 40.00 |
|  | Telephone call from Mike Cetraro re keys, related matters, etc. and re Trustee's settlement with Bilanzich in Utah Royal Aloha bankruptcy case, review of Motion to Approve Settlement and telephone call to Cetraro re same. | 0.50 200.00/hr | 100.00 |
|  | Continue review/analysis of two motion for summary judgments filed and deposition of Jones re Nelson/Cetraro Motion for Summary Judgment. | 1.80 200.00/hr | 360.00 |
| 7/23/02 | Continue review of Bilanzich's Motion for Summary Judgment and continue research/drafting of Cetraro/Nelson Motion for Summary Judgment. | 1.80 200.00/hr | 360.00 |

Carol J. Nelson and Michael Cetraro                                      Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/24/02 | Telephone call to Jones re his taking/scheduling depositions; telephone call to Nelson/Cetraro re same; telephone call from Mike Cetraro re various matters/review of fax received from Cetraro. | 0.50 200.00/hr | 100.00 |
|  | Continue research/analysis/drafting re motion for summary judgment. | 1.20 200.00/hr | 240.00 |
|  | Telephone call from Alan Jones re deposition schedules, etc. | 0.20 200.00/hr | 40.00 |
| 7/25/02 | Telephone call to Carol Nelson re deposition/trip to Kona; telephone call from Cetraro re keys to Condo/trip to Big Island. | 0.40 200.00/hr | 80.00 |
|  | Telephone call from resident manager re "Hawk" demanding keys, reporting building to ADA commission; review of house rules received from Cetraro. | 0.30 200.00/hr | 60.00 |
|  | Telephone conference with Jeff Gross re settlement/dismissal of action in Utah, etc. | 0.30 200.00/hr | 60.00 |
| 7/29/02 | Review of notice of depositions received from Jones and do notice of depo to Jones. | 0.20 200.00/hr | 40.00 |
|  | Continue revision/analysis drafting re motion for summary judgment, review of Jones's deposition, collect materials re trip to Big Island. | 1.20 200.00/hr | 240.00 |
|  | Continue review/analysis re motion for summary judgment/meeting with Mike Cetraro and Carol Nelson re facts/motion for summary judgment/how to proceed, etc. | 4.00 200.00/hr | 800.00 |
| 7/30/02 | Review of letter from Alan Jones and fax to David Lacy. | 0.20 200.00/hr | 40.00 |
|  | Review of House Rules, telephone conference with David Lacy re Jones's letter and response to same, draft letter to Jones. | 1.30 200.00/hr | 260.00 |
| 7/31/02 | Review of letter from Jones (Jean Hammond) re keys; telephone from Mike Cetraro re yesterday's letter to and fax from Jones re Condo. | 0.30 200.00/hr | 60.00 |
|  | For professional services rendered | 21.50 | $3,800.00 |
|  | HI 4.16% GE tax |  | $158.08 |
|  | Additional Charges : |  |  |
|  | Airline tickets to the Big Island |  | 123.00 |
|  | Photocopies for July, 2002 |  | 18.75 |
|  | Postage costs for July, 2002 |  | 4.36 |
|  | Total costs |  | $146.11 |
|  | Interest on overdue balance |  | $161.15 |

Carol J. Nelson and Michael Cetraro

Amount

| | |
|---|---|
| Total amount of this bill | $4,265.34 |
| Previous balance | $16,338.82 |
| Balance due | $20,604.16 |

Enver W. Painter, AAL ALC
1188 Bishop Street, Suite 2505
Honolulu, HI 96813

Invoice submitted to:
Carol J. Nelson and Michael Cetraro
75-5719 Alii Drive, #401
Kailua-Kona HI 96740

September 03, 2002

In Reference To:   Nelson v. Jones and Jones v. Nelson/Cetraro

Invoice # 10190

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/9/02 | Review of letter from Alan Jones and telephone conference with David Lacy re same. | 0.30 200.00/hr | 60.00 |
| 8/10/02 | Telephone call from Carol Nelson re Jones and telephone call from Jean Hammond. | 0.70 200.00/hr | 140.00 |
| | Telephone call from Carol Nelson re telephone call from Jean Hammond, how to proceed. | 0.80 200.00/hr | 160.00 |
| | Telephone call from Alan Jones, began drafting letter to Jones; telephone call from Cetraro, review of faxes from Cetraro; telephone conference with Nelson; memo to file re telephone call from Hammond to Nelson; revise/fax letter to Jones. | 2.40 200.00/hr | 480.00 |
| 8/12/02 | Review of correspondence from Alan Jones to Lacy, letter to AOAO re complaints. | 0.40 200.00/hr | 80.00 |
| | Continue research/drafting re motion for summary judgment 2. | 1.80 200.00/hr | 360.00 |
| 8/13/02 | Telephone call from David Hisashima at USDC; review of ex parte application for TRO; began analysis re response. | 200.00/hr | NO CHARGE |
| | Continue analysis, review of files and began drafting memo in opposition to Jones's TRO. | 2.40 200.00/hr | 480.00 |
| 8/14/02 | Telephone call from David Hisashima of USDC re TRO motion, motion to file dispositive motions; review of memo in support of ex parte application for TRO and affidavits/exhibits attached received from Jones; telephone conference with David Lacy re same. | 1.50 200.00/hr | 300.00 |

Carol J. Nelson and Michael Cetraro                                          Page      2

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/14/02 | Telephone conference with David Lacy re withdrawal of TRO; telephone conference with David Hisashima re withdrawal of TRO. | 0.30 200.00/hr | 60.00 |
| | Research re interference with prospective economic advantage, analysis of case laws and facts of this case. | 0.80 200.00/hr | 160.00 |
| 8/17/02 | Continue research/drafting of motion for summary judgment re Complaint/Second Amended Counterclaim. | 3.90 200.00/hr | 780.00 |
| 8/19/02 | Draft confidential settlement conference statement. | 0.50 200.00/hr | 100.00 |
| | Telephone call from Jones's office re Jones in ICU--all depositions are canceled. | 0.20 200.00/hr | 40.00 |
| | Continue drafting of motion for summary judgment 2 and Concise Statement of Facts. | 6.00 200.00/hr | 1,200.00 |
| | Telephone call to Carol Nelson re depositions, settlement conference; telephone call from Mike Cetraro re telephone conference with Carol Nelson. | 0.30 200.00/hr | 60.00 |
| 8/20/02 | Drafting of Concise Statement, continue research re conspiracy/conversion and drafting of motion for summary judgment. | 3.80 200.00/hr | 760.00 |
| 8/21/02 | Continue drafting Concise Statement/motion for summary judgment, research re same. | 3.20 200.00/hr | 640.00 |
| 8/23/02 | Continue research/analysis and drafting re motion for summary judgment. | 3.20 200.00/hr | 640.00 |
| 8/26/02 | Continue research re motion for summary judgment, Counterclaim counts, and drafting of Concise Statement of Facts and Motion for Summary Judgment. | 3.50 200.00/hr | 700.00 |
| 8/27/02 | Continue research/drafting/revisions to Motion for Summary Judgment/Concise Statement of Facts. | 3.80 200.00/hr | 760.00 |
| 8/28/02 | Continue drafting/revision of Concise Statement of Facts and Motion for Summary Judgment; telephone call from Mike Cetraro; conference call with Mike Cetraro and Noel Hyde. | 2.30 200.00/hr | 460.00 |
| | For professional services rendered | 42.10 | $8,420.00 |
| | HI 4.16% GE tax | | $350.27 |
| | Additional Charges : | | |
| | Long-distance phone calls | | 1.98 |
| | Photocopies for August, 2002 | | 224.25 |
| | Postage costs for August, 2002 | | 25.62 |

Carol J. Nelson and Michael Cetraro                                    Page     3

|  |  | Amount |
|---|---|---|
|  | Total costs | $251.85 |
|  | Interest on overdue balance | $169.92 |
|  | Total amount of this bill | $9,192.04 |
|  | Previous balance | $20,604.16 |
| 8/15/02 | Payment - Thank You | ($7,500.00) |
|  | Total payments and adjustments | ($7,500.00) |
|  | Balance due | $22,296.20 |

Enver W. Painter, AAL ALC
1188 Bishop Street, Suite 2505
Honolulu, HI 96813

Invoice submitted to:
Carol J. Nelson and Michael Cetraro
75-5719 Alii Drive, #401
Kailua-Kona HI 96740

October 02, 2002

In Reference To:   Nelson v. Jones and Jones v. Nelson/Cetraro

Invoice # 10217

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/30/02 | Telephone call from Court re Concise Statement; review of Local Rules and Judge Gillmor's memo re concise statement and redraft Concise Statement of Facts. | 1.60 200.00/hr | NO CHARGE |
| 9/11/02 | Review of Minute Order re Motion for Summary Judgment, re calendar | 0.30 200.00/hr | NO CHARGE |
| 9/12/02 | Review of discovery requests from Jones and began drafting responses. | 1.80 200.00/hr | 360.00 |
| 9/16/02 | Telephone call from Mike Cetraro re various matters. | 0.20 200.00/hr | 40.00 |
| | Draft answers to Jones's request for admissions, response to request for production of documents to Nelson and Cetraro; and review of Concise Statement of Facts and Memo in Opposition re Shelby's Motion for Summary Judgment. | 2.00 200.00/hr | 400.00 |
| 9/18/02 | Telephone call from Bill Bordner re Jones's discovery requests/attorney-client privilege issues, discovery, scheduling, etc. | 0.60 200.00/hr | 120.00 |
| 9/20/02 | Telephone conference with Bill Bordner re discovery/Shelby production of documents, trip to Bordner's office to review same. | 2.00 200.00/hr | 400.00 |
| 9/23/02 | Prepare for hearing, appearance at Status Conference; draft letter in response to Jones's letter re preliminary injunction. | 2.40 200.00/hr | 480.00 |
| 9/25/02 | Preliminary review of Jones's Opposition to Motion for Summary Judgment and Jones's Concise Statement of Facts. | 1.20 200.00/hr | 240.00 |

Carol J. Nelson and Michael Cetraro                                                         Page      2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/25/02 | Review of Jones's Preliminary Injunction Motion and began drafting Memorandum in Opposition to same, draft fax transmittal to Heaukulani re conspiracy admission. | 0.80 200.00/hr | 160.00 |
| 9/26/02 | Continue research, review and drafting of Memorandum in Opposition to Motion for Preliminary Injunction; telephone conference with Carol Nelson re same; continue review of files and drafting of Memorandum in Opposition re Motion for Preliminary Injunction. | 6.00 200.00/hr | 1,200.00 |
| 9/27/02 | Finalize Memorandum in Opposition to Motion for Preliminary Injunction, review of Jones's letter re same and re hearing date; telephone call to Jones re same (left message). | 0.70 200.00/hr | 140.00 |
| 9/30/02 | Continued review of Jones's opposition to Motion for Summary Judgment and began drafting reply memo. | 2.20 200.00/hr | 440.00 |
|  | For professional services rendered | 21.80 | $3,980.00 |
|  | HI 4.16% GE tax |  | $165.57 |
|  | Additional Charges : |  |  |
|  | Photocopies for September, 2002 |  | 42.90 |
|  | Postage costs for September, 2002 |  | 16.51 |
|  | Total costs |  | $59.41 |
|  | Interest on overdue balance |  | $124.94 |
|  | Total amount of this bill |  | $4,329.92 |
|  | Previous balance |  | $22,296.20 |
|  | Balance due |  | $26,626.12 |

Enver W. Painter, AAL ALC
1188 Bishop Street, Suite 2505
Honolulu, HI 96813

Invoice submitted to:
Carol J. Nelson and Michael Cetraro
75-5719 Alii Drive, #401
Kailua-Kona HI 96740

November 01, 2002

In Reference To:    Nelson v. Jones and Jones v. Nelson/Cetraro

Invoice # 10233

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/1/02 | Review of Jones's Fourth Amended Notice of Deposition and Ex Parte Motion to Continue Hearing on Motion for Summary Judgment and trial. | 0.20 200.00/hr | 40.00 |
| 10/2/02 | Continue research/drafting of Reply Memorandum. | 2.60 200.00/hr | 520.00 |
|  | Telephone conference with David at U.S. District Court re rescheduling, hearings re Motion for Summary Judgment, Preliminary Injunction, and trial. | 0.20 200.00/hr | 40.00 |
| 10/3/02 | Continue drafting Reply Memorandum re Motion for Summary Judgment; telephone conference with Mike Cetraro re same; telephone call to Carol Nelson re her Declaration; draft Declaration of Nelson and continue drafting Reply Memorandum re Motion for Summary Judgment. | 6.80 200.00/hr | 1,360.00 |
| 10/4/02 | Complete/finalize Reply Memorandum re Motion for Summary Judgment. | 1.40 200.00/hr | 280.00 |
| 10/7/02 | Review of Shelby's reply memo--how applicable to conspiracy claims against Nelson/Cetraro. | 0.20 200.00/hr | 40.00 |
|  | Telephone call from Carol Nelson re dates, etc. | 0.10 200.00/hr | 20.00 |
|  | Revise three responses to Jones's discovery requests and our request for answers to interrogatoy and production of documents to Jones. | 2.10 200.00/hr | 420.00 |
| 10/10/02 | Draft letter to Jones re Nelson/Cetraro depositions. | 0.40 200.00/hr | 80.00 |

Carol J. Nelson and Michael Cetraro

Page     2

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/29/02 | Telephone call from Bill Bordner re Shelby depo, attorney/client privilege issues, etc. | 0.30 200.00/hr | 60.00 |
| 10/31/02 | Review of Jones's correspondence re depositions, review prior correspondence re same and draft letter to Jones. | 0.80 200.00/hr | 160.00 |
| | For professional services rendered | 15.10 | $3,020.00 |
| | HI 4.16% GE tax | | $125.63 |
| | Additional Charges : | | |
| 10/31/02 | Photocopies for October, 2002 | | 79.20 |
| | Faxes for October, 2002 | | 5.00 |
| | Postage costs for October, 2002 | | 24.68 |
| | Total costs | | $108.88 |
| | Interest on overdue balance | | $350.25 |
| | Total amount of this bill | | $3,604.76 |
| | Previous balance | | $26,626.12 |
| | Balance due | | $30,230.88 |

Enver W. Painter, AAL ALC
1188 Bishop Street, Suite 2505
Honolulu, HI  96813


Invoice submitted to:
Carol J. Nelson and Michael Cetraro
75-5719 Alii Drive, #401
Kailua-Kona HI 96740


December 03, 2002

In Reference To:   Nelson v. Jones and Jones v. Nelson/Cetraro

Invoice # 10265


Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/1/02 | Review of correspondence from Jones re depositions and check rules re Jones's assertion re his deposition. | 0.40 200.00/hr | 80.00 |
| 11/4/02 | Review of Jones's Motion to Extend Discovery Cutoff and Ex Parte Motion re Cetraro's deposition, review of files re same and draft letter to Jones re same. | 1.20 200.00/hr | 240.00 |
| 11/5/02 | Review letter from Bill Bordner to Jones re production of documents and telephone call to Court re Motion to Extend Discovery Cutoff. | 0.20 200.00/hr | 40.00 |
| 11/6/02 | Review of correspondence from Alan Jones, draft letter to Jones re his deposition, review of documents re Jones's request for production of documents from Mike Cetraro. | 1.80 200.00/hr | 360.00 |
| | Review of reply from Jones with attachment of deposition transcript. | 1.00 200.00/hr | 200.00 |
| | Review of order denying Jones's ex parte motion to compel deposition of Cetraro in Hawaii and order granting motion to extend discovery cutoff. | 0.30 200.00/hr | 60.00 |
| 11/8/02 | Review of files re production of documents; telephone call to Dennis Lovell re facts/his deposition--memo to file re same; conference with RT (paralegal) re Notice of Taking Deposition of Dennis Lovell; telephone conference with Bill Bordner re Jones/Bilanzich settlement agreement. | 1.40 60.00/hr | 84.00 |
| 11/14/02 | Review of correspondence re depositions, outline of Lovell/Jones depositions and continue documents review re production of documents; telephone conference with Sandy at Jones's Office re depositions, documents production, etc. | 1.80 200.00/hr | 360.00 |

Carol J. Nelson and Michael Cetraro                                              Page    2

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/15/02 | Continue documents review/Jones's statement of facts re our Motion for Summary Judgment; telephone call to Bill Bordner re Shelby deposition; review of documents received from Mike Cetraro and Bill Bordner. | 1.50 200.00/hr | 300.00 |
| 11/16/02 | Review of letter from Jones re depositions/documents production and review of files re documents requested. | 0.70 200.00/hr | 140.00 |
| 11/17/02 | Draft letter to Jones re his letter and depositions/production of documents; telephone conference with Carol Nelson re same; telephone conference with Carol Nelson re request for production of documents. | 1.50 200.00/hr | 300.00 |
| 11/18/02 | Draft letter to Nelson re production of documents; telephone call from Sandra of Jones's office re depositions/production of documents. | 1.10 200.00/hr | 220.00 |
|  | Telephone call from Sandra at Jones's office re depositions; telephone call from Mike Cetraro re documents faxed; telephone conference with Carol Nelson re deposition; review of documents received from Cetraro, review of files, prepare for Lovell's deposition. | 3.80 200.00/hr | 760.00 |
| 11/19/02 | Telephone conference with Mike Cetraro re deposition; telephone conference with Dennis Lovell re deposition; prepare documents re deposition; continue preparation for deposition; trip to Kona; attend deposition of Dennis Lovell. | 9.00 200.00/hr | 1,800.00 |
| 11/20/02 | Review of documents and Jones's request for documents; get documents and send to Jones. | 1.50 200.00/hr | 300.00 |
|  | Telephone call to Jones re Nelson deposition; telephone call to Bill Bordner re DCSF and their settlement. | 0.30 200.00/hr | 60.00 |
|  | Draft letter to Jones re Nelson's deposition/review of faxes received from Cetraro. | 0.70 200.00/hr | 140.00 |
| 11/21/02 | Review of Alan Jones's answers to interrogatories and review of deposition/testimony referenced in answers. | 0.80 200.00/hr | 160.00 |
| 11/22/02 | Review of correspondence from Jones re deposition and draft letter to Jones re same. | 0.30 200.00/hr | 60.00 |
| 11/23/02 | Began documents assembly and review in preparation for Nelson's deposition. | 0.90 200.00/hr | 180.00 |
|  | Continue documents review; telephone conference with Nelson re trip/deposition, pack documents for trip. | 2.70 200.00/hr | 540.00 |
| 11/24/02 | Trip to Big Island and conference with Carol Nelson re preparation for deposition. | 2.50 200.00/hr | NO CHARGE |
| 11/25/02 | Appearance at Nelson's deposition on Big Island. | 8.00 200.00/hr | 1,600.00 |
|  | For professional services rendered | 43.40 | $7,984.00 |
|  | HI 4.16% GE tax |  | $332.13 |

Carol J. Nelson and Michael Cetraro                                    Page     3

    Additional Charges :

|  |  | Amount |
|---|---|---|
| ✓ | Airline tickets round trip --- Kona for Deposition of Dennis Lovell | 129.00 |
| ✓ | Airline tickets round trip -- Kona for Deposition of Carol Nelson | 129.00 |
| ✓ | Car rental in Kona re Deposition of Carol Nelson | 87.53 |
| ✓ | Parking fees at Honolulu airport | 20.00 |
|  | Photocopies for November, 2002 | 47.85 |
|  | Postage costs for November, 2002 | 10.37 |
|  | Total costs | $423.75 |
|  | Interest on overdue balance | $318.05 |
|  | Total amount of this bill | $9,057.93 |
|  | Previous balance | $30,230.88 |
|  | Balance due | $39,288.81 |

---

ALL CHARGES SUBJECT TO FINAL AUDIT
LICENSEE:

CARDINALE LEASING INC.
KEAHOLE-KONA INT'L AIRPORT
OPEN HOURS:5:45AM-9:30PM
(808)329-1339                    120207 KOA

Open/Exp. 1705

**Thrifty**

CUSTOMER INFORMATION

PAINTER        ENVER        CUST NO:
1212 NUUANU AVE 806    HONOLULU        HI    96817
222322663        HI    07/31/03 (808)536-5998
LOCAL RES            (808)322-8216
ALLSTATE

INSURED: None

471319

| | Car To Be Returned To Above Unless Stated | Rental Expires On | Rental Agreement Num |
|---|---|---|---|
| | RA OUT: 120207 KOA | 17:30 | |
| | DUE IN: 120207 KOA | 11/25/02 | NN9094272 |

Vehicle Information

VEH #: 803143
LIC #: HCC264        STALL#:
3        VN        JETTA
Fuel out  8/8 Mileage o    5511

LIC #:        STALL#:

Mileage
_CLINED PDW
_nsible for all
_ vehicle.

_CLINED PAI/PEP
_ECLINED SLI

_te: 10/04  Cd: MC
_3426    Amt: 88.76  Paid PEC

TCR 1420

| | TIME OUT | ESTIMATED CHARGES |
|---|---|---|
| Per Mile | 11/24/02 11:11 | |
| Per Hour | 10.99 | |
| Per Day  2 | 32.99 | 65.98 |
| Per Week | 179.99 | |
| Per Mnth | | |
| Wknd Day | | |
| ** NET T & M | | 65.98 |
| Fuel | 3.15 P/G | |
| Drop Fee | | |
| Airport Fee | 6.50 % | 4.81 |
| State Surchg | 3.00 per day | 6.00 |
| Sales Tax | 4.166% | 3.31 |
| VLF | .33 per day | .66 |
| PEC | 4.00 per day | 8.00 |
| * LESS PAID DEPOSITS * | | 88.76 |
| * TOTAL ESTIMATED CHARGES | | 88.76 |
| * ESTIMATED DUE | | |

_y signature below, I acknowledge that I have read and agree to the term... ..nd written, including Physical Damage _Waiver, that appear on this rental statement and on the separate rental jacket which i... .....ein. All the information provided by Me _s true. I know that if I decline the option PDW, I am responsible for all loss regardless of fau.. . AUTHORIZE THRIFTY TO PROCESS OR _UBMIT A CHARGE TO MY CREDIT, DEBIT OR CHARGE CARD FOR THE ESTIMATED CHARGES FOR THIS RENTAL UPON MY SIGNING THIS _ENTAL STATEMENT AND FOR ALL ADDITIONAL CHARGES UPON RETURN OF THE VEHICLE.

_harge. Wil.
_with this rental is ..

I authorize Thrif... ...u ...cess a credit charge voucher in ... .ame for charges, or any for unpaid traffic and parking...

RENTER

Enver W. Painter, AAL ALC
1188 Bishop Street, Suite 2505
Honolulu, HI  96813

Invoice submitted to:
Carol J. Nelson and Michael Cetraro
75-5719 Alii Drive, #401
Kailua-Kona HI 96740

January 02, 2003

In Reference To:    Nelson v. Jones and Jones v. Nelson/Cetraro

Invoice # 10279

Professional Services

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/4/02 | Review of all relevant pleadings and began outline of arguments re Motion for Summary Judgment/fees re Motion for Preliminary Injunction; review of Nelson's deposition transcript. | 1.20 200.00/hr | 240.00 |
| 12/5/02 | Continue preparing for hearing re Motion for Summary Judgment; appearance at hearing on Motion for Summary Judgment. | 3.50 200.00/hr | 700.00 |
|  | Telephone call from Carol Nelson re hearing on Motion for Summary Judgment. | 0.50 200.00/hr | 100.00 |
|  | Get documents--letter of intent, amortization schedules, and Exhibit IB to Nelson's deposition, and draft letter to Judge Gillmor re same. | 0.70 200.00/hr | 140.00 |
|  | Telephone conference with Mike Cetraro re today's hearings/depositions/settlement conference. | 0.50 200.00/hr | 100.00 |
| 12/10/02 | Telephone conference with Mike Cetraro re various matters, review of additional documents and pleadings to be filed with Court re Motion for Summary Judgment. | 1.00 200.00/hr | 200.00 |
| 12/11/02 | Review of documents/correspondence received from Mike Cetraro re license/franchise agreements/review of Lovell's deposition re sale of condo being contingent, rents, etc. | 1.10 200.00/hr | 220.00 |
| 12/12/02 | Telephone call from Jones's office re Mike Cetraro's deposition being canceled; telephone call to Mike Cetraro re same. | 0.10 200.00/hr | 20.00 |
|  | Telephone call from Mike Cetraro re deposition/Motion for Summary Judgment; draft letter to Jones re outstanding discovery. | 0.80 200.00/hr | 160.00 |

Carol J. Nelson and Michael Cetraro

Page   2

| | Hrs/Rate | Amount |
|---|---|---|
| 12/20/02 Telephone call from Howard Gravelle re Jones in hospital, everything up in the air. | 0.20 200.00/hr | 40.00 |
| For professional services rendered | 9.60 | $1,920.00 |
| HI 4.16% GE tax | | $79.87 |
| Additional Charges : | | |
| Deposition transcript of Nelson's deposition prepared by Rosenberge Court Reporters | | 376.46 |
| Photocopies for December, 2002 | | 16.65 |
| Postage costs for December, 2002 | | 6.60 |
| Total costs | | $399.71 |
| Interest on overdue balance | | $387.51 |
| Total amount of this bill | | $2,787.09 |
| Previous balance | | $39,288.81 |
| Balance due | | $42,075.90 |

Enver W. Painter, AAL ALC
1188 Bishop Street, Suite 2505
Honolulu, HI 96813

Invoice submitted to:
Carol J. Nelson and Michael Cetraro
75-5719 Alii Drive, #401
Kailua-Kona HI 96740

February 12, 2003

In Reference To:    Nelson v. Jones and Jones v. Nelson/Cetraro

Invoice # 10366

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/6/03 | Review of files, prior settlement conference statement and draft settlement conference statement. | 1.10 200.00/hr | 220.00 |
| 1/7/03 | Telephone call from Mike Cetraro re settlement conference, other matters, began draft of Pretrial Statement and letter to Jones re settlement conference, production of documents, depositions. | 1.70 200.00/hr | 340.00 |
| | Conference with Raynette Tashiro re setting up pretrial statement, review of pleadings and began revisions to same. | 1.10 200.00/hr | 220.00 |
| 1/8/03 | Continue research and drafting of Pretrial Statement. | 2.80 200.00/hr | 560.00 |
| 1/14/03 | Telephone call from Warren at US District Court re Pretrial Conference; review Pretrial Statement/Settlement Conference Statement. | 0.80 200.00/hr | 160.00 |
| | Conference with Mike Cetraro and Carol Nelson and appearance at Settlement Conference and Pretrial Conference. | 2.50 200.00/hr | 500.00 |
| 1/23/03 | Review of files/calendar and draft e-mail to David Hisashima at US District Court re continuing pre-trial dates; review of e-mail from USDC and response to same. | 0.80 200.00/hr | 160.00 |
| 1/28/03 | Telephone call from Ty of R. A. Jones's office re three issues---see Memo to File, asked that he put any proposal in writing; telephone call to Cetraro and Nelson. | 0.50 200.00/hr | 100.00 |
| | For professional services rendered | 11.30 | $2,260.00 |
| | HI 4.16% GE tax | | $94.02 |

Carol J. Nelson and Michael Cetraro                                                          Page        2

     Additional Charges :

|  |  | Amount |
|---|---|---:|
| 12/30/02 | Long-distance phone calls for October 30, 2002 to December 30, 2002 | 10.84 |
|  | Deposition of Dennis Lovell taken on 11/19/2002 by Carnazzo Court Reporting. | 436.11 |
|  | Photocopies for January, 2003 | 24.30 |
|  | Postage costs for January, 2003 | 4.89 |
|  | Total costs | $476.14 |
|  | Interest on overdue balance | $554.14 |
|  | Total amount of this bill | $3,384.30 |
|  | Previous balance | $42,075.90 |
| 1/21/03 | Payment - Thank You | ($1,800.00) |
|  | Total payments and adjustments | ($1,800.00) |
|  | Balance due | $43,660.20 |

Enver W. Painter, AAL ALC
1188 Bishop Street, Suite 2505
Honolulu, HI 96813


Invoice submitted to:
Carol J. Nelson and Michael Cetraro
75-5719 Alii Drive, #401
Kailua-Kona HI 96740


March 06, 2003

In Reference To:    Nelson v. Jones and Jones v. Nelson/Cetraro

Invoice # 10395


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 2/12/03 | Telephone call from David Hisashima re Motion for Summary Judgment Order--remaining claims, etc.; review of Jones's Ex Parte Motion to Continue Trial Date; telephone call from David Hisashima re Gravelle's Motion for 90-day continuance of all dates (to be faxed to us this evening) and hearing on same; review of Heakulani's Complaint and our Motion for Summary Judgment re remaining claims; telephone conference with David Hisashima and Howard Gravelle re Motion to Continue, hearing re same, remaining claims, etc.; telephone conference with Mike Cetraro re same; conference call with Mike Cetraro and Carol Nelson. | 3.00 200.00/hr | 600.00 |
| 2/13/03 | Review of motion from Gravelle; conference with Mike Cetraro; appearance at hearing on Motion to Continue, etc. | 2.20 200.00/hr | 440.00 |
| 2/14/03 | Review of prior settlement conference statements/conference with Mike Cetraro and appearance at settlement conference. | 1.00 200.00/hr | 200.00 |
| 2/21/03 | Review of Court Order re Motion for Summary Judgment; telephone call from Cetraro re same; draft letter to Krening. | 0.80 200.00/hr | 160.00 |
|  | Draft Statement of No Position re Jones's Motion to Continue Trial Date and telephone call to Krening re Jones's settlement position. | 0.80 200.00/hr | 160.00 |
| 2/24/03 | Prepare and appearance re status conference re settlement. | 0.80 200.00/hr | 160.00 |
|  | Telephone call from Mike Cetraro re today's status conference, etc. | 0.30 200.00/hr | 60.00 |
|  | For professional services rendered | 8.90 | $1,780.00 |
|  | HI 4.16% GE tax |  | $74.05 |

Carol J. Nelson and Michael Cetraro                                    Page     2

Additional Charges :

|  | Amount |
|---|---|
| Photocopies for February, 2003 | 10.20 |
| Postage costs for February, 2003 | 3.32 |
| Total costs | $13.52 |
| Interest on overdue balance | $291.31 |
| Total amount of this bill | $2,158.88 |
| Previous balance | $43,660.20 |
| Balance due | $45,819.08 |

Enver W. Painter, AAL ALC
1188 Bishop Street, Suite 2505
Honolulu, HI 96813


Invoice submitted to:
Carol J. Nelson and Michael Cetraro
75-5719 Alii Drive, #401
Kailua-Kona HI 96740


April 11, 2003

In Reference To:    Nelson v. Jones and Jones v. Nelson/Cetraro

Invoice # 10450


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/6/03 | Telephone call to Gravelle re settlement and draft Ex Parte Motion for Writ of Possession. | 1.20 200.00/hr | 240.00 |
| 3/7/03 | Telephone call to Gravelle and Krening; appearance at hearing re status of settlement; telephone call to Mike Cetraro re same. | 1.40 200.00/hr | 280.00 |
| 3/13/03 | Telephone call from Mike Cetraro and draft letter to Jones re settlement. | 200.00/hr | NO CHARGE |
| 3/18/03 | Review of Jones's response to Order to Show Cause; draft letter to Jones re Motion for Certification and re settlement. | 0.70 200.00/hr | 140.00 |
| 3/19/03 | Review of Court Minute Order re Order to Show Cause. | 0.20 200.00/hr | NO CHARGE |
| 3/22/03 | Review of Jones's Memo re Rule 54 certification and began research re memo in opposition to same. | 1.50 200.00/hr | 300.00 |
| 3/24/03 | Review/analysis and research and draft Memo in Opposition to Jones's Motion for Rule 54(b) certification. | 3.00 200.00/hr | 600.00 |
|  | For professional services rendered | 8.00 | $1,560.00 |
|  | HI 4.16% GE tax |  | $64.90 |
|  | Additional Charges : |  |  |
|  | Photocopies for March, 2003 |  | 13.95 |
|  | Postage costs for March, 2003 |  | 7.44 |

Carol J. Nelson and Michael Cetraro                                    Page      2

|                              | Amount      |
|------------------------------|-------------|
| Total costs                  | $21.39      |
| Interest on overdue balance  | $566.78     |
| Total amount of this bill    | $2,213.07   |
| Previous balance             | $45,819.08  |
| Balance due                  | $48,032.15  |

Enver W. Painter, AAL ALC
1188 Bishop Street, Suite 2505
Honolulu, HI 96813

Invoice submitted to:
Carol J. Nelson and Michael Cetraro
75-5719 Alii Drive, #401
Kailua-Kona HI 96740

May 05, 2003

In Reference To:    Nelson v. Jones and Jones v. Nelson/Cetraro

Invoice # 10485

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/14/03 | Review of Order denying Jones's Rule 54(b) motion | 0.20 200.00/hr | 40.00 |
|  | Revise schedule/plan trial preparation/telephone call to Mike Cetraro re same. | 0.20 200.00/hr | 40.00 |
|  | For professional services rendered | 0.40 | $80.00 |
|  | HI 4.16% GE tax |  | $3.33 |
|  | Additional Charges : |  |  |
|  | Photocopies for April, 2003 |  | 1.50 |
|  | Postage costs for April, 2003 |  | 0.60 |
|  | Total costs |  | $2.10 |
|  | Interest on overdue balance |  | $354.96 |
|  | Total amount of this bill |  | $440.39 |
|  | Previous balance |  | $48,032.15 |
| 4/30/03 | Payment - Thank You |  | ($4,000.00) |
|  | Total payments and adjustments |  | ($4,000.00) |

Carol J. Nelson and Michael Cetraro

Amount

Balance due

$44,472.54

Enver W. Painter, AAL ALC
1188 Bishop Street, Suite 2505
Honolulu, HI 96813

Invoice submitted to:
Carol J. Nelson and Michael Cetraro
75-5719 Alii Drive, #401
Kailua-Kona HI 96740

June 03, 2003

In Reference To:   Nelson v. Jones and Jones v. Nelson/Cetraro

Invoice # 10498

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/7/03 | Draft settlement letter to Jones | 0.70<br>200.00/hr | 140.00 |
| 5/9/03 | Review of files and draft Second Request for Answers to Interrogatories and for Production of Documents to Jones | 1.40<br>200.00/hr | 280.00 |
| 5/21/03 | Telephone call from Mike; review of correspondence to Jones re settlement; telephone call to Jones re status/settlement | 0.50<br>200.00/hr | 100.00 |
|  | For professional services rendered | 2.60 | $520.00 |
|  | HI 4.16% GE tax |  | $21.63 |
|  | Additional Charges : |  |  |
|  | Photocopies for May, 2003 |  | 10.50 |
|  | Postage costs for May, 2003 |  | 5.17 |
|  | Total costs |  | $15.67 |
|  | Interest on overdue balance |  | $437.28 |
|  | Total amount of this bill |  | $994.58 |
|  | Previous balance |  | $44,472.54 |
|  | Balance due |  | $45,467.12 |

Enver W. Painter, AAL ALC
1188 Bishop Street, Suite 2505
Honolulu, HI 96813


Invoice submitted to:
Carol J. Nelson and Michael Cetraro
75-5719 Alii Drive, #401
Kailua-Kona HI 96740


July 03, 2003

In Reference To:     Nelson v. Jones and Jones v. Nelson/Cetraro

Invoice # 10515


Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 6/27/03 Prepare for hearing re Plaintiff's Motion to Dismiss, appearance at hearing re same (Motion granted) and conference with Howard Gravelle afterwards | 1.50 200.00/hr | 300.00 |
| For professional services rendered | 1.50 | $300.00 |
| HI 4.16% GE tax | | $12.48 |
| Additional Charges : | | |
| Photocopies for June, 2003 | | 24.45 |
| Postage costs for June, 2003 | | 5.86 |
| Total costs | | $30.31 |
| Interest on overdue balance | | $452.64 |
| Total amount of this bill | | $795.43 |
| Previous balance | | $45,467.12 |
| Balance due | | $46,262.55 |

Enver W. Painter, AAL ALC
1188 Bishop Street, Suite 2505
Honolulu, HI  96813


Invoice submitted to:
Patricia Malloy-Stange
Keauhou Estates, Bank #3, Box #2
78-6809 Kuhinanui Street
Kailua-Kona HI 96740


July 03, 2003

In Reference To:     Roger C. S. Lin suit

Invoice # 10517

|  | Amount |
|---|---|
| Interest on overdue balance | $668.73 |
| Total amount of this bill | $668.73 |
| Previous balance | $67,801.39 |
| Balance due | $68,470.12 |

Enver W. Painter, AAL ALC
1188 Bishop Street, Suite 2505
Honolulu, HI 96813


Invoice submitted to:
Carol J. Nelson and Michael Cetraro
75-5719 Alii Drive, #401
Kailua-Kona HI 96740


August 04, 2003

In Reference To:    Nelson v. Jones and Jones v. Nelson/Cetraro

Invoice # 10530

|  | Amount |
|---|---|
| Interest on overdue balance | $461.85 |
| Total amount of this bill | $461.85 |
| Previous balance | $46,262.55 |
| 7/23/03 Payment - Thank You | ($6,300.00) |
| Total payments and adjustments | ($6,300.00) |
| Balance due | $40,424.40 |