IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CAROL J. NELSON, | ) | CV 01-00182 KSC |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| ROBERT ALAN JONES | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| ROBERT ALAN JONES | ) | |
| Counterclaimant, | ) | |
| vs. | ) | |
| | ) | |
| CAROL NELSON | ) | |
| Counterclaim Defendant | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on below date a true and correct copy of the foregoing was duly served upon the following individuals by hand delivery at the following address:

        ROBERT E. CHAPMAN
        MARY MARTIN
        700 Bishop Street, Suite 2100
        Honolulu, Hawaii 96813

DATED:   Honolulu, Hawaii, September 18, 2007

                                    _____
                                    ENVER W. PAINTER, JR.
                                    Attorney for Plaintiff/Counterclaim
                                    Defendant   CAROL J. NELSON