# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** Carol J. Nelson vs. Robert Alan Jones

**U.S. COURT OF APPEALS DOCKET NUMBER:** 07-16682

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** Civil No. 01-00182KSC

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 24 2007
DISTRICT OF HAWAII

II **DATE NOTICE OF APPEAL FILED:** September 13, 2007

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

**DOCKET FEE PAID ON:** 09/13/07    **AMOUNT:** $455.00

**NOT PAID YET:**    **BILLED:**

**U.S. GOVERNMENT APPEAL:**    **FEE WAIVED:**

**WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE:**    **& ATTACH COPY OF ORDER/CJA**

**WAS F.P. STATUS REVOKED:**    **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

---

**AMENDED NOTIFICATION** _____ **PAID** _____ **F.P.** _____

**DISTRICT COURT CLERK BY:** _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)