FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 11 2007

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

ENVER W. PAINTER, JR.   2525
1188 Bishop Street, Suite 2505
Honolulu, Hawaii 96813
Telephone: (808) 537-9777

Attorney for Plaintiff and
    Counterclaim/Defendant
    Carol J. Nelson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON,           ) | CV 01-00182 KSC |
|           ) | |
|      Plaintiff,     ) | |
| vs.           ) | STATEMENT OF CONSULTATION |
|           ) | RE: PLAINTIFF'S MOTION FOR |
| ROBERT ALAN JONES    ) | AWARD OF ATTORNEY'S FEES |
|           ) | and CERTIFICATE OF SERVICE |
|      Defendant.    ) | |
| _____ ) | |
|           ) | |
| ROBERT ALAN JONES    ) | |
|           ) | |
|      Counterclaimant,  ) | |
| vs.           ) | Bench Trial: |
|           ) | August 7, 2007 |
| CAROL NELSON      ) |     Magistrate Judge |
|           ) |     Kevin S. S. Chang |
|      Counterclaim   ) | |
|      Defendant.    ) | |
| _____ ) | |

STATEMENT OF CONSULTATION RE :
PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES

COMES NOW Plaintiff, Carol J. Nelson, by and through her undersigned counsel, and hereby submits this Statement of Consultation in compliance with LR54.3(b).

On September 18, 2007, Plaintiff Nelson file her Motion for Award of Attorney's Fees herein.  A statement of consultation was not field within the 14 days after the filing of the Motion because of the serial absences of the parties respective counsel from the Sate of Hawaii.  The Motion was therefore denied without prejudice with leave to refile same after submitting a statement of consultation.  Plaintiff therefore submits this Statement of Consultation and will subsequently refile her Motion for as Award of Attorney's Fees.

On December 6, 2007,  Plaintiff's undersigned counsel and Robert Chapman, lead counsel for Defendant Robert Alan Jones, conferred as required by LR54.3(b).   After consulting, counsel for the parties were unable to reach an agreement regarding the fees requested.  It is not believed that Defendant Jones will agree to any amount of fees and Nelson will therefore be submitting a motion for an award of same for the Court's consideration.

DATED:    Honolulu, Hawaii, December 11, 2007.

_____
ENVER W. PAINTER, JR
Attorney for Plaintiff
CAROL J. NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CAROL J. NELSON, | ) | CV 01-00182 KSC |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| ROBERT ALAN JONES | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| ROBERT ALAN JONES | ) | |
| Counterclaimant, | ) | |
| vs. | ) | |
| | ) | |
| CAROL NELSON | ) | |
| Counterclaim Defendant | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on below date a true and correct copy of the

foregoing was duly served upon the following individuals by U.S. Mail postage

prepaid at the following address:

ROBERT E. CHAPMAN
MARY MARTIN
700 Bishop Street, Suite 2100
Honolulu, Hawaii 96813

DATED:    Honolulu, Hawaii, December 11, 2007

_____
ENVER W. PAINTER, JR.
Attorney for Plaintiff/Counterclaim
Defendant CAROL J. NELSON