## A.   Case Development, Investigation and  Administration

| | | | |
|---|---|---|---|
| 8/27/01 | Telephone call from Charlie Heaukulani re status of condo case, representation of Cetraro/Nelson. | 0.40 200.00/hr | 80.00 |
| | Telephone call from Mike Cetraro re representation in condo case. | 0.50 200.00/hr | NO CHARGE |
| 8/31/01 | Telephone call from Mike Cetraro re representation/issues; telephone conference with Carol Nelson re representation, what she wants to accomplish in litigation, etc. | 0.60 200.00/hr | 120.00 |
| 9/12/01 | Telephone call from Alan Jones re my representation, payment of $1,000/month into trust account, etc. | 0.20 200.00/hr | 40.00 |
| | Review of Heaukulani's 09/10/01 letter and accompanying documents/pleadings. | 0.80 200.00/hr | 160.00 |
| 9/17/01 | Review of Judge Gillmore's Order dismissing counterclaim and telephone call from Charlie Heaukulani re same and re issues of possession. | 0.40 200.00/hr | 80.00 |
| 9/17/01 | Telephone call from Mike Cetraro re my telephone conference with Charlie Heaukulani, court's dismissal of counterclaim, Jones's offer to pay into client trust fund, etc. | 0.30 200.00/hr | 60.00 |
| 9/19/01 | Telephone call from Carol Nelson re accounting, Jones's payments, need to get possession. | 0.50 200.00/hr | 100.00 |
| | Review of pleadings/documents and correspondence files received from Heaukulani re possession issue. | 3.50 200.00/hr | 700.00 |
| 9/20/01 | Telephone call from Mike Cetraro re facts, trustee's preference action, how to proceed. | 0.80 200.00/hr | 160.00 |
| | Review of fax and deposition of Cetraro in Utah litigation, continue factual/legal research and analysis. | 2.80 200.00/hr | 560.00 |
| 9/21/01 | Continued review of files and began drafting of chronology with reference to exhibits and documents of Cetraro. | 1.70 200.00/hr | 340.00 |
| | Telephone call from Mike Cetraro re Dennis Lovell's affidavit, his deposition, and underlying facts, etc. | 0.20 200.00/hr | 40.00 |

Exhibit A

| Date | Description | Hours/Rate | Amount |
|------|-------------|------------|--------|
| 9/24/01 | Telephone call from Jeff Gross re Utah litigation as it effects Jones condo claims and Hawaii litigation. | 0.90 200.00/hr | 180.00 |
| | Continued research re facts, legal theories, and began draft a letter to Alan Jones re arrears. | 2.50 200.00/hr | 500.00 |
| 3/15/02 | Telephone call from Carol Nelson re status of case. (She said Jones is now running massage parlor out of apt. in violation of AOAO rules. | 0.20 200.00/hr | 40.00 |
| 4/4/02 | Telephone call from Mike Cetraro re various matters/court rulings/settlement, etc. | 0.40 200.00/hr | NO CHARGE |
| 4/15/02 | Telephone call from Mike Cetraro re Jones's payment/vacate Condo. | 0.20 200.00/hr | 40.00 |
| | Telephone call from Jean Hammond---Jones told her to send $1200 check today; review of letter from Jones and draft responding letter to Jones. | 0.50 200.00/hr | 100.00 |
| | Telephone conference with Carol Nelson re correspondence with Jones and what to do. | 0.40 200.00/hr | 80.00 |
| | Telephone call from Mike Cetraro re correspondence from Jones. | 0.10 200.00/hr | 20.00 |
| 8/9/02 | Review of letter from Alan Jones and telephone conference with David Lacy re same. | 0.30 200.00/hr | 60.00 |
| 8/10/02 | Telephone call from Carol Nelson re Jones and telephone call from Jean Hammond. | 0.70 200.00/hr | 140.00 |
| | Telephone call from Carol Nelson re telephone call from Jean Hammond, how to proceed. | 0.80 200.00/hr | 160.00 |
| | Telephone call from Alan Jones, began drafting letter to Jones; telephone call from Cetraro, review of faxes from Cetraro; telephone conference with Nelson; memo to file re telephone call from Hammond to Nelson; revise/fax letter to Jones. | 2.40 200.00/hr | 480.00 |
| 8/12/02 | Review of correspondence from Alan Jones to Lacy, letter to AOAO re complaints. | 0.40 200.00/hr | 80.00 |
| 12/10/02 | Telephone conference with Mike Cetraro re various matters, review of additional documents and pleadings to be filed with Court re Motion for Summary Judgment. | 1.00 200.00/hr | 200.00 |
| 12/11/02 | Review of documents/correspondence received from Mike Cetraro re license/franchise agreements/review of Lovell's deposition re sale of condo being contingent, rents, etc. | 1.10 200.00/hr | 220.00 |
| 1/23/03 | Review of files/calendar and draft e-mail to David Hisashima at US District Court re continuing pre-trial dates; review of e-mail from USDC and response to same. | 0.80 200.00/hr | 160.00 |
| 1/28/03 | Telephone call from Ty of R. A. Jones's office re three issues---see Memo to File, asked that he put any proposal in writing; telephone call to Cetraro and Nelson. | 0.50 200.00/hr | 100.00 |

12/8/05    Review of calendar and pleading re what needs to be done, TC to Bob Chapman/Mike Cetraro re same.

.3 hours

12/15/05   TC with Bob Chapman re trial by magistrate/further discovery etc.  TC with Mike Cetraro re same and how to proceed re trial/trial preparation etc.

.8 hours

12/20/05   Continued review of files re remaining causes of action, proof required etc. re pretrial statement and letter to Chapman re Notice of Cetraro deposition and Objection to same.  Review files re Jones continuing with litigation, previous dismissal of claims v Jones without prejudice, how to revive same etc..

3.7 hours

12/22/05   Review of Chapman letter re trial by magistrate, Review of files and draft letter to Chapman re trial by magistrate, remaining claims, Nelson reasserting dismissed claims and seeking costs and attorneys fees and global resolution of litigation between the parties re this property.  TC with Carol Nelson re same.

2.5 hours

12/28/05   Continue review of appeal files and pleading files re causes of action and what is left re trial before magistrate judge

1.4 hours

01/05/06   Review of Chapman proposed stip and certified question to Judge Gilmore. Review of appeal  and Motion for Summary Judgment files/pleadings files and draft letter to Chapman re same with  additional proposed undisputed facts and certified questions.

2.0 hours

01/09/06   Review/analysis of Chapman email re issues on appeal and claims/parties surviving in this action, review of appeal files re same and email to Chapman re same arguing why Jones Counterclaim is not apart  of this appeal and why Cetraro not a party, Cetraro's consent not needed re reference to magistrate judge.

1.8 hours

01/10/06   Draft letter to Nelson and Cetraro re issue regarding claims and parties remaining and discussion with Chapman re same.

1.0  hours

05/15/06          Draft letter to Carol Nelson re hearing and appearance required

                                                                                    .6 hours

05/24/06          TC to David Hashishima re Nelson physical appearance at Friday's hearing.  TC
                  from David re same and TC to Carl Nelson.  Review of withdrawal of Motion to
                  withdraw by Chapman and David email re hearing cancelled.  TC to Carol Nelson
                  re same.

                                                                                    1.0 hours

05/26/06          Review and respond to email from Court re Statue Conference with Judge Chang.

                                                                                    .2 hours

06/08/06          Review of email from Mary Martin re Stip and email in response to same (will not
                  stip to stay and waiver supercedes bond/ will stip to Rule 54(b) certification only).

                                                                                    .5 hours

06/12/06          Review and sign revised stip re Rule 54(b) Certification and email to Mary Martin
                  re same.

                                                                                    .3 hours

08/10/06          Review of Order dismissing Jones Appeal, review of files re status of pending
                  USDC litigation and review of files re statute of limits re Jones failure to pay rents
                  and draft letter to Cetraro and Nelson re dismissal of appeal and statute of limits
                  and payment of costs and attorneys fees.

                                                                                    1.0 hours

11/13/06          Review of proposed consent to trial by magistrate judge and forward same to
                  Carol Nelson with recommendation re consent.

                                                                                    .2 hours

12/19/06          Review email from Court re status conference, and draft email in response to
                  same, review of Chapman email re same.

                                                                                    .3 hours

01/10/07          Review of Chapman letter re Motion for Summary Judgment, expert witness
                  (appraiser).

                                                                                    .2 hours

01/11/07     Further analysis re Motion for Summary Judgment, Chapman letter etc., review of files pleadings re previous deadlines and issues to be presented at trial.  Draft letter to Chapman re Court order to meet and confer re dispositive motions/Jones proposed expert witness

1.7 hours

05/02/07     Review and respond to Mary Martin email re appearance of parties at May 9th Settlement conference.

.2 hours

05/03/07     Review and respond to additional email from Mary Martin re Settlement Conference.

.2 hours

05/04/07     Review of Pleadings re preparation for settlement conference, analysis re what Jones is offering and arguments as to why he is not entitled to anything, failure to post bond on appeal, appellate ruling etc.

1.1 hours

05/09/07     research re letter Jones is relying on as tender of purchase price, etc.  (Letter written 1/18/01 and not a tender or offer to cure, also a letter written 3/2/01 also not a tender or cure, Jones demanding transfer of title but admits payments not made, failure of consideration etc.

1.5 hours

05/10/07     Continue research re tender and redemption and TC to Carol Nelson re my research re same.

1.2 hours

05/30/07     TC from Mike Cetraro re trial. How to proceed, any way to resolve and package of additional info he sent to me.  Review of info received from Cetraro and analysis re how to settle/get rid of Jones case.

2.2 hours

06/14/07     TC from Court re status conference tomorrow and waiver of jury trial.  Review of prior pleadings/email  re waiver of jury trial.  (did not find any but remember Mary Martin advising that Jones agreed to proceed with non jury trial)

1.3 hours

06/27/07          Review of Court minutes re Pretrial Conf and draft email to Carol Nelson and
                  Mike Cetraro re same.

                                                                              .4 hours

**Total hours for Case Development,
Investigation and Administration**                              **53.5 hours**


## B.   Pleadings

| | | | |
|---|---|---|---|
| 11/13/01 | Review of Jones's Second Amended Counterclaim and began drafting answer to same; compare with Answer filed 04/25/01; research re Motion to Strike. | 1.00 200.00/hr | 200.00 |
| 11/15/01 | Continue review/drafting of Answer to Second Amended Counterclaim. | 1.10 200.00/hr | 220.00 |
| | Research re Motion to Strike and draft memorandum to file re same (determined that filing was timely pursuant to September 8 Order and Rule 6(e), F.R.C.P.) | 0.50 200.00/hr | 100.00 |
| 1/8/02 | Draft Cetraro & Nelson confidential settlement conference statement. | 1.00 200.00/hr | 200.00 |
| 8/19/02 | Draft confidential settlement conference statement. | 0.50 200.00/hr | 100.00 |
| 1/6/03 | Review of files, prior settlement conference statement and draft settlement conference statement. | 1.10 200.00/hr | 220.00 |
| 1/7/03 | Telephone call from Mike Cetraro re settlement conference, other matters, began draft of Pretrial Statement and letter to Jones re settlement conference, production of documents, depositions. | 1.70 200.00/hr | 340.00 |
| | Conference with Raynette Tashiro re setting up pretrial statement, review of pleadings and began revisions to same. | 1.10 200.00/hr | 220.00 |
| 1/8/03 | Continue research and drafting of Pretrial Statement. | 2.80 200.00/hr | 560.00 |
| 2/12/03 | Telephone call from David Hisashima re Motion for Summary Judgment Order--remaining claims, etc.; review of Jones's Ex Parte Motion to Continue Trial Date; telephone call from David Hisashima re Gravelle's Motion for 90-day continuance of all dates (to be faxed to us this evening) and hearing on same; review of Heakulani's Complaint and our Motion for Summary Judgment re remaining claims; telephone conference with David Hisashima and Howard Gravelle re Motion to Continue, hearing re same, remaining claims, etc.; telephone conference with Mike Cetraro re same; conference call with Mike Cetraro and Carol Nelson. | 3.00 200.00/hr | 600.00 |

| Date | Description | Hours / Rate | Amount |
|---|---|---|---|
| 2/13/03 | Review of motion from Gravelle; conference with Mike Cetraro; appearance at hearing on Motion to Continue, etc. | 2.20 200.00/hr | 440.00 |
| 2/14/03 | Review of prior settlement conference statements/conference with Mike Cetraro and appearance at settlement conference. | 1.00 200.00/hr | 200.00 |
| 2/21/03 | Review of Court Order re Motion for Summary Judgment; telephone call from Cetraro re same; draft letter to Krening. | 0.80 200.00/hr | 160.00 |
| | Draft Statement of No Position re Jones's Motion to Continue Trial Date and telephone call to Krening re Jones's settlement position. | 0.80 200.00/hr | 160.00 |
| 3/18/03 | Review of Jones's response to Order to Show Cause; draft letter to Jones re Motion for Certification and re settlement. | 0.70 200.00/hr | 140.00 |
| 3/19/03 | Review of Court Minute Order re Order to Show Cause. | 0.20 200.00/hr | NO CHARGE |
| 3/22/03 | Review of Jones's Memo re Rule 54 certification and began research re memo in opposition to same. | 1.50 200.00/hr | 300.00 |
| 3/24/03 | Review/analysis and research and draft Memo in Opposition to Jones's Motion for Rule 54(b) certification. | 3.00 200.00/hr | 600.00 |
| 4/14/03 | Review of Order denying Jones's Rule 54(b) motion | 0.20 200.00/hr | 40.00 |

| | | | |
|---|---|---|---|
| 04/09/07 | Review of USDC Local Rules re Settlement Conference Statement and draft of same. Review settlement letter from Chapman for Jones. | | 3.6 hours |
| | Began draft of Nelson pretrial statement, review of prior research re Jones defenses /claims. | | 1.6 hours |
| 06/16/07 | Continue drafting of Pretrial Statement. | | .8 hours |
| 06/18/07 | Additional research re Jones claims/defenses/damages and continue drafting of Nelson Pretrial statement. | | 2.4 hours |
| 06/19/07 | Continue research, document review and review of prior pleadings and finish drafting of Nelson Pretrial Statement. | | 4.0 hours |

**Total hours for Pleadings**                                    **36.4 HOURS**

## C.    Written Discover

| | | |
|---|---|---|
| 9/12/02  Review of discovery requests from Jones and began drafting responses. | 1.80<br>200.00/hr | 360.00 |
| 9/16/02  Telephone call from Mike Cetraro re various matters. | 0.20<br>200.00/hr | 40.00 |
| Draft answers to Jones's request for admissions, response to request for production of documents to Nelson and Cetraro; and review of Concise Statement of Facts and Memo in Opposition re Shelby's Motion for Summary Judgment. | 2.00<br>200.00/hr | 400.00 |
| 9/18/02  Telephone call from Bill Bordner re Jones's discovery requests/attorney-client privilege issues, discovery, scheduling, etc. | 0.60<br>200.00/hr | 120.00 |
| 9/20/02  Telephone conference with Bill Bordner re discovery/Shelby production of documents, trip to Bordner's office to review same. | 2.00<br>200.00/hr | 400.00 |
| 11/20/02  Review of documents and Jones's request for documents; get documents and send to Jones. | 1.50<br>200.00/hr | 300.00 |
| Telephone call to Jones re Nelson deposition; telephone call to Bill Bordner re DCSF and their settlement. | 0.30<br>200.00/hr | 60.00 |
| Draft letter to Jones re Nelson's deposition/review of faxes received from Cetraro. | 0.70<br>200.00/hr | 140.00 |
| 11/21/02  Review of Alan Jones's answers to interrogatories and review of deposition/testimony referenced in answers. | 0.80<br>200.00/hr | 160.00 |
| 11/22/02  Review of correspondence from Jones re deposition and draft letter to Jones re same. | 0.30<br>200.00/hr | 60.00 |
| 5/9/03  Review of files and draft Second Request for Answers to Interrogatories and for Production of Documents to Jones | 1.40<br>200.00/hr | 280.00 |

**Total hours for Written Discovery**                                     **11.6  hours**

## D.    Depositions

| | | |
|---|---|---|
| 7/24/02  Telephone call to Jones re his taking/scheduling depositions; telephone call to Nelson/Cetraro re same; telephone call from Mike Cetraro re various matters/review of fax received from Cetraro. | 0.50<br>200.00/hr | 100.00 |
| Telephone call from Alan Jones re deposition schedules, etc. | 0.20<br>200.00/hr | 40.00 |
| 7/25/02  Telephone call to Carol Nelson re deposition/trip to Kona; telephone call from Cetraro re keys to Condo/trip to Big Island. | 0.40<br>200.00/hr | 80.00 |
| 7/29/02  Review of notice of depositions received from Jones and do notice of depo to Jones. | 0.20<br>200.00/hr | 40.00 |
| 10/7/02  Telephone call from Carol Nelson re dates, etc. | 0.10<br>200.00/hr | 20.00 |
| Revise three responses to Jones's discovery requests and our request for answers to interrogatoy and production of documents to Jones. | 2.10<br>200.00/hr | 420.00 |
| 10/10/02  Draft letter to Jones re Nelson/Cetraro depositions. | 0.40<br>200.00/hr | 80.00 |

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 10/29/02 | Telephone call from Bill Bordner re Shelby depo, attorney/client privilege issues, etc. | 0.30 200.00/hr | 60.00 |
| 10/31/02 | Review of Jones's correspondence re depositions, review prior correspondence re same and draft letter to Jones. | 0.80 200.00/hr | 160.00 |
| 11/1/02 | Review of correspondence from Jones re depositions and check rules re Jones's assertion re his deposition. | 0.40 200.00/hr | 80.00 |
| 11/4/02 | Review of Jones's Motion to Extend Discovery Cutoff and Ex Parte Motion re Cetraro's deposition, review of files re same and draft letter to Jones re same. | 1.20 200.00/hr | 240.00 |
| 11/5/02 | Review letter from Bill Bordner to Jones re production of documents and telephone call to Court re Motion to Extend Discovery Cutoff. | 0.20 200.00/hr | 40.00 |
| 11/6/02 | Review of correspondence from Alan Jones, draft letter to Jones re his deposition, review of documents re Jones's request for production of documents from Mike Cetraro. | 1.80 200.00/hr | 360.00 |
| | Review of reply from Jones with attachment of deposition transcript. | 1.00 200.00/hr | 200.00 |
| | Review of order denying Jones's ex parte motion to compel deposition of Cetraro in Hawaii and order granting motion to extend discovery cutoff. | 0.30 200.00/hr | 60.00 |
| 11/8/02 | Review of files re production of documents; telephone call to Dennis Lovell re facts/his deposition--memo to file re same; conference with RT (paralegal) re Notice of Taking Deposition of Dennis Lovell; telephone conference with Bill Bordner re Jones/Bilanzich settlement agreement. | 1.40 60.00/hr | 84.00 |
| 11/14/02 | Review of correspondence re depositions, outline of Lovell/Jones depositions and continue documents review re production of documents; telephone conference with Sandy at Jones's Office re depositions, documents production, etc. | 1.80 200.00/hr | 360.00 |
| 11/15/02 | Continue documents review/Jones's statement of facts re our Motion for Summary Judgment; telephone call to Bill Bordner re Shelby deposition; review of documents received from Mike Cetraro and Bill Bordner. | 1.50 200.00/hr | 300.00 |
| 11/16/02 | Review of letter from Jones re depositions/documents production and review of files re documents requested. | 0.70 200.00/hr | 140.00 |
| 11/17/02 | Draft letter to Jones re his letter and depositions/production of documents; telephone conference with Carol Nelson re same; telephone conference with Carol Nelson re request for production of documents. | 1.50 200.00/hr | 300.00 |
| 11/18/02 | Draft letter to Nelson re production of documents; telephone call from Sandra of Jones's office re depositions/production of documents. | 1.10 200.00/hr | 220.00 |
| | Telephone call from Sandra at Jones's office re depositions; telephone call from Mike Cetraro re documents faxed; telephone conference with Carol Nelson re deposition; review of documents received from Cetraro, review of files, prepare for Lovell's deposition. | 3.80 200.00/hr | 760.00 |
| 11/19/02 | Telephone conference with Mike Cetraro re deposition; telephone conference with Dennis Lovell re deposition; prepare documents re deposition; continue preparation for deposition; trip to Kona; attend deposition of Dennis Lovell. | 9.00 200.00/hr | 1,800.00 |

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 11/23/02 | Began documents assembly and review in preparation for Nelson's deposition. | 0.90 200.00/hr | 180.00 |
| | Continue documents review; telephone conference with Nelson re trip/deposition, pack documents for trip. | 2.70 200.00/hr | 540.00 |
| 11/24/02 | Trip to Big Island and conference with Carol Nelson re preparation for deposition. | 2.50 200.00/hr | NO CHARGE |
| 11/25/02 | Appearance at Nelson's deposition on Big Island. | 8.00 200.00/hr | 1,600.00 |
| 12/12/02 | Telephone call from Jones's office re Mike Cetraro's deposition being canceled; telephone call to Mike Cetraro re same. | 0.10 200.00/hr | 20.00 |
| | Telephone call from Mike Cetraro re deposition/Motion for Summary Judgment; draft letter to Jones re outstanding discovery. | 0.80 200.00/hr | 160.00 |

**Total hours for Depositions**                                    **38.5 hours**

## E.    Motions Practice

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 9/25/01 | Continued research and drafting re motion for summary judgment. | 1.80 200.00/hr | 360.00 |
| 9/26/01 | Continued research and drafting of motion for summary judgment. | 1.80 200.00/hr | 360.00 |
| 9/27/01 | Continue research/drafting of motion for summary judgment/declarations, etc. | 4.50 200.00/hr | 900.00 |
| 9/28/01 | Continue research/documents review and analysis/drafting of Declaration of Mike Cetraro and Motion for Summary Judgment. | 2.80 200.00/hr | 560.00 |
| 11/1/01 | Review of Cetraro's declaration as per telephone call from Cetraro. | 0.20 200.00/hr | 40.00 |
| 11/2/01 | Telephone call from Mike Cetraro re Motion for Summary Judgment and other matters and draft position statement re Bilanzich/Gross Motion to Dismiss. | 0.40 200.00/hr | 80.00 |
| 11/5/01 | Review of Bilanzich/Gross Reply Memorandum. | 0.40 200.00/hr | 80.00 |
| 11/6/01 | Draft proposed declaration of Bilanzich and e-mail to Jeff Gross re same. | 0.70 200.00/hr | 140.00 |
| | Telephone conference with Jeff Gross re same. | 0.40 200.00/hr | 80.00 |

| | | | |
|---|---|---|---|
| 11/13/01 | Telephone conference with Mike Cetraro re his declaration, changes to same. | 0.50 200.00/hr | 100.00 |
| | Review of letter faxed by Mike Cetraro. | 0.30 200.00/hr | 60.00 |
| 11/16/01 | Telephone call to Charlie Heaukulani re Jones's letter and Motion for Summay Judgment. | 0.40 200.00/hr | 80.00 |
| 11/20/01 | Telephone conference with Mike Cetraro re Motion for Summary Judgment and other matters. | 0.20 200.00/hr | 40.00 |
| 11/21/01 | Research/analysis re Motion for Summary Judgment, incorporating Second Amended Counterclaim counts in Motion for Summary Judgment. | 1.10 200.00/hr | 220.00 |
| 11/29/01 | Continue research/draft of Motion for Summary Judgment; review Heaukulani's Motion to Dismiss/analysis re same, etc.; continue drafting of Motion for Summary Judgment. | 2.70 200.00/hr | 540.00 |
| 12/3/01 | Review of Shelby's Motion to Dismiss. | 0.40 200.00/hr | 80.00 |
| 12/4/01 | Continue research, review of files, drafting of Motion for Summary Judgment. | 1.60 200.00/hr | 320.00 |
| | Continue research and drafting of Motion for Summary Judgment. | 3.50 200.00/hr | 700.00 |
| 12/5/01 | Continue review of facts/files/research re Motion for Summary Judgment and telephone conference with Mike Cetraro re same; review of fax received from Cetraro. | 1.20 200.00/hr | 240.00 |
| 12/6/01 | Continue research and drafting re Motion for Summary Judgment. | 1.40 200.00/hr | 280.00 |
| | Continue research/drafting of Motion for Summary Judgment. | 0.80 200.00/hr | 160.00 |
| 12/7/01 | Continue research/drafting of Motion for Summary Judgment, Declaration of Carol Nelson, etc. | 3.00 200.00/hr | 600.00 |
| 12/7/01 | Telephone conference with Carol Nelson re her Declaration and her understanding of the transaction. | 1.20 200.00/hr | 240.00 |
| 12/10/01 | Revise Nelson's Declaration, review of letter from Jones, draft transmittal to Nelson and telephone conference with Charlie Heaukulani re Jones's letter and offer of judgment ($100.00). | 1.50 200.00/hr | 300.00 |
| | Telephone conference with Ed Lee re Jones's letter re scheduling depositions. | 0.20 200.00/hr | 40.00 |
| | Telephone conference with Carol Nelson re her declaration and make revisions to same, fax to Carol. | 0.60 200.00/hr | 120.00 |

| Date | Description | Hours / Rate | Amount |
|---|---|---|---|
| 12/11/01 | Telephone conference with Mike Cetraro re Nelson's Declaration and various provisions of the Letter of Intent, revise Declaration and continue research/drafting re Motion for Summary Judgment. | 2.80 200.00/hr | 560.00 |
| | Revise letter to Jones re depositions/review of Jones's correspondence re same. | 0.20 200.00/hr | 40.00 |
| 12/12/01 | Revise Nelson's Declaration, telephone conference with Carol Nelson re same. | 1.40 200.00/hr | 280.00 |
| | Revise Nelson's Declaration as per telephone conference with Carol Nelson; research re Trustee's rejection of License Agreement. | 0.90 200.00/hr | 180.00 |
| 12/13/01 | Revise Declaration of Nelson, telephone conference with Carol Nelson re revisions, final draft of Declaration. | 1.20 200.00/hr | 240.00 |
| | Began revision, re-drafting re Memorandum in Support of Motion for Summary Judgment--lost on computer. | 3.00 200.00/hr | NO CHARGE |
| 12/21/01 | Telephone call from Mike Cetraro re Nelson Declaration/Motion for Summary Judgment. | 0.20 200.00/hr | 40.00 |
| 1/12/02 | Continue review of files, research and drafting of Motion for Summary Judgment, etc. | 2.50 200.00/hr | 500.00 |
| 1/14/02 | Continue research, drafting, revision of Motion for Summary Judgment. | 5.80 200.00/hr | 1,160.00 |
| 1/15/02 | Continue drafting of Motion for Summary Judgment/Concise Statement of Facts, etc. | 3.30 200.00/hr | 660.00 |
| 1/18/02 | Telephone call from Mike Cetraro re settlement conference statement, Motion for Summary Judgment, DCCA cease and desist. | 0.30 200.00/hr | 60.00 |
| 1/28/02 | Telephone call to US District Court re settlement conference, etc.; telephone call to Cetraro re same. | 0.20 200.00/hr | 40.00 |
| 1/29/02 | Review of Jones's Motion to Continue Settlement Conference; telephone call to Court re same. | 0.20 200.00/hr | 40.00 |
| 3/31/02 | Review/analysis of Jones's Opposition to Motion for Summary Judgment, research/analysis re same. | 2.00 200.00/hr | 400.00 |
| 4/17/02 | Telephone call from Jeff Gross---research re his theories, conference call with Jeff Gross and Bob Shelby re Motion to Dismiss, adding Cetraro/Nelson in Utah District action, etc. | 0.90 200.00/hr | 180.00 |
| | Research re motion re executory contracts/foreclosure. | 0.90 200.00/hr | 180.00 |

| | | | |
|---|---|---:|---:|
| 4/25/02 | Telephone conference with Carol Nelson re Condo--how to proceed, Gross/Shelby theory and motion. | 0.50 200.00/hr | 100.00 |
| | Review of pleadings received from Gross re Bilanzich v. Jones/review of cases re assignment/rejection of executory contracts received from Gross. | 1.10 200.00/hr | 220.00 |
| 7/11/02 | Review/analysis of Bilanzich/Gross and Robert Shelby's Motions for Summary Judgments; review of Jones's Deposition and documents attached to Motions for Summary Judgments. | 2.50 200.00/hr | 500.00 |
| 7/12/02 | Continue review of Motion for Summary Judgment; review/analysis of outline/draft of Nelson/Cetraro Motion for Summary Judgment; telephone call to David Lacy re Jones's deposition and send parties of same to Lacy with transmittal. | 1.50 200.00/hr | 300.00 |
| 7/15/02 | Research and draft Motion to Extend Time re Motion for Summary Judgment. | 2.50 200.00/hr | NO CHARGE |
| | Continue review/analysis of two motion for summary judgments filed and deposition of Jones re Nelson/Cetraro Motion for Summary Judgment. | 1.80 200.00/hr | 360.00 |
| 7/23/02 | Continue review of Bilanzich's Motion for Summary Judgment and continue research/drafting of Cetraro/Nelson Motion for Summary Judgment. | 1.80 200.00/hr | 360.00 |
| | Continue research/analysis/drafting re motion for summary judgment. | 1.20 200.00/hr | 240.00 |
| | Continue revision/analysis drafting re motion for summary judgment, review of Jones's deposition, collect materials re trip to Big Island. | 1.20 200.00/hr | 240.00 |
| | Continue review/analysis re motion for summary judgment/meeting with Mike Cetraro and Carol Nelson re facts/motion for summary judgment/how to proceed, etc. | 4.00 200.00/hr | 800.00 |
| | Continue research/drafting re motion for summary judgment 2. | 1.80 200.00/hr | 360.00 |
| 8/13/02 | Telephone call from David Hisashima at USDC; review of ex parte application for TRO; began analysis re response. | 200.00/hr | NO CHARGE |
| | Continue analysis, review of files and began drafting memo in opposition to Jones's TRO. | 2.40 200.00/hr | 480.00 |
| 8/14/02 | Telephone call from David Hisashima of USDC re TRO motion, motion to file dispositive motions; review of memo in support of ex parte application for TRO and affidavits/exhibits attached received from Jones; telephone conference with David Lacy re same. | 1.50 200.00/hr | 300.00 |
| 8/14/02 | Telephone conference with David Lacy re withdrawal of TRO; telephone conference with David Hisashima re withdrawal of TRO. | 0.30 200.00/hr | 60.00 |
| | Research re interference with prospective economic advantage, analysis of case laws and facts of this case. | 0.80 200.00/hr | 160.00 |
| 8/17/02 | Continue research/drafting of motion for summary judgment re Complaint/Second Amended Counterclaim. | 3.90 200.00/hr | 780.00 |
| | Continue drafting of motion for summary judgment 2 and Concise Statement of Facts. | 6.00 200.00/hr | 1,200.00 |
| | Telephone call to Carol Nelson re depositions, settlement conference; telephone call from Mike Cetraro re telephone conference with Carol Nelson. | 0.30 200.00/hr | 60.00 |

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 8/20/02 | Drafting of Concise Statement, continue research re conspiracy/conversion and drafting of motion for summary judgment. | 3.80 200.00/hr | 760.00 |
| 8/21/02 | Continue drafting Concise Statement/motion for summary judgment, research re same. | 3.20 200.00/hr | 640.00 |
| 8/23/02 | Continue research/analysis and drafting re motion for summary judgment. | 3.20 200.00/hr | 640.00 |
| 8/26/02 | Continue research re motion for summary judgment, Counterclaim counts, and drafting of Concise Statement of Facts and Motion for Summary Judgment. | 3.50 200.00/hr | 700.00 |
| 8/27/02 | Continue research/drafting/revisions to Motion for Summary Judgment/Concise Statement of Facts. | 3.80 200.00/hr | 760.00 |
| 8/28/02 | Continue drafting/revision of Concise Statement of Facts and Motion for Summary Judgment; telephone call from Mike Cetraro; conference call with Mike Cetraro and Noel Hyde. | 2.30 200.00/hr | 460.00 |
| 8/30/02 | Telephone call from Court re Concise Statement; review of Local Rules and Judge Gillmor's memo re concise statement and redraft Concise Statement of Facts. | 1.60 200.00/hr | NO CHARGE |
| 9/11/02 | Review of Minute Order re Motion for Summary Judgment, re calendar | 0.30 200.00/hr | NO CHARGE |
| 9/25/02 | Preliminary review of Jones's Opposition to Motion for Summary Judgment and Jones's Concise Statement of Facts. | 1.20 200.00/hr | 240.00 |
| 9/25/02 | Review of Jones's Preliminary Injunction Motion and began drafting Memorandum in Opposition to same, draft fax transmittal to Heaukulani re conspiracy admission. | 0.80 200.00/hr | 160.00 |
| 9/26/02 | Continue research, review and drafting of Memorandum in Opposition to Motion for Preliminary Injunction; telephone conference with Carol Nelson re same; continue review of files and drafting of Memorandum in Opposition re Motion for Preliminary Injunction. | 6.00 200.00/hr | 1,200.00 |
| 9/27/02 | Finalize Memorandum in Opposition to Motion for Preliminary Injunction, review of Jones's letter re same and re hearing date; telephone call to Jones re same (left message). | 0.70 200.00/hr | 140.00 |
| 9/30/02 | Continued review of Jones's opposition to Motion for Summary Judgment and began drafting reply memo. | 2.20 200.00/hr | 440.00 |
| 10/1/02 | Review of Jones's Fourth Amended Notice of Deposition and Ex Parte Motion to Continue Hearing on Motion for Summary Judgment and trial. | 0.20 200.00/hr | 40.00 |
| 10/2/02 | Continue research/drafting of Reply Memorandum. | 2.60 200.00/hr | 520.00 |
|  | Telephone conference with David at U.S. District Court re rescheduling, hearings re Motion for Summary Judgment, Preliminary Injunction, and trial. | 0.20 200.00/hr | 40.00 |
| 10/3/02 | Continue drafting Reply Memorandum re Motion for Summary Judgment; telephone conference with Mike Cetraro re same; telephone call to Carol Nelson re her Declaration; draft Declaration of Nelson and continue drafting Reply Memorandum re Motion for Summary Judgment. | 6.80 200.00/hr | 1,360.00 |

| | | | |
|---|---|---|---|
| 10/4/02 | Complete/finalize Reply Memorandum re Motion for Summary Judgment. | 1.40<br>200.00/hr | 280.00 |
| 10/7/02 | Review of Shelby's reply memo--how applicable to conspiracy claims against Nelson/Cetraro. | 0.20<br>200.00/hr | 40.00 |

02/02/06     Review of Jones Motion re remaining issues/parties filed 1/24 and began research/review of pleading/appellate briefs etc re drafting opposition/response to same.

2.5 hours

02/07/06     Continue review of files and research and drafting of Nelson Memorandum re issues and parties on remand.

6.0 hours

02/08/06     Review and revise memo re issues/parties on remand and draft declaration of EWP in support of same.

2.4 hours

02/24/06     Review of files and pleading filed regarding issues remanded by Ninth Circuit and preparation for hearing/conference re same with Judge Gilmore.  Appearance at hearing with Judge Gilmore re issues on remand and how to proceed with case. TC with Carol Nelson and Mike Cetraro re same and re what's next.

1.5 hours

04/10/06     Review of Jones supplemental statement re position as to clarification re issues and claims remaining after appeal, Court's minute order re February 24th hearing on Jones motion re same   and draft Nelson/Cetraro memorandum in response to Jones supplemental pleading

1.5 hours.

04/27/06     Review of Judge Gilmore order re Jones Motion for Clarification as to claims and parties.

.4 hours

05/12/06     Review documents re Jones appeal and re Motion to W/Draw as Counsel and TC from Court re same and re hearing before Judge Gilmore.

.8 hours

01/09/07     Review of pleadings in USDC case and 9th Cir Appeal cases re analysis re Motion for Summary Judgment on remaining issues in USDC case.

1.0 hours

| 01/22/07 | Review/analysis of Jones Mot for leave to name expert witness appraiser. Research re law/arguments made therein. TC with Carol Nelson re sale of condo etc. Review of files re documents, relevant dates re proceedings and Jones transfers of condo | |
|---|---|---|
| | | 2.6 hours |
| 01/23/07 | Continue analysis re Jones Motion to name expert and began drafting of memo in opposition to same | |
| | | 1.2 hours |
| 01/26/07 | Continue drafting/document review and research re Jones motion to name expert witness | |
| | | 2.5 hours |
| 01/29/07 | Finish drafting of Memo in Opposition to motion to name expert witness, check all exhibits etc, final document | |
| | | 2.0 hours |
| 02/02/07 | Prep and Appearance re hearing on Jones Mot to name expert witness. | |
| | | 1.0 hours |

**Total hours for Motions**                                                **163.9 hours**

## F.    Attending Court Hearings

| 3/5/02 | Appearance at status conference with Judge Kobayashi. | 0.80 200.00/hr | 160.00 |
|---|---|---|---|
| 4/1/02 | Continue review/analysis and appearance at hearing on various matters, Plaintiff's Motion for Summary Judgment; telephone conference with Carol Nelson re same. | 3.00 200.00/hr | 600.00 |
| 5/6/02 | Appearance of Renewed Rule 16 Scheduling Conference. | 1.00 200.00/hr | 200.00 |
| 5/13/02 | Telephone call from Carol Nelson re Rule 16 Scheduling Order. | 0.20 200.00/hr | 40.00 |

| Date | Description | Hours/Rate | Amount |
|---|---|---|---|
| 9/23/02 | Prepare for hearing, appearance at Status Conference; draft letter in response to Jones's letter re preliminary injunction. | 2.40 200.00/hr | 480.00 |
| 12/4/02 | Review of all relevant pleadings and began outline of arguments re Motion for Summary Judgment/fees re Motion for Preliminary Injunction; review of Nelson's deposition transcript. | 1.20 200.00/hr | 240.00 |
| 12/5/02 | Continue preparing for hearing re Motion for Summary Judgment; appearance at hearing on Motion for Summary Judgment. | 3.50 200.00/hr | 700.00 |
| | Telephone call from Carol Nelson re hearing on Motion for Summary Judgment. | 0.50 200.00/hr | 100.00 |
| | Get documents--letter of intent, amortization schedules, and Exhibit IB to Nelson's deposition, and draft letter to Judge Gillmor re same. | 0.70 200.00/hr | 140.00 |
| | Telephone conference with Mike Cetraro re today's hearings/depositions/settlement conference. | 0.50 200.00/hr | 100.00 |
| 1/14/03 | Telephone call from Warren at US District Court re Pretrial Conference; review Pretrial Statement/Settlement Conference Statement. | 0.80 200.00/hr | 160.00 |
| | Conference with Mike Cetraro and Carol Nelson and appearance at Settlement Conference and Pretrial Conference. | 2.50 200.00/hr | 500.00 |
| 2/24/03 | Prepare and appearance re status conference re settlement. | 0.80 200.00/hr | 160.00 |
| | Telephone call from Mike Cetraro re today's status conference, etc. | 0.30 200.00/hr | 60.00 |
| 3/6/03 | Telephone call to Gravelle re settlement and draft Ex Parte Motion for Writ of Possession. | 1.20 200.00/hr | 240.00 |
| 3/7/03 | Telephone call to Gravelle and Krening; appearance at hearing re status of settlement; telephone call to Mike Cetraro re same | 1.40 200.00/hr | 280.00 |

1/3/06        Preparation for status conference before Judge Kobayashi and appearance re status conference before Judge Kobayashi and continued status conference before Judge Chang and conference with Bob Chapman re same and how to proceed so as limit issues/claims etc re April trial and to insure the reference to Magistrate is sound and that trial before magistrate is authorized. Draft letter to Nelson and Cetraro re same.

                                                        2.0 hours

05/31/06      Appearance at status conference with Judge Chang and review of minute order re same.  TC to Carol Nelson and left message re same.

                                                        1.0 hours

01/05/07          Appearance at Status/Scheduling Conference before Magistrate Judge Chang

                                                                        .8 hours

05/09/07          Appearance at settlement conference and TC with Carol Nelson afterwards.

                                                                        1.0 hours

06/15/07          Appearance at status conference before Magistrate Judge Chang.

                                                                        .5 hours

06/26/07          Prep for and appearance at Pretrial Conference.

                                                                        1.0 hours


**Total hours for Attending Court Hearings**                           **27.1 hours**




## G.    Trial Preparation and Attendance


01/12/07          Continue review of files re issues/exhibits at trail and Jones proposed Motion re
                  expert witness appraiser.

                                                          .8 hours

02/02/07          Began analysis, document review re need for Nelson to name expert, issues at trial
                  and exhibits to be used, depos previously taken and pleadings, stipulated facts and
                  discover re trial issues/proceedings.

                                                          2.5 hours

02/05/07          Continue document review etc re proof of trial issues, need for expert re value of
                  condo etc.  Review old files re Nelson/Cetraro/Lovell and Jones Depos etc.

                                                          4.8 hours

02/06/07          Continue document review re claims, evidence etc., review of depo transcripts and
                  identify missing transcripts, began putting together trial exhibits.

                                                          2.0 hours

02/07/07

Continue getting trial exhibits, identify issues, proof at trial.

1.2 hours

02/09/07

TC with Mike Cetraro re how to proceed, settlement possibilities, issues and proof, need for copies of Jones 7/2/02 depo.  Will meet in Kona to discuss further.  Continue review of documents re evidence, exhibits etc, review of two prior Motion for Summary Judgment re chronology of events, exhibits etc.

3.2 hours

02/12/07

Continue research re issues, law re restitution A/S and equity etc.  How damages calculated as set forth by ICA in Gomez v. Pagaduan, etc. proof of same etc.

2.8 hours

02/13/07

Continue document review/research re proof of damages/trail issues and exhibits.

1.2 hours

03/10/07

Review of Jones expert appraiser report and draft letter to Carol Nelson and Mike Cetraro re same with recommendations.

1.2 hours

03/28/07

Conference with Mike Cetraro and Carol Nelson (1:30 - 4:00 p.m.) re case/trial/options/ how to proceed etc .

2.5 hours

03/29/07

Review of documents provided by Mike Cetraro yesterday re Jones pleading/arguments in BACC v. BACC Partnership and appeal from USDC in Utah.  Review of documents previously collected and research performed in effort to frame issues for trial re Jones "damages" and Nelson right to retain all payments made , authorities re Jones right to "benefit of bargain" i.e. value of condo at some later date after his default, failure to stay sale pending appeal as intervening cause etc...

2.8 hours

07/05/07

Review of documents re Bilanzich/Gross testimony re issue of failure of consideration re license agreement and credits etc...  Review scheduling order and identify exhibits re exchange of exhibits due next week.

2.2 hours

07/06/07

Continue review of exhibits, trial prep re issue of failure of consideration/condition precedent, review of Nelson and Lovell depo transcripts re same.

2.8 hours

07/09/07

Mark trial exhibits, continue getting exhibits from files, review of issue in controversy, proof of same, Jones exhibit list and need to have exhibits identified or ready for rebuttal of same.  TC from Mike Cetraro re import of my email to him re anticipated Bilanzich/Gross testimony. Review of Depo transcript of Dennis Livell, get and mark additional trail exhibits, get and review trail testimony, depositions  in  Utah case.

6.2 hours

07/10/07

Review Dennis Lovell Depo transcript, Declaration of Nelson in support of Motion for Summary Judgment, finish getting trial exhibits, get package ready for delivery to Chapman/Martin and draft letter to Chapman./Martin re same. Review of Jones trail exhibits received from Mary Martin, review of calendar re things to do pretrial.  Additional research re damages, Jones allegation of $400K in damages, date of breach, etc...

6.2 hours

07/11/07

Review and respond to Mike Cetraro email re Gross/Bilanzich possible testimony.  Continued review /research re breach/damages issues and began drafting of pretrial brief, research re possible objections to Jones proposed trial exhibits, expert appraisals etc..., review of documents re time line and direct examination of Nelson, Cetraro etc..

4.8 hours

07/12/07

Continue review of pleadings, discovery requests, Nelson response to Jones request for
admissions Cetraro correspondence with Bilanzich in 1997-1998 re status of "deal" rents paid by
tenants and delivered to Bilanzich.  Continued research re statute of fraud.

4.8 hours

07/13/07

Continue trail prep, continue research re issues on remand, review of Jones Exhibits re
authenticity, admissibility etc. and draft email to Chapman/Martin re stip re exhibits.

4.0 hours

07/16/07

Draft Nelson Witness List with expanded description of anticipated testimony, add Dean Soma,
review of exhibits re witness testimony and anticipated length for each on direct.

2.4 hours

07/17/07

Review, revise and correct Plaintiff's Witness list get ready for filing, review of Rule 16
Scheduling Order re designation of transcripts, determine that Jones/Lovell transcript will be for
impeachment/rebuttal.

.8 hours

07/18/07

Review of Jones Witness list and Martin comments re our exhibits and response to my comments
re their exhibits.  Draft email to Nelson and Cetraro re same transmitting witness lists, continue
research re trial brief and reasons for 9th circuit remand and issues to be resolved at trial.

3.3 hours

07/19/07

Review of Lovell depo re what documents constitute the original "agreement" between Nelson
and BACC USA/Bilanzich.  Continue research and drafting of Trial Brief.

4.0 hours

07/20/07

Continue trial prep, research and drafting of trial brief, review email from Mary Martin re trial brief, respond to same re filing on Friday July 27, 2007

4.8 hours

07/23/07

TC from Carol Nelson re trial procedures and trial prep.  Began getting info for Carol trial prep. Continue working on pre trial materials/filings.

2.2 hours

07/24/07

Review of proposed stip re Amendment to Rule 16 Order re extension of time re July 24th deadlines and sign same, TC to Mary Martin re pick up

.2 hours

Digest Nelson depo testimony, continue drafting of trial brief, research re objections to exhibits and review documents re proposed FoF and CoL.

3.8 hours

07/25/07

TC from Cetraro re trial, procedures, issues, evidence etc., Continue drafting, research re pretrial pleadings (Trial Brief/FoF &CoL/ objection to exhibits etc.)

6.2 hours

07/26/07

TC from Cetraro re trial, procedures, issues, evidence etc., Continue drafting/ research re pretrial pleadings (Trial Brief/FoF &CoL/ objection to exhibits etc.) Continue review of trial testimony, outlines prior testimony/depositions etc.

10.5 hours

07/27/07

Finish drafting of Trial Brief, Nelson Proposed Finding fo Fact and Conclusion of Law and Objection to Jones proposed trial exhibits.  Review of Jones Trial Brief, proposed FoF and CoL and Objection to Nelson Exhibits

5.8 hours

07/30/07

Continued trial prep.

.8 hours

08/01/07

Finalize all exhibits and put in form as requested by Court and deliver same to Court/parties. Review of Defendant's exhibits received from Chapman.

1.8 hours

08/02/07

Continue trial prep, review of issues, drafting of Nelson and Cetraro issues re direct examination.

2.7 hours

08/03/07

Continued prep for trial, continued review of trail exhibits, arguments to be made re same and direct examination of Nelson and Cetraro.

6.5 hours

08/04/07

Continued trial prep, continued document review and drafting of Nelson direct examination.

8.5 hours

08/05/07

Continued trial prep, continued document review and drafting of Nelson direct examination, drafting of Cetraro direct examinations.

5.0 hours

08/06/07

Continued trial prep, analysis of Jones trial brief , pre trial statement etc and continued drafting of Cetraro direct examination.  Conference with Cetraro re same and re letter of intent, specific provisions of letter of intent etc... Continued discussion with Cetraro re the "deal" his discussion with Bilanzich and Lovell etc and his direct examination re various provisions of letter of intent. Prep for Jones direct examination, review of Jones prior pleadings, deposition etc.

9.0 hours

08/07/07

Conference with Carol Nelson and Mike Cetraro re trial and appearance at first day of trial in Nelson v. Jones.  Conference with Nelson and Cetraro afterwards, continued conference with Cetraro re his direct examination and specific provisions of letter of intent.

10.2 hours

08/08/07

Conference with Carol Nelson and Mike Cetraro re trial and appearance at second day of trial in Nelson v. Jones.  Conference with Nelson and Cetraro afterwards, continued conference with Cetraro re his direct examination and specific provisions of letter of intent.

10.0 hours

08/09/07

Conference with Carol Nelson and Mike Cetraro re trial and appearance at third day of trial in Nelson v. Jones.  Conference with Nelson and Cetraro afterwards, continued conference with Cetraro re Courts requested FoF and CoL and written oral argument etc.

8.0 hours

**Total hours for Trial Preparation and Attendance**                    **162.5 hours**

# H     Post Trial Motions Pleadings

08/10/07

Continued research and analysis re assign ability of contracts, assignments void etc and began drafting proposed Amended FoF and CoL, trip to library re continued research re same.

4.2 hours

08/14/07

Westlaw research and trip to library re issues requested to be address in closing argument by the Court.  Continued drafting of amended FoF and CoL

5.0 hours

08/15/07

Continue research re assignment of contract, delegation of duties etc and drafting of proposed FoF and CoL and outline of written closing argument.

6.8 hours

08/16/07

Continue research re assignment of contract, delegation of duties etc and drafting of proposed FoF and CoL and written closing argument.

3.8 hours

08/17/07

Continued research and drafting re amended FoF/Col and written argument, trip to library re same, additional research re same.

6.2 hours

08/18/07

Continue drafting of amended FoF/CoL and written closing arguments, analysis of research re same.

4.0 hours

08/19/07

Continued analysis re trial exhibits, trial testimony etc. and research re arguments/legal theories, refinement of same and continued drafting of amended FoF/CoL and written argument.

7.5 hours

08/20/07

Finish drafting of written argument, review and analysis re amended FoF/CoL and legal theories/written closing argument and edit, revise correct etc same and get ready for filing.

5.0 hours

08/21/07

Review of Jones amended FoF/CoL and written closing argument.

1.0 hours

**Total hours for Post Trial Motions Pleadings**          **43.5 hours**

Total Hours All Categories          **537 hours**