IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON,<br>    Plaintiff,<br>vs.<br><br>ROBERT ALAN JONES<br>    Defendant.<br><br>ROBERT ALAN JONES<br>    Counterclaimant,<br>vs.<br><br>CAROL NELSON<br>    Counterclaim Defendant | )  CV 01-00182 KSC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF SERVICE

I hereby certify that on below date a true and correct copy of the foregoing was duly served upon the following individuals by U.S. Mail postage prepaid at the following address:

>   ROBERT E. CHAPMAN
>   MARY MARTIN
>   700 Bishop Street, Suite 2100
>   Honolulu, Hawaii 96813

DATED:   Honolulu, Hawaii, December 31, 2007

_____
ENVER W. PAINTER, JR.
Attorney for Plaintiff/Counterclaim
Defendant CAROL J. NELSON