Robert Alan Jones
RAJ LIMITED, P.C.
1061 E. Flamingo Road, Suite 7
Las Vegas, Nevada 89119
(702) 791-3405
*Pro Se*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 14 2008

at __4__ o'clock and __15__ min. __P__ M
SUE BEITIA, CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CAROL J. NELSON | ) | Civil No. CV01-00182 KSC |
| | ) | Magistrate Judge Kevin S. S. Chang |
| Plaintiff, | ) | |
| vs. | ) | |
| ROBERT ALAN JONES; | ) | |
| Defendant. | ) | |
| ROBERT ALAN JONES | ) | |
| a Nevada resident, | ) | |
| Counterclaimant, | ) | **DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY FEES; MEMORANDUM IN SUPPORT OF OPPOSITION; CERTIFICATE OF SERVICE** |
| vs. | ) | |
| CAROL NELSON, a Hawaii resident, | ) | |
| Counterclaim Defendant. | ) | |

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION
## FOR AWARD OF ATTORNEY FEES

Comes now, Robert Alan Jones, *pro se*, and opposes the award of attorney's fee sought by Carol Nelson (a) because such charged fees were not for services expended in defending an assumpsit claim, and (b) because the actual hours which could be traced to defense of Jones' counter claim for damages are substantially inflated.

For these reasons and those expressed in the Memorandum of Support for this Opposition

attached hereto, plaintiff's motion should be denied.

Dated this 12TH day of January, 2008.

>Respectfully submitted,
>
>_____
>Robert Alan Jones,
>*Pro Se*