CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the Opposition to Plaintiff's Motion and Supporting Memorandum was placed in the United States mail for delivery to the following:

Enver Painter, Jr., Esq.
1188 Bishop Street, Suite 2525
Honolulu, HI 96813
(808) 537-9207
*Counsel for Carol Nelson and Michael Cetraro*

Dated this 12TH day of January, 2008.

BY: _____
Of the Office of Robert Alan Jones