# R.A.J. LIMITED

EMAIL:
rajltd@aol.com
rajpc2@aol.com

1061 E. FLAMINGO ROAD
SUITE 7
LAS VEGAS, NEVADA 89119

Telephone: (702) 791-3403
Facsimile: (702) 736-0773

February 20, 2008

**RECEIVED**
CLERK U.S. DISTRICT COURT

FEB 25 2008

DISTRICT OF HAWAII

USDC for the District of Hawaii
300 Ala Moana
Room C338
Honolulu, HI 96850

RE:   NELSON V. JONES
      CASE NO. CV 01-00182 HG

Gentlemen:

    Enclosed for filing is an original of an AMENDED NOTICE OF APPEAL in the above referenced case with two courtesy copies for Magistrate Judge Kevin S.C. Chang.

    We have also enclosed one copy for conforming and return in the enclosed SASE.

Sincerely,

Jean Hammond

Jean V. Hammond
Office Manager

Enclosures: as noted