ORIGINAL

Robert Alan Jones
1061 E. Flamingo Rd., Ste. 7
Las Vegas, NV 89119
702-791-3405
*Pro Se*

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 25 2008

at 12 o'clock and 20 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CAROL J. NELSON<br><br>Plaintiff,<br><br>ROBERT ALAN JONES;<br><br>Defendant<br>_____<br><br>ROBERT ALAN JONES<br><br>Counterclaimant<br>vs.<br><br>CAROL NELSON,<br>MICHAEL CETRARO,<br>Counterclaim<br>Defendants<br>_____ | Civil No. CV01-00182 ~~HG~~ KSC<br><br>AMENDED NOTICE OF APPEAL |

### AMENDED NOTICE OF APPEAL

Alan Jones, aka Robert Alan Jones, Defendant-Counterclaimant in the above named case is handling this Appeal *pro se*, and filed his notice of Appeal on September 13, 2007 to the United States Court of Appeals from the Findings of Fact and Conclusions of Law filed herein on August 31, 2007, and the Judgment in a civil case entered in this action on the 6th day of September, 2007, and files this Amended Notice of Appeal to include the Trial Court Judge's Order Granting in Part


SCANNED

326

and Denying in Part Plaintiff's Motion for Award of Attorney's Fees filed in this Honorable Court on January 31, 2008.

DATED:    Las Vegas, Nevada, February 20 , 2008.

*[signature]*
Robert Alan Jones, *pro se*
1061 E. Flamingo Rd., Ste. 7
Las Vegas, Nv. 89119
Phone:   702-791-3405
Facsimile:   702-736-0773

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February, 2008, I caused to be served the foregoing motion to be served by U.S. Mail, postage paid envelope, to the following interested party :

Enver Painter, Jr., Esq.
1188 Bishop Street, Suite 2525
Honolulu, HI 96813
(808) 537-9207

Dated this 20th day of February, 2008

/s/ Jean V. Hannemore
Office of RAJ Limited, P.C.