UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I.   **SHORT CASE TITLE:**   Robert Alan Jones vs. Carol Nelson, Michael Cetraro

   **U.S. COURT OF APPEALS DOCKET NUMBER:**_____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:**   Civil No. 01-00182KSC

II   **DATE NOTICE OF AMENDED APPEAL FILED:**   02/25/08

III   **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:** 09/13/07          **AMOUNT:** $455.00

   **NOT PAID YET:**              **BILLED:**

   **U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**

   WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

   IF YES, SHOW DATE:          & ATTACH COPY OF ORDER/CJA

   WAS F.P. STATUS REVOKED:      DATE:

   WAS F.P. STATUS LIMITED IN SOME FASHION?

   IF YES, EXPLAIN:

IV   **COMPANION CASES, IF ANY:**

V.   **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note:  This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

March 6, 2008

To All Counsel of Record as Appellees:

    IN RE:    Robert Alan Jones vs. Carol Nelson, Michael Cetraro

              Civil No. 01-00182KSC

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Amended Appeal was filed in the above-entitled case on 02/25/08 .

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely Yours,
SUE BEITIA, CLERK

by: Laila M. Geronimo
Deputy Clerk

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
    Robert Alan Jones (attorney for appellant)
        w/copy of instructions for civil appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet; CADS