United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date: June 23, 2008

To:  United States Court of Appeals      Attn:  (✓)   Civil
     For the Ninth Circuit
     Office of the Clerk                        ( )   Criminal
     95 Seventh Street
     San Francisco, California 94103            ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:       CV 01-00182KSC          Appeal No:   07-16682

Short Title: NELSON vs. JONES

| | | |
|---|---|---|
| Clerk's Files in | 11 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 3 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____  Date: _____

cc: counsel