RECEIVED SEP 26

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 24 2007

at \_\_ o'clock and \_\_ min. \_\_ M.
SUE BEITIA, CLERK

U.S. Court of Appeals Case No. _____ U.S. District Court Case No. 1:01-cv-00182-KSC

Short Case Title Carol J. Nelson v. Robert Alan Jones

Date Notice of Appeal Filed by Clerk of District Court September 13, 2007

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 8-7-2007 through 8-9-2007 | Debra Chun | ~~Voir Dire~~ |
| | | ✓ Opening Statements |
| | | ~~Settlement Instructions~~ |
| | | ✓ Closing Arguments |
| | | ~~Jury Instructions~~ |
| | | ~~Pre-Trial Proceedings~~ |
| | | ✓ Other (please specify) Trial |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(✓) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered 9-19-2007 _____ Estimated date for completion of transcript _____

Print Name of Attorney Robert Alan Jones (Pro Se) Phone Number (702) 791-3405

Signature of Attorney [signature] 9/19/07

Address 1061 E. Flamingo Road, Suite 7, Las Vegas, NV 89119

SECTION B - To be completed by court reporter

I, [signature] (signature of court reporter), have received this designation.

(X) Arrangements for payment were made on 12/10/07
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

500 Approximate Number of Pages in Transcript—Due Date 1/9/2008

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 25 2008

at 10 o'clock and 30 min. AM
SUE BEITIA, CLERK

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed 1/7/2008 Court Reporter's Signature [signature]

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia           08/25/08           BY: [signature]
(U.S. District Court Clerk)    (date)         DEPUTY CLERK

cc: parties